# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Anthony Mitchell,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Ryan Cohen, et al.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-01042-RFB-DJA<br><br>**Order** |

This matter is before the Court on Plaintiff's filing of a complaint on May 29, 2024. (ECF No. 1-1). Since that date, Plaintiff has failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis*. Although Plaintiff initiated this action by filing a complaint, he must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $405 filing fee. The Court will grant Plaintiff one opportunity to file such an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $405 on or before **July 5, 2024** to proceed with this case.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to send Plaintiff the short form application to proceed *in forma pauperis*.[1]

**IT IS FURTHER ORDERED** that on or before **July 5, 2024,** Plaintiff will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee and the $55

---
[1] This form can be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.

administrative fee) or file with the Court a completed application to proceed *in forma pauperis* on this Court's approved form.

**IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* or pay the full $405 filing fee for a civil action on or before **July 5, 2025**, the Court will recommend dismissal of this action.

DATED: June 6, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE