# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Anthony Mitchell, | Case No. 2:24-cv-01042-RFB-DJA |
| Plaintiffs, | |
| v. | **Order** |
| Ryan Cohen, et al., | |
| Defendants. | |

On June 6, 2024, the Court noted that Plaintiff had submitted initiating documents, but had not paid he filing fee or filed an application to proceed *in forma pauperis*. (ECF No. 4). So, the Court ordered Plaintiff to file an application or pay the filing fee on or before July 5, 2024. ECF No. 4). Plaintiff paid the filing fee on June 25, 2024.

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to file Plaintiff's complaint (ECF No. 1-2) on the docket and issue summonses. The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: June 26, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE