AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **2:24-CV-01042-RFB-DJA**

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Overstock.com Inc, doing business as Bed Bath and Beyond
was recieved by me on  **8/05/2024**:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Latham & Watkins LLP Dennis M. Benschoter**, who is designated by law to accept service
of process on behalf of **Overstock.com Inc, doing business as Bed Bath and Beyond at 12670 High Bluff Dr, San
Diego, CA 92130 on 08/07/2024 at 10:37 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

> FILED _____   _____ RECEIVED
> ENTERED _____   _____ SERVED ON
> COUNSEL/PARTIES OF RECORD
>
> AUG 15 2024
>
> CLERK U_____ COURT
> DISTR_____ CA.
>
> BY: _____ AMM_____ UTY

My fees are $ 0 for travel and **$ 87.50** for services, for a total of **$ 87.50**.

I declare under penalty of perjury that this information is true.

Date:   08/07/2024

*Server's signature*

**Russell Livingston**
*Printed name and title*

**316 W 2nd St.
3rd Floor
Los Angeles, CA 90012**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to an individual who refused to give their name who identified themselves as the person
authorized to accept. The individual accepted service with direct delivery. The individual appeared to be a black-
haired white male contact 35-45 years of age, 5'10''-6'0'' tall and weighing 180-200 lbs.**



Tracking #: **0139823305**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      2:24-CV-01042-RFB-DJA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **20230930-DK-butterfly Inc**
was recieved by me on  **8/06/2024:**

☐ I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **C T CORPORATION SYSTEM**, who is designated by law to accept service of process on behalf of **20230930-DK-butterfly Inc** at **28 LIBERTY STREET C T CORPORATION SYSTEM (floor 42), new york, NY 10005** on **08/07/2024 at 11:41 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00.**

I declare under penalty of perjury that this information is true.

Date:  08/07/2024

_____
*Server's signature*

**Ismael Eldeweuk**
*Printed name and title*

**97 Monticello Terr
Staten Island, NY 10308**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Vincenza Cipriano who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 55-65 years of age, 5'-5'4" tall and weighing 140-160 lbs with an accent.**

FILED / ENTERED ___ RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 1 5 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ **AMMI** DEPUTY





Tracking #: 0139852484