Todd L. Bice, Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Bar No. 13342
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100
Facsimile:   702.214.2101

Eric R. Swibel (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Ste. 2800
Chicago, Illinois 60611
Telephone: (312) 777-7185
Eric.Swibel@lw.com

*Attorneys for Defendant Overstock.com, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Anthony Mitchell<br><br>  Plaintiff,<br><br>v.<br><br>Ryan Cohen, an individual; Robinhood Financial LLC, a Delaware Limited Liability Company; Robinhood Securities, LLC, a Delaware Limited Liability Company; Robinhood Money, LLC, a Delaware Limited Liability Company; The Depository Trust & Clearing Corporation, a New York Corporation; 20230930-DK-Butterfly-1, Inc., a New York Corporation doing business as Bed Bath & Beyond; Overstock.com, Inc., a Delaware Corporation doing business as Bed Bath & Beyond; RC Ventures LLC, a Delaware Limited Liability Company; Sue E. Gove, an individual,<br><br>  Defendants. | CASE NO. 2:24-cv-01042-RFB-DJA<br><br><u>ORDER</u> <u>RE:</u><br><br>**MOTION FOR AN EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Overstock.com, Inc.[1] ("Overstock"), by and through its counsel, hereby moves the Court pursuant Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1 for a 14-day extension of time for Overstock to respond to Plaintiff's Complaint. This is the first motion for an extension of time to respond.

1. On June 26, 2024, Plaintiff, who is representing himself *pro se*, filed a Complaint against Overstock and eight other defendants, alleging he was harmed when he purchased Bed Bath & Beyond Inc. ("BBBY") shares before BBBY filed for bankruptcy. (*See* Dkt. 7).

2. On August 7, 2024, Plaintiff attempted to serve Overstock by having the Complaint and a summons delivered to a Latham & Watkins LLP office (Dkt. 12). The Proof of Service says Plaintiff served the summons to a Latham & Watkins associate, but the process server's description of the associate does not match his physical appearance. (*Id*.).

3. Overstock is evaluating its defenses and preparing an appropriate response to the Complaint. Overstock anticipates filing a motion to dismiss on several grounds, including:

    a. insufficient service of process for failing to serve an agent of Overstock;

    b. improper venue because the U.S. Bankruptcy Court for the District of New Jersey retains exclusive jurisdiction over Overstock's purchase of intellectual property from BBBY. *See In re Bed Bath & Beyond, Inc., et al.*, Case No. 23-13359 (Bankr. D.N.J. June 28, 2023) (Docket No. 1117); and

    c. failure to state a claim for which relief can be granted because Overstock has no successor liability with respect to BBBY pursuant to the Bankruptcy Court's Sale Order (*id*.).

4. In order to properly investigate Plaintiff's claims and prepare a response, Overstock requests additional time.

---

[1] Plaintiff named Overstock as a defendant, referring to the company's prior name. Effective November 6, 2023, Overstock.com, Inc. changed its corporate name to Beyond, Inc. ("Beyond"). To avoid any confusion, in this Motion Defendant refers to itself as Overstock, consistent with Plaintiff's Complaint.

-2-

US-DOCS\153600699.1

5.      Although Plaintiff's "service" on August 7, 2024, was ineffective, in an excess of caution, and proceeding as though service did occur on August 7, Overstock requests an additional 14 days from August 28, 2024—to September 11, 2024 to file its response to the Complaint.

DATED this 28th day of August, 2024.

PISANELLI BICE PLLC

By:  /s/ Emily A. Buchwald
       Todd L. Bice, Esq., #4534
       Emily A. Buchwald, Esq., #13342
       400 South 7th Street, Suite 300
       Las Vegas, Nevada  89101

       Eric R. Swibel, Esq.
       (*pro hac vice forthcoming*)
       LATHAM & WATKINS LLP
       330 North Wabash Avenue, Suite 2800
       Chicago, Illinois  60611

*Attorneys for Defendant Overstock.com, Inc.*

### ORDER

For good cause appearing therein, Defendant's motion (ECF No. 14) is GRANTED.  Defendant Overstock.com, Inc. shall have until **September 11, 2024** within which to respond to the complaint.

DATED this 29th day of August, 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

-3-

US-DOCS\153600699.1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Pisanelli Bice PLLC, and that on the 28th day of August, 2024, I caused a true and correct copy of the foregoing **MOTION FOR AN EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (FIRST REQUEST)** to be electronically filed with the Clerk of the Court by using CM/ECF service and serving on all parties of record via U.S. Mail as follows:

Anthony Mitchell
412 Viewmont
Henderson, NV 89015

*Pro Se*

　　　　　　　　　　　　　　　　　　　　　　/s/ Kimberly Peets
　　　　　　　　　　　　　　　　　　　　　An employee of Pisanelli Bice PLLC

-4-

US-DOCS\153600699.1