# EXHIBIT 4

## Declaration of Dennis Benschoter

Todd L. Bice, Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Bar No. 13342
EAB@pisanellibice.com
PISANELLI BICE, PLLC
400 S. 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
tlb@pisanellibice.com

Eric R. Swibel (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Ste. 2800
Chicago, Illinois 60611
Telephone: (312) 777-7185
Eric.Swibel@lw.com

*Attorneys for Defendant Beyond, Inc. (f/k/a Overstock.com, Inc.)*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Mitchell,<br><br>Plaintiff,<br><br>v.<br><br>Ryan Cohen, an individual; Robinhood Financial LLC, a Delaware Limited Liability Company; Robinhood Securities, LLC, a Delaware Limited Liability Company; Robinhood Money, LLC, a Delaware Limited Liability Company; The Depository Trust & Clearing Corporation, a New York Corporation; 20230930-DK-Butterfly-1, Inc., a New York Corporation doing business as Bed Bath & Beyond; Overstock.com, Inc., a Delaware Corporation doing business as Bed Bath & Beyond; RC Ventures LLC, a Delaware Limited Liability Company; Sue E. Gove, an individual,<br><br>Defendants. | CASE NO. 2:24-cv-01042-RFB-DJA<br><br>**DECLARATION OF DENNIS BENSCHOTER IN SUPPORT OF DEFENDANT BEYOND, INC.'S (F/K/A OVERSTOCK.COM, INC.) MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND IN THE ALTERNATIVE, MOTION TO TRANSFER** |

I, Dennis Benschoter, hereby declare as follows:

1. I am over 18 years old and have personal knowledge of the facts stated herein. I am competent to testify as to the facts stated herein and will so testify if called upon.

2. I am currently employed as an associate attorney with the law firm of Latham & Watkins, LLP.

3. I am not currently, nor have I ever been, an employee, officer, director, partner, member, manager, trustee, president, chief executive officer, vice president, secretary, assistant secretary, treasurer, assistant treasurer, controller, or chief financial officer of Defendant Beyond, Inc. (f/k/a Overstock.com, Inc.) ("Beyond").

4. I am not currently, nor have I ever been, a managing or general agent of Beyond.

5. I am not currently, nor have I ever been, a registered agent of Beyond or a person authorized to accept service on its behalf.

6. I was not present at 12670 High Bluff Dr, San Diego, CA 92130 on August 7, 2024 when I understand a process server attempted to serve a copy of the Complaint and summons in this matter.

7. I did not interact with, or accept service from, a process server a copy of Plaintiff Anthony Mitchell's summons or complaint on August 7, 2024.

8. I did not accept service of Plaintiff's summons on August 7, 2024.

9. The description in the Proof of Service (Dkt. No. 12) of the individual who allegedly received the summons does not match my physical characteristics.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 8, 2024

Dennis Benschoter