UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL,<br><br>*Plaintiff,*<br><br>v.<br><br>RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual,<br><br>*Defendants.* | Case No. 2:24-cv-01042<br><br>**DECLARATION OF ANTHONY MITCHELL IN SUPPORT OF MOTION TO EXTEND TIME FOR SERVICE OF SUMMONS AND COMPLAINT** |

I, ANTHONY MITCHELL declare as follows:

1. I am over 18, residing at 412 Viewmont, Henderson, NV 89015.

2. I am filing this declaration in support of my Motion to extend time for service of summons and complaint.

Page 1
**DECLARATION OF ANTHONY MITCHELL IN SUPPORT OF MOTION TO EXTEND TIME FOR SERVICE OF SUMMONS AND COMPLAINT**

3. I have attempted to serve defendants in the present case, but these attempts were unsuccessful.

4. Only two defendants have been served, 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND and OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND.

5. A true and correct copy of service attempts is attached as **Exhibit A**.

6. I have been unable to serve Defendants at the address on record for them with Secretary of State.

7. I am not aware of alternative addresses of defendants.

I declare under penalty of perjury under the laws of Nevada that the foregoing is true and correct.

Dated: September 7, 2024            Respectfully submitted,

                                    _____
                                    ANTHONY MITCHELL, pro se

# EXHIBIT A

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:24-CV-01042-RFB-DJA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   The Depository Trust and Clearing Corporation
was recieved by me on  8/05/2024:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **Disallowed** after attempting service at **11 Times Sq Ste 14, New York, NY 10036**; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  08/06/2024

*Server's signature*

**Ismael Eldeweuk**
Printed name and title

97 Monticello Terr
Staten Island, NY 10308

*Server's address*

Additional information regarding attempted service, etc:

**8/6/2024 3:17 PM: I spoke with an individual who identified themselves as the corporate officer and they stated service not permitted.**




Tracking #: 0139734602

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:24-CV-01042-RFB-DJA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   Sue E Grove

was recieved by me on  8/05/2024:

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒  I returned the summons unexecuted because **Other** after attempting service at **4408 Long Champ Dr Apt 38, Austin, TX 78746**; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 87.50 for services, for a total of $ 87.50.

I declare under penalty of perjury that this information is true.

Date:  08/13/2024

*Server's signature*

**Kelly Land**
Printed name and title

3575 Far West Blvd - UPS - Signture is required
Unit #27011
Austin, TX 78755

*Server's address*

Additional information regarding attempted service, etc:

8/5/2024 2:20 PM: I was unable to access the address due to gated community.  No access per security guard.  Need to contact owner for access to enter.  This is a community within the Austin Country Club and it's an exclusive, members only area.
8/5/2024 2:28 PM: I placed a phone call to number ending in 1714 resulting in leaving voice mail.
8/5/2024 2:28 PM: I placed a phone call to number ending in 2816 resulting in leaving voice mail.
8/7/2024 10:25 AM: I was unable to access the address due to gated community.  Security guard said to contact owner directly for access.
8/10/2024 10:15 AM: I was unable to access the address due to gated community.  No access per security guard.
8/12/2024 8:55 PM: I was unable to access the address due to gated community.  No access per security guard.



Tracking #: 0140297469

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.    **2:24-CV-01042-RFB-DJA**





Tracking #: 0140297469

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     2:24-CV-01042-RFB-DJA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **RC Ventures**
was recieved by me on  **8/13/2024:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒  I returned the summons unexecuted because **Disallowed** after attempting service at **1114 Avenue of the Americas Fl 32, New York, NY 10036**; or

☐  Other *(specify)*


My fees are $ 0 for travel and $ 87.50 for services, for a total of $ 87.50.

I declare under penalty of perjury that this information is true.

Date:   08/29/2024

*Server's signature*

**Avatar Neal**
Printed name and title

**12 Jumel Terrace**
**New York, NY 10032**

*Server's address*

Additional information regarding attempted service, etc:

8/14/2024 12:27 PM: I spoke with an individual who identified themselves as the security and they stated subject resides but not available at this time.
8/20/2024 9:38 AM: I spoke with an individual who identified themselves as the security and they stated subject resides but not available at this time.
8/21/2024 3:07 PM: I spoke with an individual who identified themselves as the security and they stated subject resides but not available at this time.
8/27/2024 12:30 PM: I spoke with an individual who identified themselves as the security and they stated service not permitted.  Vinson & Elkins refused service via security




Tracking #: 0141458093

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.    **2:24-CV-01042-RFB-DJA**




Tracking #: 0141458093

Civil Action No.   2:24-CV-01042-RFB-DJA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Ryan Cohen**
was recieved by me on **8/13/2024**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Disallowed** after attempting service at **1114 Avenue of the Americas Fl 32, New York, NY 10036**; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 87.50 for services, for a total of $ 87.50.

I declare under penalty of perjury that this information is true.

Date:  08/29/2024

Server's signature

**Avatar Neal**
Printed name and title

**12 Jumel Terrace**
**New York, NY 10032**

Server's address

Additional information regarding attempted service, etc:

8/14/2024 12:26 PM: I spoke with an individual who identified themselves as the security and they stated subject resides but not available at this time.
8/20/2024 9:37 AM: I spoke with an individual who identified themselves as the security and they stated subject resides but not available at this time.
8/21/2024 3:07 PM: I spoke with an individual who identified themselves as the security and they stated subject resides but not available at this time.
8/27/2024 12:28 PM: I spoke with an individual who identified themselves as the security and they stated service not permitted.  Vinson & Elkins refused service via security




Tracking #: 0141457904

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.   **2:24-CV-01042-RFB-DJA**





Tracking #: 0141457904