UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL,<br><br>*Plaintiff,*<br><br>v.<br><br>RYAN COHEN et al<br><br>*Defendants.* | Case No. 2:24-cv-01042<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 20230930-DK-BUTTERFLY-1, INC.** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Anthony Mitchell, hereby voluntarily dismisses without prejudice Defendant 20230930-DK-Butterfly, Inc. from this action.

Dated: September 13, 2024

Respectfully submitted,

ANTHONY MITCHELL, pro se