# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Anthony Mitchell,<br><br>               Plaintiffs,<br><br>v.<br><br>Ryan Cohen, et al.,<br><br>               Defendants. | Case No. 2:24-cv-01042-RFB-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion to extend time for service of summons and complaint. (ECF No. 22). Plaintiff explains that he has attempted unsuccessfully to serve Defendants and needs additional time to complete service. The Court finds that Plaintiff has demonstrated good cause under Federal Rule of Civil Procedure 4(m) and grants his motion, extending the service deadline for sixty days from the date of this order.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time for service (ECF No. 22) is **granted.** Plaintiff shall have until **November 22, 2024** to serve Defendants.

DATED: September 23, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE