AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-01042-RFB-DJA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sue E. Gove
was received by me on *(date)* 06/26/2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served Defendant according to the order granting motion for alternative service dated 09/05/2024.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 09/29/2024

Server's signature

*Anthony Mitchell*
Printed name and title

412 viewmont
Henderson Nevada 89015

Server's address

Additional information regarding attempted service, etc:
Sue E. Gove has been served at the below address and email addresses by serving a copy of the order for alternative service, the complaint, and summons on her by: (1) email; (2) certified mail, return receipt requested; (2) FedEx mail with signature confirmation; and (3) by USPS first class mail:
Sue E. Gove, 4408 Long Champ Dr., Apt. 38, Austin, TX 78746-1187; segove@yahoo.com
sue.gove@conns.com

[Stamp: RECEIVED / SERVED ON / COUNSEL/PARTIES OF RECORD / OCT 0 2 2024 / CLERK US DISTRICT COURT / DISTRICT OF NEVADA / BY: _____ DEPUTY]



US POSTAGE & FEES PAID
8 OZ GROUND ADVANTAGE RATE
ZONE 2
Commercial

062S 001442046
19285831
FROM 89015

stamps
endicia
09/30/2024

## USPS GROUND ADVANTAGE™

Kytierra Clark
412 VIEWMONT DR
HENDERSON NV 89015-6819

0001

**SHIP TO:** Clerk's Office
333 Las Vegas Blvd S
Las Vegas NV 89101-7065

X-RAYED U.S. MARSHALS SERVICE

USPS SIGNATURE TRACKING #

9402 1112 0621 1483 4259 27



____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

OCT 0 2 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____  DEPUTY