## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ANTHONY MITCHELL,

        *Plaintiff*,

   v.

RYAN COHEN, an individual, etc.

        *Defendants*.

Case No. 2:24-cv-01042

FILED     RECEIVED
ENTERED     SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 2 4 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

### PLAINTIFF ANTHONY MITCHELL'S NOTICE OF CHANGE OF ADDRESS

Plaintiff ANTHONY MITCHELL submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy should be directed to the following address: 618 Painted Opus Pl, North Las Vegas, NV 89084.

Dated: October 21, 2024

Respectfully submitted,

ANTHONY MITCHELL, pro se



RMAILED US MARSHALS SERVICE