Bradley Austin (Nevada Bar #13064)
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Tel.  702.784.5200
Fax.  702.784.5252
Email:  baustin@swlaw.com

Jared M. Gerber (*Pro Hac Vice application forthcoming*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Email: jgerber@cgsh.com

*Attorneys for Sue Gove*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL,<br><br>                              Plaintiff,<br><br>v.<br><br>RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual,<br><br>                              Defendants. | Case No. 2:24-cv-01042-RFB-DJA<br><br>**DEFENDANT SUE GOVE'S CERTIFICATE OF INTERESTED PARTIES** |

Under Fed. R. Civ. P. 7.1 and Local Rule 7.1-1, the undersigned attorney of record for Defendant Sue Gove certifies that there are no known interested parties other than those participating in the case. This representation is made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated: November 6, 2024

SNELL & WILMER L.L.P.

/s/ *Bradley Austin*
1700 S Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

Jared M. Gerber (*Pro Hac Vice application forthcoming*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006

*Attorneys for Sue Gove*

**CERTIFICATE OF SERVICE**

On November 6, 2024, I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

                                          */s/ Lyndsey Mosbey*
                                          An employee of SNELL & WILMER L.L.P.

[AM_ACTIVE 406446588_9]