UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL,<br><br>*Plaintiff,*<br><br>v.<br><br>RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual,<br><br>*Defendants.* | Case No. 2:24-cv-01042<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, ROBINHOOD MONEY, LLC, and THE DEPOSITORY TRUST & CLEARING CORPORATION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Anthony Mitchell, hereby voluntarily dismisses without prejudice Defendants ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, ROBINHOOD MONEY, LLC, and THE DEPOSITORY TRUST & CLEARING CORPORATION from this action.

Dated: November 12, 2024

Respectfully submitted,

ANTHONY MITCHELL, pro se

1
**NOTICE OF VOLUNTARY DISMISSAL**

## CERTIFICATE OF SERVICE

I CERTIFY that on November 12, 2024, I caused a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC, ROBINHOOD MONEY, LLC, and THE DEPOSITORY TRUST & CLEARING CORPORATION to be filed with the Clerk of the Court and serving on all parties of record via email as follows:

Eric R. Swibel
LATHAM & WATKINS LLP
330 North Wabash Avenue, Ste. 2800
Chicago, Illinois 60611
Telephone: (312) 777-7185
Eric.Swibel@lw.com

Bradley Austin
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Tel. 702.784.5200
Fax. 702.784.5252
Email: baustin@swlaw.com

Jared M. Gerber
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Email: jgerber@cgsh.com

Dated: November 12, 2024

Respectfully submitted,

_____
ANTHONY MITCHELL, Pro se



