AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:24-CV-01042-RFB-DJA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **RC Ventures LLC**
was received by me on  **11/19/2024**:

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Ana Gomes**, who is designated by law to accept service of process on behalf of **RC Ventures LLC** at **701 S CARSON ST STE 200, Carson City, NV 89701** on **11/19/2024 at 3:04 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 95.00 for services, for a total of $ 95.00.

I declare under penalty of perjury that this information is true.

Date: 11/19/2024



_____
Server's signature

**Samantha Curl**
Printed name and title

316 W 2nd St.
3rd Floor
Los Angeles, CA 90012

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents, Complaint; Summons, to Ana Gomes who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'10"-6'0" tall and weighing 240-300 lbs with glasses.



Tracking #: 0149469134