AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    2:24-CV-01042-RFB-DJA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Ryan Cohen** was recieved by me on **11/20/2024**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Ana Gomes**, a person of suitable age and discretion who resides at **701 S CARSON ST STE 200, Carson City, NV 89701**, on **11/20/2024 at 3:04 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 95.00 for services, for a total of $ 95.00.

I declare under penalty of perjury that this information is true.

Date: 11/25/2024



_____
Server's signature

Samantha Curl
_____
Printed name and title

316 W 2nd St.
3rd Floor
Los Angeles, CA 90012
_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents, Complaint; Summons, to Ana Gomes who identified themselves as the registered agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'10"-6'0" tall and weighing 240-300 lbs with glasses.




Tracking #: 0149836406