Kelly A. Evans, Esq. (SBN #7691)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
kevans@efsmmlaw.com
dgutke@efsmmlaw.com

Dane H. Butswinkas (*to be admitted pro hac vice*)
Steven M. Farina (*to be admitted pro hac vice*)
Madeline C. Prebil (*to be admitted pro hac vice*)
Jenna L. Romanowski *(to be admitted pro hac vice)*
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. S.W.
Washington, DC 20024
Telephone: (202) 434-5000
dbutswinkas@wc.com
sfarina@wc.com
mprebil@wc.com
jromanowski@wc.com
*Attorneys for Defendants RC Ventures LLC and Ryan Cohen*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL,<br><br>                          Plaintiff,<br><br>          v.<br><br>RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual,<br><br>                          Defendants. | Case No. 2:24-cv-01042-RFB-DJA<br><br>**DEFENDANT RYAN COHEN'S CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT** |

# DEFENDANT RYAN COHEN'S
## CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1-1 of the Local Rules of the United States District Court for the District of Nevada, the undersigned counsel for defendant Ryan Cohen certifies that the following may have a direct, pecuniary interest in the outcome of this case:

There are no known interested parties other than those participating in this case.

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated: December 10, 2024.    **EVANS FEARS SCHUTTERT MCNULTY MICKUS**

 */s/ David W. Gutke*
Kelly A. Evans, Esq. (SBN 7691)
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Dane H. Butswinkas (*to be admitted pro hac vice*)
Steven M. Farina (*to be admitted pro hac vice*)
Madeline C. Prebil (*to be admitted pro hac vice*)
Jenna L. Romanowski *(to be admitted pro hac vice)*
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. S.W.
Washington, DC 20024
*Attorneys for Defendants RC Ventures LLC and Ryan Cohen*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 10, 2024, a true and correct copy of the foregoing Certificate of Interested Parties and Disclosure Statement was served electronically on all counsel of record and Plaintiff Anthony Mitchell via CM-ECF. Plaintiff Mitchell was also mailed a copy at 618 Painted Opus Place, North Las Vegas, NV 89084.

*Faith Radford*
An employee of Evans Fears Schuttert McNulty Mickus