**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ANTHONY MITCHELL,

        Plaintiff,

v.

RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual,

        Defendants.

Case No. 2:24-cv-01042-RFB-DJA

**DECLARATION OF RYAN COHEN IN SUPPORT OF DEFENDANTS RC VENTURES LLC'S AND RYAN COHEN'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, RYAN COHEN, hereby declare as follows:

    1.    I am over 18 years old and have personal knowledge of the facts stated herein. I am competent to testify as to the facts stated herein and will so testify if called upon.

    2.    I am the manager and sole member of RC Ventures LLC.

    3.    RC Ventures LLC is not formed under Nevada law or registered to do business in Nevada, and it has appointed no registered agents in Nevada.

    4.    I have not been served with the summons or Complaint in this matter for myself or RC Ventures LLC.

    5.    I do not have any residence in Nevada.

6. I do not know an individual named Ana Gomes. She is not authorized to accept service for me.

7. Ana Gomes is not an officer or agent of RC Ventures LLC and is not authorized to accept service for RC Ventures LLC.

8. CT Corporation is not a registered agent for me or RC Ventures LLC.

Dated: December 10, 2024    _____/s/ Ryan Cohen_____

Ryan Cohen