1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8 | Anthony Mitchell           )

Case #2:24-cv-01042-RFB-DJA

9 )
)
10         Plaintiff(s),     )

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

11    vs.                )
)
12 Ryan Cohen et al.        )
)
13 )
14       Defendant(s).    )

FILING FEE IS $250.00

15

16        Madeline Prebil      , Petitioner, respectfully represents to the Court:

(name of petitioner)

17

18    1.    That Petitioner is an attorney at law and a member of the law firm of

              Williams & Connolly LLP

19 (firm name)

20 with offices at                680 Maine Ave. SW            ,

(street address)

21

     Washington        ,     District of Columbia    ,    20024

22 (city)                       (state)               (zip code)

23      (202) 434-5418      ,         mprebil@wc.com      .

(area code + telephone number)           (Email address)

24

25    2.    That Petitioner has been retained personally or as a member of the law firm by

   Ryan Cohen and RC Ventures LLC       to provide legal representation in connection with

26 [client(s)]

27 the above-entitled case now pending before this Court.

28

Rev. 5/16

3.    That since _____March 13, 2023_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of ___District of Columbia___
                                                                                                              (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Maryland | 06/23/2022 | 30308 |
| Fourth Circuit | 06/23/2022 | |
| Maryland | 12/15/2021 | 2112150177 |
| District of Columbia | 03/13/2023 | 1778724 |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

None.

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                          _____
                                                                Petitioner's signature
     STATE OF _____Nevada_____ )

5                                    )
     COUNTY OF _____Clark_____ )

6

7    _____Madeline Prebil_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                          _____
                                                                Petitioner's signature

10   Subscribed and sworn to before me this

11   17    day of  December    , 2024   .

12

13                                                          JANICE V. MARTIN
     _____                    NOTARY PUBLIC DISTRICT OF COLUMBIA
14            Notary Public or Clerk of Court            My Commission Expires June 30, 2029

95

16              DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
                   THE BAR OF THIS COURT AND CONSENT THERETO.

18   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19   believes it to be in the best interests of the client(s) to designate _____Kelly A. Evans_____,
                                                                              (name of local counsel)
20   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21   above-entitled Court as associate resident counsel in this action.  The address and email address of

22   said designated Nevada counsel is:

23   _____6720 Via Austi Parkway, Suite 300_____,
                                        (street address)

24   _____Las Vegas_____, _____Nevada_____, ____89119____
              (city)                        (state)            (zip code)

25

26   _____(702) 805-0290_____, _____kevans@efsmmlaw.com_____.
         (area code + telephone number)              (Email address)

27

28                                          4                                    Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5                    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7         The undersigned party(ies) appoint(s) _____ Kelly A. Evans _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10                              ___RC_____
                                (party's signature)

11                              Defendant Ryan Cohen

12                              (type or print party name, title)

13                              _____
                                (party's signature)

14

15                              Defendant RC Ventures, LLC

16                              (type or print party name, title)

17                              **CONSENT OF DESIGNEE**
          The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20                              _____
                                Designated Resident Nevada Counsel's signature

21                              7691                    kevans@efsmmlaw.com

22                              Bar number              Email address

23

   APPROVED:

24

   Dated: this _____ day of _____, 20___.

25

26  _____

   UNITED STATES DISTRICT JUDGE

27

28                                      5                              Rev. 5/16



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Madeline Corinne Prebil*

was duly qualified and admitted on March 13, 2023 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on December 03, 2024.*

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.**

# Supreme Court of Maryland

**Annapolis, MD**



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

     I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the  fifteenth day of December, 2021,

### *Madeline Corinne Prebil*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the tenth day of February, 2025.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twelfth day of December, 2024.

_____
Clerk of the Supreme Court of Maryland

1

2

**CERTIFICATE OF SERVICE**

3

    I hereby certify that a true and correct copy of **VERIFIED PETTION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** was served on counsel of record this 20th day of December, 2024, using the Court's CM/ECF System.

4

5

6

7

                    */s/ Faith Radford*
             An Employee of Evans Fears Schuttert McNulty Mickus

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28