Kelly A. Evans, Esq. (SBN 7691)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
kevans@efsmmlaw.com
dgutke@efsmmlaw.com

Dane H. Butswinkas (*pro hac vice*)
Steven M. Farina (*pro hac vice*)
Madeline C. Prebil (*pro hac vice*)
Jenna L. Romanowski (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. SW
Washington, DC 20024
Telephone: (202) 434-5000
dbutswinkas@wc.com
sfarina@wc.com
mprebil@wc.com
jromanowski@wc.com
*Attorneys for Defendants RC Ventures LLC and Ryan Cohen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY MITCHELL, | Case No. 2:24-cv-01042-RFB-DJA |
| Plaintiff, | **DEFENDANTS RC VENTURES LLC'S AND RYAN COHEN'S FIRST MOTION TO CONTINUE HEARING DATE** |
| v. | |
| RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual, | |
| Defendants. | |

Defendants RC Ventures LLC and Ryan Cohen (collectively the "Cohen Defendants"), by and through undersigned counsel, move to vacate the hearing currently scheduled for May 15, 2025, and to continue it to May 23 or May 27–May 30, 2025.

The Cohen Defendants have conferred with the parties on this issue and all Defendants are unopposed to this Motion. Plaintiff has not responded to the Cohen Defendants' request to confer.

I.  **Background**

On September 11, 2024, Defendant Overstock.com, Inc. filed a Motion to Dismiss Plaintiff's Complaint. ECF No. 18. On September 19, 2024, Plaintiff filed his Opposition to that motion. ECF No. 23. Defendant Overstock.com, Inc filed their Reply in Support of Motion to Dismiss on September 26, 2024. ECF No. 25.

On November 6, 2024, Defendant Sue E. Grove filed a Motion to Dismiss Plaintiff's Complaint. ECF No. 31. Plaintiff filed his Opposition to the motion on November 18, 2024. ECF No. 36. Defendant Grove filed her Reply in Support of Motion to Dismiss on November 25, 2024. ECF No. 38.

On December 10, 2024, the Cohen Defendants filed their Motion to Dismiss Plaintiff's Complaint. ECF No. 43. Plaintiff filed his Opposition to that motion on December 12, 2024. ECF No. 45. The Cohen Defendants filed their Reply in Support of Motion to Dismiss on December 19, 2024. ECF No. 46.

On April 17, 2025, the Court issued a Minute Order setting a Motions Hearing for the above motions on May 15, 2025, at 1:45 pm. ECF No. 61.

Counsel for the Cohen Defendants previously committed to attend a client event in New York on May 15, 2025. Before the date for the Motions Hearing was set, counsel for the Cohen Defendants already had provided their affirmative response to the client regarding their attendance, and made travel arrangements accordingly.

**DEFENDANTS RC VENTURES LLC'S AND RYAN COHEN'S FIRST MOTION TO CONTINUE HEARING DATE**

1

1  Therefore, the Cohen Defendants respectfully request that the Court continue the Hearing
2  to May 23 or May 27–May 30, 2025.  This continuance is not sought for purposes of delay, but
3  out of necessity caused by a prior conflict with a client commitment.

6  Dated: April 28, 2025.                    **EVANS FEARS SCHUTTERT MCNULTY MICKUS**

   /s/ David W. Gutke
   Kelly A. Evans, Esq. (SBN 7691)
   David W. Gutke, Esq. (SBN 9820)
   6720 Via Austi Parkway, Suite 300
   Las Vegas, NV 89119

   Dane H. Butswinkas (*pro hac vice*)
   Steven M. Farina (*pro hac vice*)
   Madeline C. Prebil (*pro hac vice*)
   Jenna L. Romanowski (*pro hac vice*)
   WILLIAMS & CONNOLLY LLP
   680 Maine Ave. SW
   Washington, DC 20024

   *Attorneys for Defendants RC Ventures LLC and Ryan Cohen*

**DEFENDANTS RC VENTURES LLC'S AND RYAN COHEN'S FIRST MOTION TO CONTINUE HEARING DATE**

2

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 28, 2025, a true and correct copy of the foregoing **DEFENDANTS RC VENTURES LLC'S AND RYAN COHEN'S FIRST MOTION TO CONTINUE HEARING DATE** was served electronically on all counsel of record and Plaintiff Anthony Mitchell via CM-ECF.

/s/ Faith Radford
An employee of Evans Fears Schuttert McNulty Mickus