# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY MITCHELL,

      Plaintiff,

v.

RYAN COHEN, an individual;
ROBINHOOD FINANCIAL LLC, a
Delaware Limited Liability Company;
ROBINHOOD SECURITIES, LLC, a
Delaware Limited Liability Company;
ROBINHOOD MONEY, LLC, a Delaware
Limited Liability Company; THE
DEPOSITORY TRUST & CLEARING
CORPORATION, a New York Corporation;
20230930-DK-BUTTERFLY-1, INC., a New
York Corporation doing business as BED
BATH & BEYOND; OVERSTOCK.COM,
INC., a Delaware Corporation doing business
as BED BATH & BEYOND; RC
VENTURES LLC, a Delaware Limited
Liability Company; SUE E. GOVE, an
individual,

      Defendants.

Case No. 2:24-cv-01042

**OPPOSITION TO DEFENDANTS RC VENTURES LLC'S AND RYAN COHEN'S FIRST MOTION TO CONTINUE HEARING DATE**



FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

MAY 0 1 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

      Plaintiff respectfully submits this Response in Opposition to Defendants RC Ventures LLC's and Ryan Cohen's (the "Cohen Defendants") First Motion to Continue the Hearing Date currently scheduled for May 15, 2025.

      Plaintiff does not oppose the continuance of the hearing date requested by the Cohen Defendants. However, Plaintiff objects to the inaccurate statements contained in Defendants'

Motion regarding the parties' communications and conferral efforts, and respectfully requests that the Court take note of this inaccurate representation in the record.

In their Motion, the Cohen Defendants assert that they "have conferred with the parties on this issue" but that "Plaintiff has not responded to the Cohen Defendants' request to confer." This statement is demonstrably false.

On April 25, 2025, counsel for the Cohen Defendants sent an email to Plaintiff requesting consent to continue the hearing date. On that same day, Plaintiff responded affirmatively, explicitly stating that he did not oppose the requested continuance. A true and correct copy of email correspondence is attached as **Exhibit A**. Thus, the record clearly reflects that Plaintiff timely responded to the Defendants' request and did so in good faith.

The Cohen Defendants' inaccurate assertion to the contrary creates an impression that Plaintiff failed to cooperate or engage, when in fact Plaintiff was responsive and accommodating. Inaccurate representation of communication undermines the integrity of the judicial process and should be corrected.

While Plaintiff does not oppose the requested continuance of the hearing, he respectfully requests that the Court acknowledge on the record the inaccuracy in the Cohen Defendants' Motion, specifically the claim that Plaintiff did not respond. Plaintiff seeks this correction not to oppose the substance of the continuance, but to ensure that the record accurately reflects the parties' conduct and to avoid any implication of bad faith on the part of Plaintiff.

For the foregoing reasons, Plaintiff does not oppose the continuance requested by the Cohen Defendants, but respectfully requests that the Court reflect in the record that Plaintiff did, in fact, respond and consent to the continuance on April 25, 2025, and that the representation

made in the Motion to the contrary is incorrect.

Dated: April 29, 2025

Respectfully submitted,

ANTHONY MITCHELL, pro se

## CERTIFICATE OF SERVICE

I CERTIFY that on April 29, 2025, I caused a true and correct copy of the foregoing OPPOSITION TO DEFENDANTS RC VENTURES LLC'S AND RYAN COHEN'S FIRST MOTION TO CONTINUE HEARING DATE to be filed with the Clerk of the Court and serving on all parties of record via email.

Dated: April 29, 2025

Respectfully submitted,

ANTHONY MITCHELL, Pro se

# Exhibit A

