Kelly A. Evans, Esq. (SBN 7691)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
kevans@efsmmlaw.com
dgutke@efsmmlaw.com

Dane H. Butswinkas (*pro hac vice*)
Steven M. Farina (*pro hac vice*)
Madeline C. Prebil (*pro hac vice*)
Jenna L. Romanowski (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. SW
Washington, DC 20024
Telephone: (202) 434-5000
dbutswinkas@wc.com
sfarina@wc.com
mprebil@wc.com
jromanowski@wc.com

*Attorneys for Defendants RC Ventures LLC and Ryan Cohen*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL, | Case No. 2:24-cv-01042-RFB-DJA |
| Plaintiff, | **DEFENDANTS RC VENTURES LLC'S AND RYAN COHEN'S REPLY IN SUPPORT OF THEIR FIRST MOTION TO CONTINUE HEARING DATE** |
| v. | |
| RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual, | |
| Defendants. | |

1       Counsel for Defendants RC Ventures LLC and Ryan Cohen ("Counsel") respectfully replies in response to Plaintiff's filing to this Court.

      Counsel failed to check messages that were placed on-hold by her IT systems and was thus unaware that Plaintiff had responded to her email. Counsel apologizes to Plaintiff and this Court for inadvertently misrepresenting the record. Counsel thanks Plaintiff for his understanding and for his flexibility in consenting to the requested continuance.

Dated: May 2, 2025.        **EVANS FEARS SCHUTTERT MCNULTY MICKUS**

/s/ David W. Gutke
Kelly A. Evans, Esq. (SBN 7691)
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Dane H. Butswinkas (*pro hac vice*)
Steven M. Farina (*pro hac vice*)
Madeline C. Prebil (*pro hac vice*)
Jenna L. Romanowski (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Ave. SW
Washington, DC 20024

*Attorneys for Defendants RC Ventures LLC and Ryan Cohen*

**DEFENDANTS RC VENTURES LLC'S AND RYAN COHEN'S REPLY IN SUPPORT OF THEIR FIRST MOTION TO CONTINUE HEARING DATE**

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 2, 2025, a true and correct copy of the foregoing **DEFENDANTS RC VENTURES LLC'S AND RYAN COHEN'S REPLY IN SUPPORT OF THEIR FIRST MOTION TO CONTINUE HEARING DATE** was served electronically on all counsel of record and Plaintiff Anthony Mitchell via CM-ECF.

*/s/ Faith Radford*
An employee of Evans Fears Schuttert McNulty Mickus