UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL,<br><br>*Plaintiff*,<br><br>v.<br><br>RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual,<br><br>*Defendants*. | Case No. 2:24-cv-01042-RFB-DJA<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ANTHONY MITCHELL, and Defendants, by and through their counsel of record, that the Hearing re Defendants Motions to Dismiss (ECF No. No. 18, 31, 43) scheduled for May 23, 2025 (ECF No. 68) be moved to a future date convenient for the Court and the parties.

1. On May 8, 2025, the Court filed a Minute Order in Chambers scheduling the

hearing on Defendants' motions to dismiss (ECF No. No. 18, 31, 43) and set the matter for May 23, 2025, at 10:00 a.m.

2.    Pro se Plaintiff must assist his elderly, partially disabled mother with relocating into a new home beginning May 21, 2025. The move will require multiple days of in- person assistance, significantly impacting Plaintiff's ability to adequately prepare for the hearing, including reviewing motions, gathering documents, and drafting any necessary materials.

3.    The parties agree to email the department to select a mutually agreed upon date based on the Court's calendar should the Court grant this continuance.

4.    This request is made in good faith and not for the purposes of delay.

IT IS SO STIPULATED this __19th__ th day of May, 2025.

Dated: May 19, 2025

ANTHONY MITCHELL, Plaintiff pro se


EVANS FEARS & SCHUTTERT LLP

Dated: May 20, 2025

*/s/ David W. Gutke*
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Attorneys for Defendants
RC Ventures, LLC and Ryan Cohen

SNELL & WILMER L.L.P.

Dated: May 20, 2025

/s/ *Bradley Austin*

Bradley Austin (Nevada Bar #13064)
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Attorneys for Defendant Sue Gove

PISANELLI BICE

Dated: May 19, 2025

/s/ *Emily A. Buchwald*

Todd L. Bice, Esq. #4534
TLB@pisanellibice.com
Emily A. Buchwald, Esq., #13342
EAB@pisanellibice.com
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100

Eric Swibel, Esq.
Eric.Swibel@lw.com
Natalie K. DeLave, Esq.
Natalie.DeLave@lw.com
(admitted pro hac vice)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Ste 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700

Attorneys for Defendant Beyond, Inc. (f/k/a Overstock.com, Inc.)

ORDER

IT IS SO ORDERED.

_____
Richard F. Boulware, II
United States District Judge

DATED: _____