FILED ☒  RECEIVED ☐
ENTERED ☐  SERVED ON ☐

05/20/2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| ANTHONY MITCHELL, | Case No. 2:24-cv-01042-RFB-DJA |
| *Plaintiff*, |  |
| v. |  |
| RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual, | **STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS** |
| *Defendants*. |  |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ANTHONY

MITCHELL, and Defendants, by and through their counsel of record, that the Hearing re

Defendants Motions to Dismiss (ECF No. No. 18, 31, 43) scheduled for May 23, 2025 (ECF No.

68) be moved to a future date convenient for the Court and the parties.

     1.     On May 8, 2025, the Court filed a Minute Order in Chambers scheduling the

hearing on Defendants' motions to dismiss (ECF No. No. 18, 31, 43) and set the matter for May 23, 2025, at 10:00 a.m.

2.      Pro se Plaintiff must assist his elderly, partially disabled mother with relocating into a new home beginning May 21, 2025. The move will require multiple days of in- person assistance, significantly impacting Plaintiff's ability to adequately prepare for the hearing, including reviewing motions, gathering documents, and drafting any necessary materials.

3.      The parties agree to email the department to select a mutually agreed upon date based on the Court's calendar should the Court grant this continuance.

4.      This request is made in good faith and not for the purposes of delay.

IT IS SO STIPULATED this __19th__ th day of May, 2025.

Dated:  May 19, 2025

_____
ANTHONY MITCHELL, Plaintiff pro se

EVANS FEARS & SCHUTTERT LLP

Dated: May 20, 2025

_/s/ David W. Gutke_____
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Attorneys for Defendants
RC Ventures, LLC and Ryan Cohen

SNELL & WILMER L.L.P.

Dated: May 20, 2025                  /s/ Bradley Austin
                                     Bradley Austin (Nevada Bar #13064)
                                     1700 S Pavilion Center Drive, Suite 700
                                     Las Vegas, NV 89135
                                     Attorneys for Defendant Sue Gove

PISANELLI BICE

Dated: May 19, 2025                  /s/ Emily A. Buchwald
                                     Todd L. Bice, Esq. #4534
                                     TLB@pisanellibice.com
                                     Emily A. Buchwald, Esq., #13342
                                     EAB@pisanellibice.com
                                     400 South 7th Street, Suite 300
                                     Las Vegas, Nevada 89101
                                     Telephone: (702) 214-2100

                                     Eric Swibel, Esq.
                                     Eric.Swibel@lw.com
                                     Natalie K. DeLave, Esq.
                                     Natalie.DeLave@lw.com
                                     (admitted pro hac vice)
                                     LATHAM & WATKINS LLP
                                     330 North Wabash Avenue, Ste 2800
                                     Chicago, Illinois 60611
                                     Telephone: (312) 876-7700

                                     Attorneys for Defendant Beyond, Inc. (f/k/a
                                     Overstock.com, Inc.)

**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS**

ORDER

IT IS SO ORDERED.

_____
Richard F. Boulware, II
United States District Judge

DATED: _____

STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS