Bradley Austin (Nevada Bar #13064)
SNELL & WILMER L.L.P.
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Tel.  702.784.5200
Fax.  702.784.5252
Email:  baustin@swlaw.com

Victor L. Hou (*Pro Hac Vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Email: vhou@cgsh.com

*Attorneys for Sue Gove*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL,<br><br>                          Plaintiff,<br><br>v.<br><br>RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual,<br><br>                          Defendants. | Case No. 2:24-cv-01042-RFB-DJA<br><br>**JOINT NOTICE REGARDING AUTOMATIC STAY OF DISCOVERY PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT – IN RESPONSE TO COURT MINUTE ORDER, ECF NO. 73** |

# JOINT NOTICE REGARDING AUTOMATIC STAY OF DISCOVERY PURSUANT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT – IN RESPONSE TO COURT MINUTE ORDER, ECF NO. 73

In response to the Court's September 2, 2025, Minute Order (ECF No. 73) ordering the Parties to file a stipulated discovery plan and scheduling order on or before September 23, 2025, the Defendants jointly state as follows:

The instant dispute is a securities fraud matter filed under the Private Securities Litigation Reform Act of 1995 ("PSLRA"). ECF No. 7. On September 11, 2024, Defendant Beyond, Inc. (f/k/a Overstock.com, Inc.) filed a Motion to Dismiss Plaintiff's Complaint. ECF No. 18. On November 6, 2024, Defendant Sue Gove filed a Motion to Dismiss Plaintiff's Complaint. ECF No. 31. On December 10, 2024, Defendants RC Ventures, LLC and Ryan Cohen filed a Motion to Dismiss Plaintiff's Complaint. ECF No. 43 (collectively with the Overstock.com and Gove Motions to Dismiss, "Motions"). All three Motions remain pending with the Court.

Pursuant to the automatic stay provision in the PSLRA, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party." 15 U.S.C. § 78u-4(b)(3)(B). There is no motion that discovery is needed to preserve evidence or prevent undue prejudice. Because the Motions remain pending adjudication, Defendants respectfully submit that the automatic stay under the PSLRA is in effect such that the Parties should be excused from providing a stipulated discovery plan and scheduling order until the Court rules on the Motions or otherwise lifts the automatic stay.

/ / /

| | | |
|---|---|---|
| 1 | Dated: September 22, 2025 | Dated: September 22, 2025 |
| 2 | | |
| 3 | SNELL & WILMER, L.L.P. | EVANS FEARS & SCHUTTERT LLP |
| 4 | /s/ *Bradley T. Austin*<br>Bradley Austin, Esq. | /s/ *Kelly A. Evans*<br>Kelly A. Evans, Esq. |
| 5 | 1700 S Pavilion Center Drive, Suite 700<br>Las Vegas, NV 89135 | 6720 Via Austi Parkway, Ste. 300<br>Las Vegas, NV 89119 |
| 6 | Victor L. Hou (*Pro Hac Vice*) | Dane H. Butswinkas, Esq. (*pro hac vice*) |
| 7 | CLEARY GOTTLIEB STEEN | Steven M. Farin, Esq. (*pro hac vice*) |
|   | & HAMILTON LLP | Madeline C. Prebil, Esq. (*pro hac vice*) |
| 8 | One Liberty Plaza | Jenna L. Romanowski, Esq. *(pro hac vice)* |
|   | New York, New York 10006 | WILLIAMS & CONNOLLY LLP |
| 9 |   | 680 Maine Ave. S.W. |
| 10 | *Attorneys for Defendant Sue Gove* | Washington, DC 20024 |
| 11 | | *Attorneys for Defendants RC Ventures LLC and Ryan Cohen* |
| 12 | Dated: September 22, 2025 | |
| 13 | | |
| 14 | PISANELLI BICE | |
| 15 | /s/ *Todd L. Bice*<br>Todd L. Bice, Esq. | |
| 16 | Emily A. Buchwald, Esq. | |
|    | 400 South 7th Street, Suite 300 | |
| 17 | Las Vegas, NV 89101 | |
| 18 | Eric Swibel, Esq. (*pro hac vice*) | |
| 19 | Natalie K. DeLave, Esq. (*pro hac vice*)<br>LATHAM & WATKINS LLP | |
| 20 | 330 North Wabash Avenue, Ste 2800<br>Chicago, Illinois 60611 | |
| 21 | | |
| 22 | *Attorneys for Defendant Beyond, Inc. (f/k/a Overstock.com, Inc.)* | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## CERTIFICATE OF SERVICE

On September 22, 2025 I served the foregoing document on all parties appearing in this case when filing said document through the court's PACER system with automatic e-service on all persons who have registered for e-service on PACER for this case.

/s/ Debbie Shuta
An employee of SNELL & WILMER L.L.P.