UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ANTHONY MITCHELL,

*Plaintiff,*

v.

RYAN COHEN, an individual;
ROBINHOOD FINANCIAL LLC, a
Delaware Limited Liability Company;
ROBINHOOD SECURITIES, LLC, a
Delaware Limited Liability Company;
ROBINHOOD MONEY, LLC, a Delaware
Limited Liability Company; THE
DEPOSITORY TRUST & CLEARING
CORPORATION, a New York Corporation;
20230930-DK-BUTTERFLY-1, INC., a New
York Corporation doing business as BED
BATH & BEYOND; OVERSTOCK.COM,
INC., a Delaware Corporation doing business
as BED BATH & BEYOND; RC
VENTURES LLC, a Delaware Limited
Liability Company; SUE E. GOVE, an
individual,

*Defendants.*

Case No. 2:24-cv-01042



# DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff ANTHONY MITCHELL hereby demands a trial by jury on all issues so triable in the above-captioned action.

Dated: September 21, 2025                    Respectfully submitted,

ANTHONY MITCHELL, pro se

## CERTIFICATE OF SERVICE

I CERTIFY that on September 21, 2024, I caused a true and correct copy of the foregoing DEMAND FOR JURY TRIAL to be filed with the Clerk of the Court and serving on all parties of record via email.

Dated: September 21, 2025

Respectfully submitted,

ANTHONY MITCHELL, Pro se