# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ANTHONY MITCHELL,

      *Plaintiff,*

   v.

RYAN COHEN, an individual;
ROBINHOOD FINANCIAL LLC, a
Delaware Limited Liability Company;
ROBINHOOD SECURITIES, LLC, a
Delaware Limited Liability Company;
ROBINHOOD MONEY, LLC, a Delaware
Limited Liability Company; THE
DEPOSITORY TRUST & CLEARING
CORPORATION, a New York Corporation;
20230930-DK-BUTTERFLY-1, INC., a New
York Corporation doing business as BED
BATH & BEYOND; OVERSTOCK.COM,
INC., a Delaware Corporation doing business
as  BED BATH & BEYOND; RC
VENTURES LLC, a Delaware Limited
Liability Company; SUE E. GOVE, an
individual,

      *Defendants.*

Case No. 2:24-cv-01042



FILED       RECEIVED
ENTERED      SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 3 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:        DEPUTY

---

# PLAINTIFF'S MOTION TO COMPEL DEFENDANTS

# TO PARTICIPATE IN RULE 26(f) CONFERENCE

### INTRODUCTION & MOTION REQUEST

Plaintiff respectfully moves the Court for an order compelling Defendants to meet and confer

pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(a). Despite repeated good

1

**MOTION TO COMPEL**

faith efforts, Defendants have failed to respond to Plaintiff's requests to schedule the conference and jointly prepare a discovery plan.

FACTUAL BACKGROUND

On September 2, 2025, the Court entered a Minute Order (ECF No. 73) requiring the parties to submit a stipulated discovery plan and scheduling order by September 23, 2025 pursuant to FRCP 26(f) and LR 26-1(a).

On the same day, Plaintiff emailed all defense counsel initiating the Rule 26(f) process. Plaintiff's September 2 email (Ex. 1) proposed conducting the meet-and-confer by email and offered to circulate a draft discovery plan.

On September 8, 2025, Plaintiff followed up (Ex. 1), attaching a draft proposed discovery plan and again requesting counsel's participation.

Defendants did not respond to either communication. However, email tracking records (Ex. 3) show that defense counsel opened Plaintiff's emails on multiple occasions throughout September 2025, demonstrating actual notice.

As of the date of this motion, Defendants have made no effort to participate in the required conference, and the September 23, 2025 deadline is imminent.

ARGUMENT

Rule 26(f)(1) requires parties to confer "as soon as practicable" to discuss discovery and prepare a joint plan.

Local Rule 26-1(a) requires parties in this District to hold the Rule 26(f) conference and file a stipulated discovery plan.

Plaintiff has made multiple good-faith attempts. Defendants' refusal violates both the Federal and Local Rules, as well as the Court's September 2, 2025 order.

Courts regularly grant motions to compel where one party refuses to participate in a Rule 26(f) conference (see Escareno v. Lundbeck, LLC, 3:14-cv-00257-B (N.D. Tex. Sept. 17, 2014), Order at 2).

LEGAL STANDARD

Federal Rule 26(f) requires parties to confer "as soon as practicable" after the defendant is served (or appears), to discuss the nature and basis of their claims, possible settlement, initial disclosures, and develop a discovery plan.

Local Rule 26-1(a) for this district similarly requires timely conferment and submission of the discovery plan.

ARGUMENT

Plaintiff has satisfied any obligation to attempt to meet and confer.

Defendants have not responded, thus obstructing compliance with the Court's order of September 2, 2025.

It is proper for the Court to enforce the Rule 26(f) conference requirement via motion when one party refuses to participate.

RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

Compel Defendants to participate in the Rule 26(f) conference within 7 days of the Court's order;

Require the parties to file a stipulated discovery plan and scheduling order within 14 days thereafter;

In the alternative, permit Plaintiff to file his proposed discovery plan unilaterally;

Award Plaintiff any other relief the Court deems just and proper.

EXHIBITS

Ex. 1 – Sept 2 email to defense counsel and Sept 8, 2025 follow-up email with draft plan.

Ex. 2 – Mailsuite read receipts showing repeated openings by defense counsel. (Timestamps are 3 hours ahead of actual time)

Ex. 3 – Plaintiff's Draft Discovery Plan (already circulated).

CONCLUSION

Defendants' refusal to engage has obstructed compliance with Rule 26(f), LR 26-1(a), and this Court's September 2 order. Plaintiff respectfully asks the Court to grant this motion and order Defendants to participate without further delay.

4
**MOTION TO COMPEL**

Respectfully submitted,

[Plaintiff's Pro Se]

Date: _09/21/25_

ANTHONY MITCHELL, pro se

## CERTIFICATE OF SERVICE

I CERTIFY that on September 21, 2024, I caused a true and correct copy of the foregoing

Motion to Compel to be filed with the Clerk of the Court and serving on all parties of record via

email.

Dated: September 21, 2025

Respectfully submitted,

ANTHONY MITCHELL, Pro se

5
MOTION TO COMPEL

# EXHIBIT (1)

 Gmail

A M <realanthonymitchell@gmail.com>

---

## Rule 26(f) Conference – Mitchell v. Cohen et al., Case No. 2:24-cv-01042-RFB-DJA
10 messages

**A M** <realanthonymitchell@gmail.com>                                     Tue, Sep 2, 2025 at 8:06 PM
To: dbutswinkas@wc.com, jromanowski@wc.com, "Prebil, Madeline" <mprebil@wc.com>, sfarina@wc.com,
dgutke@efstriallaw.com, kevans@efstriallaw.com, eab@pisanellibice.com, eric.swibel@lw.com, natalie.delave@lw.com,
lit@pisanellibice.com, "Austin, Bradley" <baustin@swlaw.com>, "Gerber, Jared" <jgerber@cgsh.com>, vhou@cgsh.com

Dear Counsel,

Pursuant to the Court's Minute Order entered September 2, 2025 (ECF No. 73), I am writing to initiate the Rule 26(f)
conference and facilitate compliance with Federal Rule of Civil Procedure 26 and Local Rule 26-1(a). The Court has
ordered the parties to submit a stipulated discovery plan and scheduling order by **September 23, 2025**.

