# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA



ANTHONY MITCHELL,

        *Plaintiff,*

    v.

RYAN COHEN, an individual;
ROBINHOOD FINANCIAL LLC, a
Delaware Limited Liability Company;
ROBINHOOD SECURITIES, LLC, a
Delaware Limited Liability Company;
ROBINHOOD MONEY, LLC, a Delaware
Limited Liability Company; THE
DEPOSITORY TRUST & CLEARING
CORPORATION, a New York Corporation;
20230930-DK-BUTTERFLY-1, INC., a New
York Corporation doing business as BED
BATH & BEYOND; OVERSTOCK.COM,
INC., a Delaware Corporation doing business
as BED BATH & BEYOND; RC
VENTURES LLC, a Delaware Limited
Liability Company; SUE E. GOVE, an
individual,

        *Defendants.*

Case No. 2:24-cv-01042



---

## PLAINTIFF'S RESPONSE TO DEFENDANTS' "JOINT NOTICE REGARDING AUTOMATIC STAY OF DISCOVERY PURSUANT TO THE PSLRA" (ECF NO. 74)

### INTRODUCTION

Plaintiff Anthony Mitchell, appearing pro se, submits this Response to Defendants' "Joint Notice Regarding Automatic Stay of Discovery Pursuant to the PSLRA" (ECF No. 74).

While Plaintiff acknowledges that the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(b)(3)(B), may provide for an automatic stay of discovery during the pendency of motions to dismiss absent a showing of undue prejudice or need to preserve evidence, Plaintiff files this Response to preserve the record and correct several material omissions in Defendants' Notice.

BACKGROUND

On September 2, 2025, the Court entered a Minute Order (ECF No. 73) requiring the parties to submit a stipulated discovery plan and scheduling order by September 23, 2025 pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(a).

On that same date, Plaintiff emailed all defense counsel initiating the Rule 26(f) process. Plaintiff's email (Ex. A) cited the Court's order, proposed conducting the meet-and-confer via email, and offered to circulate a draft plan.

On September 8, 2025, Plaintiff followed up (Ex. B), attaching a draft stipulated discovery plan in PDF, Word, and Pages format (Ex. C).

Despite Plaintiff's good-faith outreach, Defendants did not respond to either communication.

Email tracking records (Ex. D) demonstrate that Defendants' counsel repeatedly opened Plaintiff's emails (nearly 200 times) over the course of three weeks but offered no reply.

Instead, on September 22, 2025, one day before the Court's deadline, Defendants filed a "Joint Notice" (ECF No. 74) asserting the PSLRA stay and requesting to be excused from submitting the discovery plan. Plaintiff was never consulted or included in this "joint" filing.

ARGUMENT

I. Plaintiff Acted in Good Faith; Defendants Did Not

The record shows Plaintiff diligently attempted to comply with the Court's September 2 order by initiating the Rule 26(f) conference and drafting a proposed plan. Defendants, by contrast, ignored repeated communications for three weeks and then filed a unilateral "Joint Notice" without Plaintiff's participation.

Courts expect counsel to communicate directly when procedural obligations are in dispute. If Defendants believed the PSLRA stay excused them from Rule 26(f), they should have either (a) promptly notified Plaintiff of their position or (b) sought relief through a protective order. Instead, they remained silent, disregarding both the Court's order and their duty of professionalism.

II. The PSLRA Stay Does Not Excuse Defendants' Conduct

While Plaintiff recognizes that discovery is presumptively stayed under 15 U.S.C. § 78u-4(b)(3)(B) during the pendency of motions to dismiss, that statutory framework does not authorize Defendants to:

Ignore a direct Court order (ECF No. 73),

Fail to respond to Plaintiff's efforts to comply, or

File a "joint" submission excluding Plaintiff.

At minimum, Defendants should have conferred with Plaintiff to file a status report jointly advising the Court of their PSLRA position.

III. Plaintiff Preserves His Rights Regarding Undue Prejudice

Plaintiff does not waive his right to seek relief under the PSLRA's exception permitting discovery "to preserve evidence or to prevent undue prejudice." If ongoing delay materially threatens Plaintiff's ability to prosecute this action, Plaintiff reserves the right to move for particularized discovery under § 78u-4(b)(3)(B).

RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

Take notice of Plaintiff's good-faith compliance efforts, as evidenced by Exhibits A–D;

Acknowledge that Defendants' "Joint Notice" (ECF No. 74) was filed without Plaintiff's participation despite his outreach;

If the Court determines the PSLRA stay applies, clarify that Plaintiff has preserved his rights and is not at fault for any non-filing of a discovery plan; and

Grant such other relief as the Court deems just and proper.

