X FILED ___ RECEIVED

___ ENTERED ___ SERVED ON

02/20/2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

|  |  |
|---|---|
| ANTHONY MITCHELL, | Case No. 2:24-cv-01042-RFB-DJA |
| *Plaintiff*, | |
| v. | |
| RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual, | |
| *Defendants*. | |

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR RECONSIDERATION**

Plaintiff Anthony Mitchell, proceeding pro se, hereby withdraws his Motion for Reconsideration (ECF No. 89).

Plaintiff respectfully requests that the Court take no further action on that motion.

1

Respectfully submitted,
Dated: February 20, 2026


/s/ Anthony Mitchell
Anthony Mitchell
Plaintiff, Pro Se




**CERTIFICATE OF SERVICE**

I certify that on February 20, 2026, I served a true and correct copy of the foregoing
NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR RECONSIDERATION
on all parties of record via email.

Dated: February 20, 2026

/s/ Anthony Mitchell
Anthony Mitchell
Plaintiff, Pro Se

NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR RECONSIDERATION