AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **2:24-cv-01042-RFB-DJA**

| FILED | RECEIVED |
|---|---|
| ENTERED | SERVED ON |

02/24/2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))

This summons for   **RC Ventures LLC**
was recieved by me on  **2/19/2026:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Litigation Management Representative**, who is designated by law to accept service of process on behalf of **RC Ventures LLC** at **251 Little Falls Dr, Wilmington, DE 19808** on **02/24/2026 at 2:00 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 145.00** for services, for a total of **$ 145.00**.

I declare under penalty of perjury that this information is true.

Date:  02/24/2026

_____
*Server's signature*

**Marilyn Stacey Ben**
*Printed name and title*

**2809 N. Monroe St
Wilmington, DE 19802**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT,  to Litigation Management Representative who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 180-200 lbs.**



Tracking #: **0210389890**

