Kelly A. Evans, Esq. (SBN 7691)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
kevans@efsmmlaw.com
dgutke@efsmmlaw.com

Dane H. Butswinkas (*pro hac vice*)
Steven M. Farina (*pro hac vice*)
Madeline C. Prebil (*pro hac vice*)
Jenna L. Romanowski (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. SW
Washington, DC 20024
Telephone: (202) 434-5000
dbutswinkas@wc.com
sfarina@wc.com
mprebil@wc.com
jromanowski@wc.com
*Attorneys for Defendants RC Ventures LLC*
*and Ryan Cohen*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL, | Case No. 2:24-cv-01042-RFB-DJA |
| Plaintiff, | **DEFENDANT RC VENTURES LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual, | |
| Defendants. | |

Defendant RC Ventures LLC ("RC Ventures") requests an extension of time to respond to Plaintiff's Complaint until after Plaintiff has served Defendant Ryan Cohen or the final deadline to serve Mr. Cohen has passed.

As to RC Ventures, Plaintiff filed proof of service on February 24, 2026. ECF No. 93. RC Ventures' response to the Complaint is therefore due on March 17, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i). But Plaintiff has yet to serve Mr. Cohen and has until March 20, 2026 to do so. ECF No. 88.

If Plaintiff accomplishes service, the current schedule would require RC Ventures and Mr. Cohen to separately file unique dismissal motions and for Plaintiff to submit distinct responses in short succession—thereby doubling the workload of the Court and the parties. By contrast, unifying the Cohen Defendants' deadline would enable them to file a single, joint motion if Mr. Cohen is properly served.

To avoid a fragmented process with staggered and unnecessarily duplicative briefing, RC Ventures therefore requests the Court extend its response deadline until: (1) twenty-one days after Mr. Cohen is properly served or if Mr. Cohen is never served, (2) twenty-one days after March 20, 2026.

RC Ventures believes that briefing in this manner will streamline issues for resolution, preserve judicial resources, and further all parties' interests. The Cohen Defendants have conferred about this matter with Plaintiff, who does not consent to the requested extension.

**DEFENDANT RC VENTURES LLC'S MOTION FOR EXTENSION OF TIME**

1

Dated: March 3, 2026.                    **EVANS FEARS SCHUTTERT MCNULTY MICKUS**


                                         */s/ David W. Gutke*
                                         Kelly A. Evans, Esq. (SBN 7691)
                                         David W. Gutke, Esq. (SBN 9820)
                                         6720 Via Austi Parkway, Suite 300
                                         Las Vegas, NV 89119

                                         Dane H. Butswinkas (*pro hac vice*)
                                         Steven M. Farina (*pro hac vice*)
                                         Madeline C. Prebil (*pro hac vice*)
                                         Jenna L. Romanowski (*pro hac vice*)
                                         WILLIAMS & CONNOLLY LLP
                                         680 Maine Ave. SW
                                         Washington, DC 20024

                                         *Attorneys for Defendants RC Ventures LLC*

**DEFENDANT RC VENTURES LLC'S MOTION FOR EXTENSION OF TIME**

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 3, 2026, a true and correct copy of the foregoing **DEFENDANT RC VENTURES LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was served electronically on all counsel of record and Plaintiff Anthony Mitchell via CM-ECF.


*/s/ Faith Radford*
An employee of Evans Fears Schuttert McNulty Mickus