**Mitchell v. Cohen, et al.**

**Case No. 2:24-cv-01042-RFB-DJA**

**Defendant RC Ventures LLC's Motion to Dismiss**

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---------|-------------|
| 1 | March 25, 2022 RC Ventures Schedule 13D, Exhibit 99 (Cooperation Agreement) |
| 2 | March 25, 2022 RC Ventures Schedule 13D (amendment noting Cooperation Agreement) |
| 3 | April 21, 2022 Bed Bath & Beyond Form 10-K (excerpt) |
| 4 | August 15, 2022 RC Ventures Form 3 |
| 5 | August 16, 2022 RC Ventures Amended Schedule 13D |
| 6 | August 16, 2022 RC Ventures Form 144 |