To avoid delay and ensure a complete record of communications, I propose that we conduct the meet-and-confer process
via email. Please advise of your availability to begin exchanging proposals regarding the discovery schedule, initial
disclosures, and related Rule 26(f) topics.

I am prepared to circulate a draft proposed discovery plan for your review unless you prefer to initiate the first version.

Respectfully,
**Anthony Mitchell**
Pro Se Plaintiff
realanthonymitchell@gmail.com
702-884-0472

---

**postmaster@cgsh.com** <postmaster@cgsh.com>                              Tue, Sep 2, 2025 at 8:06 PM
To: realanthonymitchell@gmail.com

### Delivery has failed to these recipients or groups:

Gerber, Jared (jgerber@cgsh.com)

The email address you entered couldn't be found. Please check the recipient's email address and
try to resend the message. If the problem continues, please contact your email admin.

### Diagnostic information for administrators:

Generating server: AM1EXCMAIL05.cgsh.com

jgerber@cgsh.com
Remote Server returned '550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient not found by SMTP address lookup'

Original message headers:

Received: from AM1EXCMAIL01.cgsh.com (10.200.42.4) by AM1EXCMAIL05.cgsh.com
 (10.200.42.8) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.1.2507.57; Tue, 2 Sep
 2025 23:06:28 -0400

```
Received: from amsmtp52.cgsh.com (10.200.40.147) by AM1EXCMAIL01.cgsh.com
  (10.200.42.4) with Microsoft SMTP Server (version=TLS1_2,
  cipher=TLS_ECDHE_RSA_WITH_AES_256_GCM_SHA384) id 15.1.2507.57 via Frontend
  Transport; Tue, 2 Sep 2025 23:06:28 -0400
Received: from pps.filterd (AM1MSGPPVM20.cgsh.com [127.0.0.1])
      by AM1MSGPPVM20.cgsh.com (8.18.1.2/8.18.1.2) with ESMTP id 58330UaC028117
      for <jgerber@cgsh.com>; Tue, 2 Sep 2025 23:06:27 -0400
Authentication-Results: cgsh.com;
      dkim=fail header.s=20230601 header.d=gmail.com;
      spf=softfail smtp.mailfrom=realanthonymitchell@gmail.com;
      dmarc=fail header.from=gmail.com
Received: from mx0b-00170f01.pphosted.com (mx0b-00170f01.pphosted.com [67.231.156.182])
      by AM1MSGPPVM20.cgsh.com (PPS) with ESMTPS id 48v2hbux9u-1
      (version=TLSv1.2 cipher=ECDHE-RSA-AES256-GCM-SHA384 bits=256 verify=NOT)
      for <jgerber@cgsh.com>; Tue, 02 Sep 2025 23:06:27 -0400
Received: from pps.filterd (m0045993.ppops.net [127.0.0.1])
      by mx0b-00170f01.pphosted.com (8.18.1.2/8.18.1.2) with ESMTP id 5831ndW6007058;
      Tue, 2 Sep 2025 23:06:26 -0400
Received: from mail-wm1-f51.google.com (mail-wm1-f51.google.com [209.85.128.51])
      by mx0b-00170f01.pphosted.com (PPS) with ESMTPS id 48uvy93w30-1
      (version=TLSv1.2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128 verify=NOT)
      for <jgerber@cgsh.com>; Tue, 02 Sep 2025 23:06:26 -0400 (EDT)
Received: by mail-wm1-f51.google.com with SMTP id 5b1f17b1804b1-45b8b7ac427so17908445e9.2
      for <jgerber@cgsh.com>; Tue, 02 Sep 2025 20:06:26 -0700 (PDT)
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
      d=gmail.com; s=20230601; t=1756868784; x=1757473584; darn=cgsh.com;
      h=mime-version:date:message-id:subject:references:to:from:from:to:cc
       :subject:date:message-id:reply-to;
      bh=OniXjZHLQxeZK9JJGCiSIATzCj25U0nEs7KAPPjssAQ=;