CONCLUSION

Plaintiff acted in good faith to comply with the Court's order. Defendants ignored Plaintiff's communications for three weeks, only to file a last-minute "Joint Notice" excluding him. While the PSLRA stay may control discovery, the record should reflect which party honored its obligations and which party did not.

Respectfully submitted,

[Plaintiff's Pro Se]

Date: _09/22/25_

RESPONSE TO JOINT NOTICE

ANTHONY MITCHELL, pro se

## CERTIFICATE OF SERVICE

I CERTIFY that on September 22, 2025, I caused a true and correct copy of the foregoing RESPONSE TO DEFENDANTS' "JOINT NOTICE REGARDING AUTOMATIC STAY OF DISCOVERY PURSUANT TO THE PSLRA (ECF NO. 74) to be filed with the Clerk of the Court and serving on all parties of record via email.

Dated: September 22, 2025                              Respectfully submitted,

ANTHONY MITCHELL, Pro se

# EXHIBIT A



🔍 in:sent                                           ✕   ≡           ❓ ⚙ ▪ ⦂⦂⦂

←  ▣ ◔ 🗑 ✉ 📩 ⦂ 🔔                                    8 of 523  ‹  › ▪▾

Rule 26(f) Conference – Mitchell v. Cohen et al., Case No. 2:24-cv-01042-RFB-DJA  Inbox ×       ◌ 🖨 ↗

A M <realanthonymitchell@gmail.com>                                    Tue, Sep 2, 8:06 PM  ☆ ⦂ ☺ ↩ ⦂
to cnstswickas, jromanowski, Madeline, sfarina, dgutke, kevans, eab, eric.swibel, natalie.delave, lit, Bradley, Jared, vhou ▾

Dear Counsel,

Pursuant to the Court's Minute Order entered September 2, 2025 (ECF No. 73), I am writing to initiate the Rule 26(f) conference and facilitate compliance with Federal Rule of Civil Procedure 26 and Local Rule 26-1(a). The Court has ordered the parties to submit a stipulated discovery plan and scheduling order by **September 23, 2025**.

To avoid delay and ensure a complete record of communications, I propose that we conduct the meet-and-confer process via email. Please advise of your availability to begin exchanging proposals regarding the discovery schedule, initial disclosures, and related Rule 26(f) topics.

I am prepared to circulate a draft proposed discovery plan for your review unless you prefer to initiate the first version.

Respectfully,
**Anthony Mitchell**
Pro Se Plaintiff
realanthonymitchell@gmail.com
702-884-0472

# EXHIBIT B



Q  in:sent

8 of 523

A M <stealactanonymitchell@gmail.com>
to cbutewinkas, jromanowski, Madeline, sfarina, dgutke, kevans, eab, eric.swibel, natalie.delave, tit, Bradley, vhou

Mon, Sep 8, 1:18 PM

Follow-Up on Rule 26(f) Conference and Draft Discovery Plan

Counsel,

On September 2, I circulated an email initiating the Rule 26(f) meet-and-confer process pursuant to the Court's Minute Order (ECF No. 73). To date, I have not received any responses from defendants' counsel.

To avoid delay and ensure compliance with Federal Rule of Civil Procedure 26 and Local Rule 26-1(a), I am following up and attaching **Plaintiff's Stipulated Discovery Plan Draft 001** in PDF, Word, and Pages format for your review and comment.

Please confirm your availability to engage in the Rule 26(f) discussions and provide any proposed revisions so that we can jointly submit a stipulated discovery plan and scheduling order by the Court's September 23, 2025 deadline.

Respectfully,
Anthony Mitchell
Plaintiff, Pro Se

…

3 Attachments  ·  Scanned by Gmail

Plaintiffs Stipulat…      Plaintiffs Stipulat…      Plaintiffs Stipulat…

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY MITCHELL, | |
| *Plaintiff,* | Case No. 2:24-cv-01042 |
| v. | |
| RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual, | |
| *Defendants.* | |

**STIPULATED DISCOVERY PLAN**

**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)**

Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(a)–(c), Plaintiff Anthony Mitchell and Defendants (collectively, the "Parties") submit this Discovery Plan:

**I.        Fed. R. Civ. P. 26(f) Conference**

The Parties conducted their Rule 26(f) conference on [insert date].