      b=SV2Vxz0rPzopIWCdxDgzxR/4s6W/OA34BQokGKz85N4zhJzh4n5QpxHMHnLGYqi/eA
       vSQTpkqwn1qR7uXvkXJRgqhGW51V4rnsabRW/eDTgBjLWk+10oQ/27eGcCbC507FFkAX
       Y99bW9nt02K+4ANhwH9uHGBgFGAsIjz12qjHC/KH1VolcF+Zn/B31YXghkAIaFloshGf
       iDjB3W3EPR6H+2SKWb6GvQO409HgjTLZVkwhI16RJ3JLl1JuecIx2fGJddshB1wZHBOR
       nq/tKj7JkrzQmR4P11f6rJV5bMKbHzRjLEYc/LzJ83MNtI9VrrmxpQU+Rt03YofZ5p6M
       9xcQ==
X-Google-DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
      d=1e100.net; s=20230601; t=1756868784; x=1757473584;
      h=mime-version:date:message-id:subject:references:to:from
       :x-gm-message-state:from:to:cc:subject:date:message-id:reply-to;
      bh=OniXjZHLQxeZK9JJGCiSIATzCj25U0nEs7KAPPjssAQ=;
      b=B+Zr7aZkkjsK5Q1nwwLmEUkJblkQUetKEC1uMxlcrfctEhgX19gjcy+UM+d0LXhtwX
       9fDAfQI41suQacyPO+y0tog4whqY4dWRKd1cRW0Oc5AiWd1HXLLtvTyL6ZVMeygs/AF+
       wbeZkS1oidMY+8Ry20cO61HLY5x5E5BJCSvMapaJ72lw/0g1IIaW61b6WuFzthsx2Kb
       KLzIAFhE4g6nAmfrw1ya3dCOzfkk4dEOxEu+Yv/t4/fmoY/06m/vNG/rD0yNETEdxIva
       ybrAgGfKCQMgSmbvScOaKzY2v8i5wtO4EVApYPUNRuFTrOJsMFlFRZW8+rpfYAeHT0Iz
       eM1g==
X-Forwarded-Encrypted: i=1; AJvYcCXRKggKVB6XRm49MV6WCCFdTsX5pUrfybtVkFGokMqvZ9RaqzkzyZOc
      TQ6PRMfLUP2jQQiPYS8H@cgsh.com
X-Gm-Message-State: AOJu0YzYC32H8qgBpEzvw21RfYxqIAq5yyjvZj00txvwALWWHlfgpRcB
      aJgxd/lnAs3GaPTJ+tkZ63Vmnn6qFqC4aO/vNFLa/Km3iY0SwoasGKm85UlEFI3K
X-Gm-Gg: ASbGncvGJgY33F48YHeNYJYBQfxfF0f908ziA4/QyLh8xgcCc0u2mLz2AN9Dfbp0V4D
      GKUf6oKDT+M5+nHOy7BiZWgIl/Syyc3TEE378gH6tEaeuevwvVNGYNAQBdWxZRpjJEbs9z3ib+z
      VH10HmTcAd2UbEUElboU6qtbAoz8wVQp2X62Yw8xfcZCpZ3Um0bc+CFOxsBU8d0370973VulrAF
      QTRZqVGDgXU4AP/EXrd36BwG1W6KgR2uHlUC2AtLHbPF2bWB+zd4/2aGch+Mr1a1AUW4OJzvTJg
      cPj2ep9XbM0yEUmHE+N+C9e5M98ZspbsA0x09NY/ohtfOI9xPepP0pTHH//UmuSmSiwgQgy0sKV
      oYDhqlt4qKqhJ+LZpJOggJ/Ndd0hBqqCUTjEkpRJ+mD3vKonbq9graXyxWJzUn2W2KfTZ4gQOxi
      EDIdcKnHvSDpNPUuAfaqNi8TgCsNDwxpuSK6pVtH/EypIoLy6D8TgXTpAqvGTNgaaTITY=
X-Google-Smtp-Source: AGHT+IGYD37z8UhjUSagSHCLoWUtC1TCqXog9EW5q58s+dofGCglQlqKRGfmJY2gEO2dAXEnxoY
JTA==
X-Received: by 2002:a05:600c:c8a:b0:45b:9afe:ad48 with SMTP id 5b1f17b1804b1-
45b9afeaeefmr37821545e9.16.1756868784212;
      Tue, 02 Sep 2025 20:06:24 -0700 (PDT)
Received: from [127.0.0.1] (ec2-52-18-112-196.eu-west-1.compute.amazonaws.com. [52.18.112.196])
      by smtp.gmail.com with ESMTPSA id ffacd0b85a97d-3cf276d204asm21793632f8f.24.
2025.09.02.20.06.23
      for <jgerber@cgsh.com>
      (version=TLS1_3 cipher=TLS_AES_256_GCM_SHA384 bits=256/256);
      Tue, 02 Sep 2025 20:06:23 -0700 (PDT)
```

```
From: A M <realanthonymitchell@gmail.com>
To: <dbutswinkas@wc.com>, <jromanowski@wc.com>, "Prebil, Madeline"
        <mprebil@wc.com>, <sfarina@wc.com>, <dgutke@efstriallaw.com>,
        <kevans@efstriallaw.com>, <eab@pisanellibice.com>, <eric.swibel@lw.com>,
        <natalie.delave@lw.com>, <lit@pisanellibice.com>, "Austin, Bradley"
        <baustin@swlaw.com>, "Gerber, Jared" <jgerber@cgsh.com>, <vhou@cgsh.com>
References: <e36a453f24.4ac8@mailsuite.com>
Subject: =?UTF-8?Q?Rule_26=28f=29_Conference_=E2=80=93_Mitc?=
 =?UTF-8?Q?hell_v=2E_Cohen_et_al=2E=2C_Case_No=2E_2?=
 =?UTF-8?Q?=3A24-cv-01042-RFB-DJA?=
Message-ID: <e71b2eb1-f6ff-411f-9e46-f24032d0109c@gmail.com>
Date: Wed, 3 Sep 2025 03:06:11 +0000
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="--_NmP-7fa8c56f366488a0-Part_1"