1
**STIPULATED DISCOVERY PLAN**

## II.     Initial Disclosures

The Parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) no later than 14 days after the Rule 26(f) conference.

## III.     Discovery Cut-Off Date

Date of first defendant's appearance/answer: [insert date].

The Parties agree that discovery shall be completed within 180 days of that date.

Discovery will close on [insert calculated date].

## IV.     Amendments to Pleadings and Adding Parties

Motions to amend pleadings or add parties must be filed 90 days before discovery closes, i.e., [insert date].

## V.     Expert Disclosures (Fed. R. Civ. P. 26(a)(2))

Initial expert disclosures are due 60 days before the discovery cut-off, i.e., [insert date].

Rebuttal expert disclosures are due 30 days after initial expert disclosures, i.e., [insert date].

## VI.     Dispositive Motions

Dispositive motions shall be filed 30 days after the close of discovery, i.e., [insert date].

## VII.     Pretrial Order

The Joint Pretrial Order shall be filed 30 days after the dispositive motion deadline, i.e., [insert date].

If dispositive motions are filed, the deadline for the Joint Pretrial Order will be suspended until 30 days after the decision on the dispositive motions or further court order.

## VIII.    Rule 26(a)(3) Disclosures

The Parties agree that the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections will be included in the Joint Pretrial Order.


## IX.    Alternative Dispute Resolution (ADR)

The Parties certify that they have discussed the use of ADR, including mediation, arbitration, and early neutral evaluation. At this time, the Parties do not agree to participate in ADR.

## X.    Alternative Case Disposition

The Parties certify that they have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, as well as the Short Trial Program (General Order 2013-01). The Parties do not consent.

## XI.    Electronic Evidence

The Parties certify that they discussed whether evidence will be presented in electronic format for use with jurors during deliberations. The Parties agree that discovery materials may be provided in electronic format compatible with the Court's electronic jury evidence display system.

## XII.    Discovery Disputes

Before moving for an order relating to discovery, the movant must request a conference with the assigned Magistrate Judge.


Dated: September 8, 2025                                Respectfully submitted,

_____  _____

ANTHONY MITCHELL, pro se

Dated: September 8, 2025

_____

Dated: September 8, 2025

_____  _____

Dated: September 8, 2025

_____

**IT IS SO ORDERED.**

**Dated:** _____

4
**STIPULATED DISCOVERY PLAN**

_____ _____

Hon. Richard F Boulware, II
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I CERTIFY that on September 16, 2024, I caused a true and correct copy of the foregoing

PLAINTIFF'S EX PARTE MOTION TO CONTINUE HEARING ON MOTION TO DISMISS

to be filed with the Clerk of the Court and serving on all parties of record via email.

Dated: September 8, 2025                                  Respectfully submitted,

                                                    _____
                                                    ANTHONY MITCHELL, Pro se

# EXHIBIT D

**Email Delivery Certificate generated by Mailsuite**

| | |
|---|---|
| **From** | A M <realanthonymitchell@gmail.com> |
| **Subject** | Rule 26(f) Conference – Mitchell v. Cohen et al., Case No. 2:24-cv-01042-RFB-DJA |
| **Message ID** | <d38cc1e5-da2b-c75e-7651-47f104fdd69c@gmail.com> |
| **Delivered on** | 8 Sep, 2025 at 4:19 PM |
| **Delivered to** | <dbutswinkas@wc.com>, <jromanowski@wc.com>, Prebil, Madeline <mprebil@wc.com>, <sfarina@wc.com>, <dgutke@efstriallaw.com>, <kevans@efstriallaw.com>, <eab@pisanellibice.com>, <eric.swibel@lw.com>, <natalie.delave@lw.com>, <lit@pisanellibice.com>, Austin, Bradley <baustin@swlaw.com>, <vhou@cgsh.com> |

## Tracking history

👁 **Opened** on 22 Sep, 2025 at 2:28 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 1:58 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 1:46 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 1:33 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 1:33 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 1:33 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 1:26 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 1:26 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 1:24 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 1:23 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 1:22 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 1:20 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 1:19 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 1:17 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 1:00 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 12:58 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 12:58 PM by Austin, Bradley

**✔ Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 22 Sep, 2025 at 12:55 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 12:06 PM by Austin, Bradley