X-Authority-Analysis: v=2.4 cv=e7oGSbp/ c=1 sm=1 tr=0 ts=68b7b0b2 cx=c_pps
 a=JpI0tsIsc+rNc0poJYqysA==:117 a=mhMQ2fN/YUFnSm8RWX9rrA==:17 a=yJojWOMRYYMA:10 a=5KLPUuaC_9wA:10
 a=x7bEGLp0ZPQA:10 a=gA2rCPPr6ogA:10 a=95EFz5htlIgA:10 a=pGLkceISAAAA:8
 a=goIkDDyKf6NMpSyjM1wA:9 a=QEXdDO2ut3YA:10 a=zZCYzV9kfG8A:10 a=9M-kdKfpAAAA:8
 a=is13kRnj1dtYpw_pnKQA:9 a=JP7vGoR1NKwDjKcsheOR:22 a=463chSz42_stSp2sg9XZ:22 a=Lzn-
 fjB3NMrTFhMKR8Wa:22
X-CLX-Shades: MLX
X-CLX-Response: 1TFkXGBofEQpMehcZHxwRCllEF2J8XHBuXWlPHxNsEQpYWBdkR3xZRhlIHUI
 bYBEKeE4XY1Nja3sTWH4aX14RCnlMF2NbQk58GVBaUEBnEQpDSBccExEKQ1kXBxgSEQpDSRcaBB
 oaGhEKWU0XZ2ZyEQpZSRcacRoQGncGGxIfcRsZExAadwYYGgYaEQpZXhdsbHkRCklGF0lNWUJ1Q
 kVZXk90EQpJRxd4T00RCkNOF3keZXtMbmVwbWZMYntuc2V8HnxfQGRHH2tzSEN7QFp5EQpYXBcf
 BBoEHhoTBRsaBBsbGgQbGR4EGR8QGx4aHxoRCL5ZF0wdfHxkEQpNXBcdGREKTFoXbGlNTWsRCkx
 GF29ra29raxEKQk8XaH1BYENafXNHQRMRCkNaFxgaEwQSHwQbGBIEHxsRCkJeFxsRCkReFxsZEQ
 pCXBcbEQpeThcbEQpCSxdjU2NrexNYfhpfXhEKQkkXY1Nja3sTWH4aX14RCkJFF2RjBUB+AW0TT
 n9rEQpCThdjU2NrexNYfhpfXhEKQkwXZEd8WUYZSB1CG2ARCkJsF2hkbl9jWUUfUmNzEQpCQBdh
 enh8TAVmbl1BUhEKQlgXax0eUHNiQxscSHwRCk1eFxsRClpYFxwRCnlDF2MccmtlcFITX0YSEQp
 ZSxcbGhMdExEKGcGgXbGlcElNtfl8FE0IQGBgRCnBoF2hZF2hxEQPbGRwEQTWJmGm5zZmREEBkaEQpwaBdjWl9JSW
 hwfl5BRRAZGhEKcGgXYVlafn1ybEhtGGsQGRoRCnBoF2VEX1sdYFE9MfnJCEBkaEQpwaBdhT0USf
 XJ9Ql5YUBAZGhEKcGgXbxlScEJ8Ek95XWIQGRoRCnBoF2UFY3tQYlIfZG9MEBkaEQpwfRdlb21N
 Q3pQZ2NfRBAZGhECH8XY1NPbkxmcBhMHnoQEx0RCnBfF2JPUn5aaVJnG250EBseGREKtGwXa3x /
 Y0VuRFBub1IQHRIRCnBDF2d4XW9AeB0SGUMeEBscGREKbX4XGxEKWE0XSxEg
X-Proofpoint-Banner-Trigger: unknownsender
X-Proofpoint-SPF-Result: pass
X-Proofpoint-SPF-Record: v=spf1 redirect=_spf.google.com
X-Proofpoint-Virus-Version: vendor=baseguard
 engine=ICAP:2.0.293,Aquarius:18.0.1099,Hydra:6.1.9,FMLib:17.12.80.40
 definitions=2025-09-03_01,2025-08-28_01,2025-03-28_01
X-Proofpoint-Spam-Details: rule=departedooo_notspam policy=departedooo score=0 priorityscore=356
 suspectscore=0 unknownsenderscore=20 malwarescore=0 phishscore=0
 impostorscore=0 spamscore=0 adultscore=0 clxscore=205 bulkscore=0
 classifier=typeunknown authscore=0 authtc= authcc= route=inbound adjust=0
 reason=mlx scancount=1 engine=8.19.0-2507300000
 definitions=main-2508300069 domainage_hfrom=10979
X-Proofpoint-GUID: vtkDkqXzUCILAXNrMU_OpDiiAVfhhBD9
X-Proofpoint-ORIG-GUID: vtkDkqXzUCILAXNrMU_OpDiiAVfhhBD9
X-Proofpoint-Spam-Details-Enc: AW1haW4tMjUwOTAzMDAyNyBTYWx0ZWRfXxD/U3NCoGuav
 an3iEXCsOiCp7M6O7foPatyUpEEiErb47k7iM/0nOd1n6O54YuhAVszdt++l4ZpgQIsfqrqtghi
 O7ZuNAX0RmXgwy3gH2N4aOpwQjw2uNupgryEq68oF0SyVC8pr2mksFh1ct1cW9Ci2jbPOBXjoTK
 ibx7KsXQtMCzxYp3XelXyySpD6fSB6ciZNSXjdG0kB/89i6HC4FdKKjmUayx+tG+1xfM3n2CgSJ
 WKv79CE6DGWh0b76BEdhd9T49a1+czKUdW+72s8LlK/MzF1j9Y/Q==
X-Proofpoint-Spam-Details: rule=notspam policy=default score=0 mlxscore=0 bulkscore=0
 suspectscore=0
 phishscore=0 malwarescore=0 mlxlogscore=604 adultscore=0 spamscore=0
 classifier=spam adjust=0 reason=mlx scancount=1 engine=8.12.0-2508110000
 definitions=main-2509030027
Return-Path: realanthonymitchell@gmail.com


Final-Recipient: rfc822;jgerber@cgsh.com
Action: failed
Status: 5.1.10
Diagnostic-Code: smtp;550 5.1.10 RESOLVER.ADR.RecipientNotFound; Recipient not found by SMTP address lookup
X-Display-Name: Gerber, Jared
```