👁 **Opened** on 22 Sep, 2025 at 12:04 PM by Austin, Bradley

👁 **Opened** on 21 Sep, 2025 at 8:58 AM by Austin, Bradley

👁 **Opened** on 21 Sep, 2025 at 7:55 AM by Austin, Bradley

👁 **Opened** on 20 Sep, 2025 at 3:59 PM by Austin, Bradley

👁 **Opened** on 20 Sep, 2025 at 2:52 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:55 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:43 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:39 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:33 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:27 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:23 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:14 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:14 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:09 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:08 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:06 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:05 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:05 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:05 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:05 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:04 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:02 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:02 PM by Austin, Bradley

👁 **Opened** on 19 Sep, 2025 at 4:00 PM by Austin, Bradley

**✔//Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

Opened on 19 Sep, 2025 at 4:00 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 4:00 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 3:59 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 3:59 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 3:59 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 3:58 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 3:57 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 3:51 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 3:50 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 3:49 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 3:48 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 3:46 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 3:46 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 3:44 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 2:33 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 2:32 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 1:58 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 1:24 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 1:06 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 1:04 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 1:03 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 12:54 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 12:53 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 12:49 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 12:49 PM by Austin, Bradley

Opened on 19 Sep, 2025 at 12:48 PM by Austin, Bradley

**⁄⁄ Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 17 Sep, 2025 at 8:18 PM by Austin, Bradley

👁 **Opened** on 17 Sep, 2025 at 3:35 PM by Austin, Bradley

👁 **Opened** on 17 Sep, 2025 at 2:32 PM by Austin, Bradley

👁 **Opened** on 17 Sep, 2025 at 3:42 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 8:19 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 8:17 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 8:17 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 5:27 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 5:24 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 5:23 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 4:53 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 4:53 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 3:17 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 2:21 PM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 10:47 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 10:31 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 10:30 AM by dbutswinkas@wc.com

👁 **Opened** on 16 Sep, 2025 at 10:10 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 9:32 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 9:16 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 9:04 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 8:33 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 8:04 AM by Austin, Bradley

👁 **Opened** on 16 Sep, 2025 at 7:59 AM by Austin, Bradley

👁 **Opened** on 11 Sep, 2025 at 4:18 AM by Austin, Bradley

👁 **Opened** on 11 Sep, 2025 at 3:51 AM by Austin, Bradley

**✓/ Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 10 Sep, 2025 at 5:53 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 5:43 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 3:58 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 3:02 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 3:01 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 3:00 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:58 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:55 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:54 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:54 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:54 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:49 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:49 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:30 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:18 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 2:10 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:51 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:46 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:45 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:45 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:44 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:44 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:44 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:42 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:37 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:37 PM by Austin, Bradley

*✓/ Mailsuite*

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 10 Sep, 2025 at 1:37 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:25 PM by Austin, Bradley

👁 **Opened** on 10 Sep, 2025 at 1:24 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 6:29 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 5:21 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 4:31 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 4:25 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 4:02 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 3:59 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 3:48 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 3:33 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 3:33 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 1:39 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 1:37 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 1:12 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 1:02 PM by eric.swibel@lw.com

👁 **Opened** on 9 Sep, 2025 at 12:58 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 12:56 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 12:56 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 12:52 PM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 10:54 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 10:54 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 10:54 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 10:54 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 10:27 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 9:22 AM by Austin, Bradley

✔/ **Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 9 Sep, 2025 at 8:55 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 8:48 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 8:26 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 8:25 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 8:15 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 8:07 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 8:05 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 2:11 AM by Austin, Bradley

👁 **Opened** on 9 Sep, 2025 at 1:19 AM by eab@pisanellibice.com

👁 **Opened** on 8 Sep, 2025 at 9:22 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 9:16 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 9:07 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 8:20 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 8:20 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 8:18 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 8:17 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 8:06 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 7:59 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 7:55 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 7:53 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 7:43 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 7:41 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 7:40 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 6:31 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 6:27 PM by eab@pisanellibice.com

👁 **Opened** on 8 Sep, 2025 at 5:46 PM by kevans@efstriallaw.com

**✔ Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 8 Sep, 2025 at 5:32 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:28 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:09 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:06 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:06 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:06 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:06 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:05 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:05 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:02 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:02 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:01 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:01 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:01 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 5:01 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 4:57 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 4:56 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 4:55 PM by vhou@cgsh.com

👁 **Opened** on 8 Sep, 2025 at 4:55 PM by vhou@cgsh.com

👁 **Opened** on 8 Sep, 2025 at 4:54 PM by dgutke@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 4:54 PM by vhou@cgsh.com

👁 **Opened** on 8 Sep, 2025 at 4:53 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 4:51 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 4:22 PM by eric.swibel@lw.com