---------- Forwarded message ----------
From: A M <realanthonymitchell@gmail.com>
To: <dbutswinkas@wc.com>, <jromanowski@wc.com>, "Prebil, Madeline" <mprebil@wc.com>, <sfarina@wc.com>, <dgutke@efstriallaw.com>, <kevans@efstriallaw.com>, <eab@pisanellibice.com>, <eric.swibel@lw.com>, <natalie.delave@lw.com>, <lit@pisanellibice.com>, "Austin, Bradley" <baustin@swlaw.com>, "Gerber, Jared" <jgerber@cgsh.com>, <vhou@cgsh.com>
Cc:
Bcc:
Date: Wed, 3 Sep 2025 03:06:11 +0000
Subject: Rule 26(f) Conference – Mitchell v. Cohen et al., Case No. 2:24-cv-01042-RFB-DJA

Dear Counsel,

Pursuant to the Court's Minute Order entered September 2, 2025 (ECF No. 73), I am writing to initiate the Rule 26(f) conference and facilitate compliance with Federal Rule of Civil Procedure 26 and Local Rule 26-1(a). The Court has ordered the parties to submit a stipulated discovery plan and scheduling order by **September 23, 2025**.

To avoid delay and ensure a complete record of communications, I propose that we conduct the meet-and-confer process via email. Please advise of your availability to begin exchanging proposals regarding the discovery schedule, initial disclosures, and related Rule 26(f) topics.

I am prepared to circulate a draft proposed discovery plan for your review unless you prefer to initiate the first version.

Respectfully,
**Anthony Mitchell**
Pro Se Plaintiff
realanthonymitchell@gmail.com
702-884-0472

---

A M <realanthonymitchell@gmail.com>                                    Mon, Sep 8, 2025 at 1:18 PM
To: dbutswinkas@wc.com, jromanowski@wc.com, "Prebil, Madeline" <mprebil@wc.com>, sfarina@wc.com, dgutke@efstriallaw.com, kevans@efstriallaw.com, eab@pisanellibice.com, eric.swibel@lw.com, natalie.delave@lw.com, lit@pisanellibice.com, "Austin, Bradley" <baustin@swlaw.com>, vhou@cgsh.com


Follow-Up on Rule 26(f) Conference and Draft Discovery Plan

Counsel,

On September 2, I circulated an email initiating the Rule 26(f) meet-and-confer process pursuant to the Court's Minute Order (ECF No. 73). To date, I have not received any responses from defendants' counsel.

To avoid delay and ensure compliance with Federal Rule of Civil Procedure 26 and Local Rule 26-1(a), I am following up and attaching **Plaintiff's Stipulated Discovery Plan Draft 001** in PDF, Word, and Pages format for your review and comment.

Please confirm your availability to engage in the Rule 26(f) discussions and provide any proposed revisions so that we can jointly submit a stipulated discovery plan and scheduling order by the Court's September 23, 2025 deadline.

Respectfully,
Anthony Mitchell
Plaintiff, Pro Se

[Quoted text hidden]

**3 attachments**

**Plaintiffs Stipulated discovery plan draft 001.pages**
764K

**Plaintiffs Stipulated discovery plan draft 001.docx**
13K

🖼 Plaintiffs Stipulated discovery plan draft 001.pdf
112K

---

**Mailsuite Notification** <notification@mailsuite.com>                              Mon, Sep 8, 2025 at 2:11 PM
Reply-To: dbutswinkas@wc.com, jromanowski@wc.com, mprebil@wc.com, sfarina@wc.com, dgutke@efstriallaw.com,
kevans@efstriallaw.com, eab@pisanellibice.com, eric.swibel@lw.com, natalie.delave@lw.com, lit@pisanellibice.com,
baustin@swlaw.com, vhou@cgsh.com
To: realanthonymitchell@gmail.com

🔥 Hot conversation: dgutke@efstriallaw.com opened it many times in a short period or forwarded it. View all 29
opens | turn off hot conversations

---

**Mailsuite Notification** <notification@mailsuite.com>                              Mon, Sep 8, 2025 at 2:13 PM
Reply-To: dbutswinkas@wc.com, jromanowski@wc.com, mprebil@wc.com, sfarina@wc.com, dgutke@efstriallaw.com,
kevans@efstriallaw.com, eab@pisanellibice.com, eric.swibel@lw.com, natalie.delave@lw.com, lit@pisanellibice.com,
baustin@swlaw.com, vhou@cgsh.com
To: realanthonymitchell@gmail.com

🔥 Hot conversation: kevans@efstriallaw.com opened it many times in a short period or forwarded it. View all 29
opens | turn off hot conversations

---

**Mailsuite Notification** <notification@mailsuite.com>                              Mon, Sep 8, 2025 at 5:04 PM
Reply-To: dbutswinkas@wc.com, jromanowski@wc.com, mprebil@wc.com, sfarina@wc.com, dgutke@efstriallaw.com,
kevans@efstriallaw.com, eab@pisanellibice.com, eric.swibel@lw.com, natalie.delave@lw.com, lit@pisanellibice.com,
baustin@swlaw.com, vhou@cgsh.com
To: realanthonymitchell@gmail.com

🔥 Hot conversation: Austin, Bradley opened it many times in a short period or forwarded it. View all 40 opens |
turn off hot conversations