👁 **Opened** on 8 Sep, 2025 at 4:21 PM by Austin, Bradley

👁 **Opened** on 8 Sep, 2025 at 4:21 PM by sfarina@wc.com

**⊯ Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 8 Sep, 2025 at 4:20 PM by sfarina@wc.com

👁 **Opened** on 8 Sep, 2025 at 4:19 PM by eab@pisanellibice.com

👁 **Opened** on 8 Sep, 2025 at 4:19 PM by kevans@efstriallaw.com

👁 **Opened** on 8 Sep, 2025 at 4:19 PM by eab@pisanellibice.com

👁 **Opened** on 8 Sep, 2025 at 4:19 PM by lit@pisanellibice.com

**√⫶ Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

| | |
|---|---|
| **From** | A M <realanthonymitchell@gmail.com> |
| **Subject** | Rule 26(f) Conference – Mitchell v. Cohen et al., Case No. 2:24-cv-01042-RFB-DJA |
| **Message ID** | <e71b2eb1-f6ff-411f-9e46-f24032d0109c@gmail.com> |
| **Delivered on** | 2 Sep, 2025 at 11:06 PM |
| **Delivered to** | <dbutswinkas@wc.com>, <jromanowski@wc.com>, Prebil, Madeline <mprebil@wc.com>, <sfarina@wc.com>, <dgutke@efstriallaw.com>, <kevans@efstriallaw.com>, <eab@pisanellibice.com>, <eric.swibel@lw.com>, <natalie.delave@lw.com>, <lit@pisanellibice.com>, Austin, Bradley <baustin@swlaw.com>, Gerber, Jared <jgerber@cgsh.com>, <vhou@cgsh.com> |

## Tracking history

👁 **Opened** on 4 Sep, 2025 at 5:46 PM by Prebil, Madeline

👁 **Opened** on 3 Sep, 2025 at 11:28 AM by eab@pisanellibice.com

👁 **Opened** on 3 Sep, 2025 at 8:10 AM by jromanowski@wc.com

👁 **Opened** on 3 Sep, 2025 at 8:09 AM by jromanowski@wc.com

👁 **Opened** on 3 Sep, 2025 at 7:35 AM by Prebil, Madeline

👁 **Opened** on 3 Sep, 2025 at 7:09 AM by Austin, Bradley

👁 **Opened** on 3 Sep, 2025 at 7:00 AM by dbutswinkas@wc.com

👁 **Opened** on 3 Sep, 2025 at 5:07 AM by sfarina@wc.com

👁 **Opened** on 2 Sep, 2025 at 11:55 PM by vhou@cgsh.com

👁 **Opened** on 2 Sep, 2025 at 11:53 PM by eab@pisanellibice.com

👁 **Opened** on 2 Sep, 2025 at 11:29 PM by eric.swibel@lw.com

👁 **Opened** on 2 Sep, 2025 at 11:29 PM by eric.swibel@lw.com

👁 **Opened** on 2 Sep, 2025 at 11:15 PM by eric.swibel@lw.com

👁 **Opened** on 2 Sep, 2025 at 11:08 PM by dbutswinkas@wc.com

👁 **Opened** on 2 Sep, 2025 at 11:07 PM by eric.swibel@lw.com

👁 **Opened** on 2 Sep, 2025 at 11:06 PM by eab@pisanellibice.com

👁 **Opened** on 2 Sep, 2025 at 11:06 PM by kevans@efstriallaw.com

**✔ Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España

**Email Delivery Certificate generated by Mailsuite**

👁 **Opened** on 2 Sep. 2025 at 11:06 PM by eab@pisanellibice.com

👁 **Opened** on 2 Sep. 2025 at 11:06 PM by kevans@efstriallaw.com

👁 **Opened** on 2 Sep. 2025 at 11:06 PM by lit@pisanellibice.com

👁 **Opened** on 2 Sep. 2025 at 11:06 PM by eab@pisanellibice.com

**ν/ Mailsuite**

2025 © **Mailsuite, S.L.**
C/ Córcega 301, At. 2.
08008 Barcelona - España



SHIP TO:
CLERKS OFFICE
333 LAS VEGAS BLVD S
**LAS VEGAS NV 89101-7065**



**NV 891 9-15**

## UPS 2ND DAY AIR                    2
TRACKING #: 1Z E25 D30 02 3463 4770

BILLING: 3RD PARTY



FILED _____
ENTERED _____
RECEIVED _____
SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 23 25

BY:_____
_____
DEPUTY