---

**Mailsuite Notification** <notification@mailsuite.com>                              Wed, Sep 10, 2025 at 10:47 AM
Reply-To: dbutswinkas@wc.com, jromanowski@wc.com, mprebil@wc.com, sfarina@wc.com, dgutke@efstriallaw.com,
kevans@efstriallaw.com, eab@pisanellibice.com, eric.swibel@lw.com, natalie.delave@lw.com, lit@pisanellibice.com,
baustin@swlaw.com, vhou@cgsh.com
To: realanthonymitchell@gmail.com

🔥 Hot conversation: Austin, Bradley opened it many times in a short period or forwarded it. View all 92 opens |
turn off hot conversations

---

**Mailsuite Notification** <notification@mailsuite.com>                              Tue, Sep 16, 2025 at 5:09 AM
Reply-To: dbutswinkas@wc.com, jromanowski@wc.com, mprebil@wc.com, sfarina@wc.com, dgutke@efstriallaw.com,
kevans@efstriallaw.com, eab@pisanellibice.com, eric.swibel@lw.com, natalie.delave@lw.com, lit@pisanellibice.com,
baustin@swlaw.com, vhou@cgsh.com
To: realanthonymitchell@gmail.com

📧 Old conversation revival: Austin, Bradley opened it 1 week after it was sent. See tracking history or turn off
revival notifications

---

**Mailsuite Notification** <notification@mailsuite.com>                              Tue, Sep 16, 2025 at 6:26 AM
Reply-To: dbutswinkas@wc.com, jromanowski@wc.com, mprebil@wc.com, sfarina@wc.com, dgutke@efstriallaw.com,
kevans@efstriallaw.com, eab@pisanellibice.com, eric.swibel@lw.com, natalie.delave@lw.com, lit@pisanellibice.com,

baustin@swlaw.com, vhou@cgsh.com
To: realanthonymitchell@gmail.com

🔥 Hot conversation: Austin, Bradley opened it many times in a short period or forwarded it. View all 116 opens |
turn off hot conversations

---

**Mailsuite Notification** <notification@mailsuite.com>                                     Fri, Sep 19, 2025 at 10:04 AM
Reply-To: dbutswinkas@wc.com, jromanowski@wc.com, mprebil@wc.com, sfarina@wc.com, dgutke@efstriallaw.com,
kevans@efstriallaw.com, eab@pisanellibice.com, eric.swibel@lw.com, natalie.delave@lw.com, lit@pisanellibice.com,
baustin@swlaw.com, vhou@cgsh.com
To: realanthonymitchell@gmail.com

🔥 Hot conversation: Austin, Bradley opened it many times in a short period or forwarded it. View all 142 opens |
turn off hot conversations

EXHIBIT (2)

## Email Delivery Certificate generated by Mailsuite

| | |
|---|---|
| **From** | A M <realanthonymitchell@gmail.com> |
| **Subject** | Rule 26(f) Conference – Mitchell v. Cohen et al., Case No. 2:24-cv-01042-RFB-DJA |
| **Message ID** | <e71b2eb1-f6ff-411f-9e46-f24032d0109c@gmail.com> |
| **Delivered on** | 2 Sep, 2025 at 11:06 PM |
| **Delivered to** | <dbutswinkas@wc.com>, <jromanowski@wc.com>, Prebil, Madeline <mprebil@wc.com>, <sfarina@wc.com>, <dgutke@efstriallaw.com>, <kevans@efstriallaw.com>, <eab@pisanellibice.com>, <eric.swibel@lw.com>, <natalie.delave@lw.com>, <lit@pisanellibice.com>, Austin, Bradley <baustin@swlaw.com>, Gerber, Jared <jgerber@cgsh.com>, <vhou@cgsh.com> |

## Tracking history

👁 **Opened** on 4 Sep, 2025 at 5:46 PM by Prebil, Madeline

👁 **Opened** on 3 Sep, 2025 at 11:28 AM by eab@pisanellibice.com

👁 **Opened** on 3 Sep, 2025 at 8:10 AM by jromanowski@wc.com

👁 **Opened** on 3 Sep, 2025 at 8:09 AM by jromanowski@wc.com

👁 **Opened** on 3 Sep, 2025 at 7:35 AM by Prebil, Madeline

👁 **Opened** on 3 Sep, 2025 at 7:09 AM by Austin, Bradley

👁 **Opened** on 3 Sep, 2025 at 7:00 AM by dbutswinkas@wc.com

👁 **Opened** on 3 Sep, 2025 at 5:07 AM by sfarina@wc.com

👁 **Opened** on 2 Sep, 2025 at 11:55 PM by vhou@cgsh.com

👁 **Opened** on 2 Sep, 2025 at 11:53 PM by eab@pisanellibice.com

👁 **Opened** on 2 Sep, 2025 at 11:29 PM by eric.swibel@lw.com

👁 **Opened** on 2 Sep, 2025 at 11:29 PM by eric.swibel@lw.com

👁 **Opened** on 2 Sep, 2025 at 11:15 PM by eric.swibel@lw.com

👁 **Opened** on 2 Sep, 2025 at 11:08 PM by dbutswinkas@wc.com

👁 **Opened** on 2 Sep, 2025 at 11:07 PM by eric.swibel@lw.com

👁 **Opened** on 2 Sep, 2025 at 11:06 PM by eab@pisanellibice.com

👁 **Opened** on 2 Sep, 2025 at 11:06 PM by kevans@efstriallaw.com

**⩗Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 2 Sep, 2025 at 11:06 PM by eab@pisanellibice.com

👁 **Opened** on 2 Sep, 2025 at 11:06 PM by kevans@efstriallaw.com

👁 **Opened** on 2 Sep, 2025 at 11:06 PM by lit@pisanellibice.com

👁 **Opened** on 2 Sep, 2025 at 11:06 PM by eab@pisanellibice.com

*v/ Mailsuite*

2025 © Mailsuite, S.L.
C/ Córcega 301, At. 2.
08008 Barcelona - España

## Email Delivery Certificate generated by Mailsuite

| | |
|---|---|
| **From** | A M <realanthonymitchell@gmail.com> |
| **Subject** | Rule 26(f) Conference – Mitchell v. Cohen et al., Case No. 2:24-cv-01042-RFB-DJA |
| **Message ID** | <d38cc1e5-da2b-c75e-7651-47f104fdd69c@gmail.com> |
| **Delivered on** | 8 Sep, 2025 at 4:19 PM |
| **Delivered to** | <dbutswinkas@wc.com>, <jromanowski@wc.com>, Prebil, Madeline <mprebil@wc.com>, <sfarina@wc.com>, <dgutke@efstriallaw.com>, <kevans@efstriallaw.com>, <eab@pisanellibice.com>, <eric.swibel@lw.com>, <natalie.delave@lw.com>, <lit@pisanellibice.com>, Austin, Bradley <baustin@swlaw.com>, <vhou@cgsh.com> |

## Tracking history

👁 **Opened** on 21 Sep, 2025 at 8:58 AM by Austin, Bradley

👁 **Opened** on 21 Sep, 2025 at 7:55 AM by Austin, Bradley

👁 **Opened** on 20 Sep, 2025 at 3:59 PM by Austin, Bradley

👁 **Opened** on 20 Sep, 2025 at 2:52 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:55 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:43 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:39 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:33 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:27 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:23 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:14 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:14 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:09 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:08 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:06 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:05 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:05 PM by Austin, Bradley

**✔/ Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 19 Sep, 2025 at 4:05 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:05 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:04 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:02 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:02 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:00 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:00 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:00 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 3:59 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 3:59 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 3:59 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 3:58 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 3:57 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 3:51 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 3:50 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 3:49 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 3:48 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 3:46 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 3:46 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 3:44 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 2:33 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 2:32 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 1:58 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 1:24 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 1:06 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 1:04 PM by Austin, Bradley

*// **Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 19 Sep, 2025 at 1:03 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 12:54 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 12:53 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 12:49 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 12:49 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 12:48 PM by Austin, Bradley

👁 **Opened** on 17 Sep, 2025 at 8:18 PM by Austin, Bradley

👁 **Opened** on 17 Sep, 2025 at 3:35 PM by Austin, Bradley

👁 **Opened** on 17 Sep, 2025 at 2:32 PM by Austin, Bradley

👁 **Opened** on 17 Sep, 2025 at 3:42 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 8:19 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 8:17 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 8:17 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 5:27 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 5:24 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 5:23 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 4:53 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 4:53 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 3:17 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 2:21 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 10:47 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 10:31 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 10:30 AM by dbutswinkas@wc.com

👁 **Opened** on 16 Sep, 2025 at 10:10 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 9:32 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 9:16 AM by Austin, Bradley

ℐ**✔ Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 16 Sep, 2025 at 9:04 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 8:33 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 8:04 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 7:59 AM by Austin, Bradley

👁 **Opened** on 11 Sep, 2025 at 4:18 AM by Austin, Bradley

👁 **Opened** on 11 Sep, 2025 at 3:51 AM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 5:53 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 5:43 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 3:58 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 3:02 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 3:01 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 3:00 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:58 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:55 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:54 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:54 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:54 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:49 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:49 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:30 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:18 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:10 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:51 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:46 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:45 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:45 PM by Austin, Bradley

v// Mailsuite

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 10 Sep, 2025 at 1:44 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:44 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:44 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:42 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:37 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:37 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:37 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:25 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:24 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 6:29 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 5:21 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 4:31 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 4:25 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 4:02 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 3:59 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 3:48 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 3:33 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 3:33 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 1:39 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 1:37 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 1:12 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 1:02 PM by eric.swibel@lw.com

👁 **Opened** on 9 Sep, 2025 at 12:58 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 12:56 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 12:56 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 12:52 PM by Austin, Bradley

*V/* **Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 9 Sep, 2025 at 10:54 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 10:54 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 10:54 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 10:54 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 10:27 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 9:22 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 8:55 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 8:48 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 8:26 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 8:25 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 8:15 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 8:07 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 8:05 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 2:11 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 1:19 AM by eab@pisanellibice.com

👁 **Opened** on 8 Sep, 2025 at 9:22 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 9:16 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 9:07 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 8:20 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 8:20 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 8:18 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 8:17 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 8:06 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 7:59 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 7:55 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 7:53 PM by Austin, Bradley

✓// **Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 8 Sep, 2025 at 7:43 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 7:41 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 7:40 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 6:31 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 6:27 PM by eab@pisanellibice.com

👁 **Opened** on 8 Sep, 2025 at 5:46 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:32 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:28 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:09 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:06 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:06 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:06 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:06 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:06 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:05 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:05 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:02 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:02 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:01 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:01 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:01 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:01 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 4:57 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 4:56 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 4:55 PM by vhou@cgsh.com

👁 **Opened** on 8 Sep, 2025 at 4:55 PM by vhou@cgsh.com

👁 **Opened** on 8 Sep, 2025 at 4:54 PM by dgutke@efstriallaw.com

𝒗⫽ **Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 8 Sep, 2025 at 4:54 PM by vhou@cgsh.com

👁 **Opened** on 8 Sep, 2025 at 4:53 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 4:51 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 4:22 PM by eric.swibel@lw.com

👁 **Opened** on 8 Sep, 2025 at 4:21 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 4:21 PM by sfarina@wc.com

👁 **Opened** on 8 Sep, 2025 at 4:20 PM by sfarina@wc.com

👁 **Opened** on 8 Sep, 2025 at 4:19 PM by eab@pisanellibice.com

👁 **Opened** on 8 Sep, 2025 at 4:19 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 4:19 PM by eab@pisanellibice.com

👁 **Opened** on 8 Sep, 2025 at 4:19 PM by lit@pisanellibice.com

**ᐧ// Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

# EXHIBIT (3)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL,<br><br>       *Plaintiff*,<br><br>   v.<br><br>RYAN COHEN, an individual;<br>ROBINHOOD FINANCIAL LLC, a<br>Delaware Limited Liability Company;<br>ROBINHOOD SECURITIES, LLC, a<br>Delaware Limited Liability Company;<br>ROBINHOOD MONEY, LLC, a Delaware<br>Limited Liability Company; THE<br>DEPOSITORY TRUST & CLEARING<br>CORPORATION, a New York Corporation;<br>20230930-DK-BUTTERFLY-1, INC., a New<br>York Corporation doing business as BED<br>BATH & BEYOND; OVERSTOCK.COM,<br>INC., a Delaware Corporation doing business<br>as  BED BATH & BEYOND; RC<br>VENTURES LLC, a Delaware Limited<br>Liability Company; SUE E. GOVE, an<br>individual,<br><br>       *Defendants*. | Case No. 2:24-cv-01042 |

## STIPULATED DISCOVERY PLAN

## SUBMITTED IN COMPLIANCE WITH LR 26-1(b)

Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(a)–(c), Plaintiff Anthony Mitchell and

Defendants (collectively, the "Parties") submit this Discovery Plan:

### I.    Fed. R. Civ. P. 26(f) Conference

The Parties conducted their Rule 26(f) conference on [insert date].

1

**STIPULATED DISCOVERY PLAN**

## II.    Initial Disclosures

The Parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) no later than 14 days after the Rule 26(f) conference.

## III.    Discovery Cut-Off Date

Date of first defendant's appearance/answer: [insert date].

The Parties agree that discovery shall be completed within 180 days of that date.

Discovery will close on [insert calculated date].

## IV.    Amendments to Pleadings and Adding Parties

Motions to amend pleadings or add parties must be filed 90 days before discovery closes, i.e., [insert date].

## V.    Expert Disclosures (Fed. R. Civ. P. 26(a)(2))

Initial expert disclosures are due 60 days before the discovery cut-off, i.e., [insert date].

Rebuttal expert disclosures are due 30 days after initial expert disclosures, i.e., [insert date].

## VI.    Dispositive Motions

Dispositive motions shall be filed 30 days after the close of discovery, i.e., [insert date].

## VII.    Pretrial Order

The Joint Pretrial Order shall be filed 30 days after the dispositive motion deadline, i.e., [insert date].

If dispositive motions are filed, the deadline for the Joint Pretrial Order will be suspended until 30 days after the decision on the dispositive motions or further court order.

STIPULATED DISCOVERY PLAN

## VIII.    Rule 26(a)(3) Disclosures

The Parties agree that the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections will be included in the Joint Pretrial Order.

## IX.    Alternative Dispute Resolution (ADR)

The Parties certify that they have discussed the use of ADR, including mediation, arbitration, and early neutral evaluation. At this time, the Parties do not agree to participate in ADR.

## X.    Alternative Case Disposition

The Parties certify that they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, as well as the Short Trial Program (General Order 2013-01). The Parties do not consent.

## XI.    Electronic Evidence

The Parties certify that they discussed whether evidence will be presented in electronic format for use with jurors during deliberations. The Parties agree that discovery materials may be provided in electronic format compatible with the Court's electronic jury evidence display system.

## XII.    Discovery Disputes

Before moving for an order relating to discovery, the movant must request a conference with the assigned Magistrate Judge.

Dated: September 8, 2025              Respectfully submitted,

_____

ANTHONY MITCHELL, pro se


Dated: September 8, 2025

_____


Dated: September 8, 2025

_____


Dated: September 8, 2025

_____


**IT IS SO ORDERED.**


**Dated:** _____

4

**STIPULATED DISCOVERY PLAN**

_____

Hon. Richard F Boulware, II
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

    I CERTIFY that on September 16, 2024, I caused a true and correct copy of the foregoing

PLAINTIFF'S EX PARTE MOTION TO CONTINUE HEARING ON MOTION TO DISMISS

to be filed with the Clerk of the Court and serving on all parties of record via email.

Dated: September 8, 2025

                               Respectfully submitted,

                               _____

                               ANTHONY MITCHELL, Pro se

STIPULATED DISCOVERY PLAN

ATTESACLARK
70255-0475
MARCANOOM
515 PAINTED OPUS PL
N LAS VEGAS NV 89084

1 LBS          1 OF 2

DATE 127.1

SHIP TO:
CLERKS OFFICE
333 LAS VEGAS BLVD S
**LAS VEGAS  NV  89101-7065**



FILED ____ ENTERED ____
RECEIVED ____ SERVED ON ____
COUNSEL/PARTIES OF RECORD

SEP 23 2025

BY: _____ DEPUTY



## NV 891 9-15

## UPS 2ND DAY AIR

TRACKING #: 1Z E25 D30 02 3059 3161

**2**



BILLING: 3RD PARTY

 ™