UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY MITCHELL,

Plaintiff,

v.

RYAN COHEN, an individual; et al.

Defendants.

Case No. 2:24-cv-01042-RFB-DJA

DECLARATION OF ANTHONY MITCHELL IN

SUPPORT OF PLAINTIFF'S MOTION FOR ORDER

AUTHORIZING ALTERNATIVE SERVICE OF PROCESS

ON DEFENDANT RYAN COHEN

INDEX OF AUTHORITIES

Federal Statutes

28 U.S.C. § 1746 .......................................... ¶ 1 Federal Rules of Civil Procedure

FRCP 4(d) ................................................. ¶ 30

FRCP 4(e)(1) ............................................. ¶ 43

FRCP 4(e)(2)(B) .......................................... ¶ 45 Nevada Rules of Civil Procedure

NRCP 4.2(a)(2) ........................................... ¶ 45

NRCP 4.4(b)(2) ........................................... ¶ 44 Florida Constitution

Fla. Const., Art. VII, § 6 ............................... ¶ 38 Florida Statutes

Fla. Stat. § 196.031 ..................................... ¶ 38

Fla. Stat. § 322.17 ...................................... ¶¶ 26, 40

Mitchell v. Cohen et al.

**EXHIBIT INDEX**

The following exhibits are submitted in support of Plaintiff's Motion for Order Authorizing Alternative Service of Process on Defendant Ryan Cohen and the Declaration of Anthony Mitchell:

| Exhibit | Description | Source |
|---------|-------------|--------|
| A | Proof of Non-Service — 10201 Collins Ave, Unit 1807W, Bal Harbour, FL 33154 (February 27, 2026) — Returned unexecuted; property manager confirmed Cohen has moved from address. | Process server Tyrone Mapp (02/27/2026) |
| B | Proof of Non-Service — 224 Bal Bay Dr, Bal Harbour, FL 33154 (March 10, 2026) — Returned unexecuted; resident stated "subject unknown"; on-site worker does not recognize name. | Process server Tyrone Mapp (03/10/2026) |
| C | Miami-Dade County Property Appraiser Records — Property record for 10201 Collins Ave, Unit 1807W, Bal Harbour, FL 33154, showing Ryan Cohen and Candice Cohen as owners. Benefits Information (p. 2, bottom right) shows Cohen claimed Homestead Exemption ($25,000) and Second Homestead Exemption ($25,722) for 2025, designating this property as his primary residence. Cohen still currently owns this property, with no transfer of ownership recorded, and the property is not for sale. | Miami-Dade County Property Appraiser (miamidade.gov/pa) |
| D | SEC Form 4 — Statement of Changes in Beneficial Ownership, | SEC EDGAR (sec.gov) |

Mitchell v. Cohen et al.

filed by Ryan Cohen re: GameStop Corp. (GME). Lists Cohen's address as PO Box 25250, PMB 30427, Miami, FL 33102 — corroborating his Florida residency.    (04/07/2025)

**E**    Delvepoint Comprehensive Public Records Report — Ryan Cohen. Lists 8 associated Florida addresses, current FL driver's license at 224 Bal Bay Dr, property records, phone records, and watercraft registrations — all in Miami-Dade County, Florida. Also identifies three phone numbers associated with Cohen (p. 1) and an email address (ERICBENCOHEN@GMAIL.COM) (p. 23).    Delvepoint investigative database (03/03/2026)

**F**    Affidavit of Investigative Findings — Rachelle Dabrowski, Licensed Private Investigator (Lic. No. 3701300326), Verite Investigations LLC, located in Florida. States Cohen's current Florida driver's license lists 224 Bal Bay Dr, Bal Harbour, FL 33154 as his residential address. Includes investigative address report and driver's license records.    Rachelle Dabrowski Verite Investigations LLC (03/03/2026)

**G**    USPS Certified Mail Delivery Confirmation — Tracking No. 9214 8901 4298 0447 1004 87. Certified mail addressed to Ryan Cohen delivered to individual at Miami Beach, FL 33154 on February 23, 2026 at 12:57 PM. Status: "Delivered, Left with Individual."    USPS (02/24/2026 response re: 02/23/2026 delivery)

**H**    LetterStream Certified Mailing Record — Job No. 13422809. Certified mail to Ryan Cohen at P.O. Box 25250, PMB 30427, Miami, FL 33102. Mailed 02/19/2026. Cohen has not picked up    LetterStream (02/19/2026)

Mitchell v. Cohen et al.

this mailing.

| I | Email from Plaintiff to Defense Counsel — Pursuant to FRCP 4(d), Plaintiff requested that Defendants Ryan Cohen and RC Ventures LLC waive service of summons. Email sent to all seven defense counsel attorneys at Williams & Connolly LLP and Evans Fears Schuttert McNulty Mickus. Attachments included Complaint, Summons, AO 398 (Notice of Lawsuit), and AO 399 (Waiver of Service). | Plaintiff (02/18/2026) |

| J | Reply from Defense Counsel (Madeline Prebil, Williams & Connolly LLP) — Counsel stated: "We are not authorized to accept service on behalf of Mr. Cohen and/or RC Ventures LLC. The defendants have not waived service." | Madeline Prebil Williams & Connolly LLP (02/20/2026) |

| K | Email from Defense Counsel (Madeline Prebil) to Plaintiff — Seeking consent for RC Ventures to extend response deadline to "unify the Cohen Defendants' filing deadlines." States RC Ventures "plans to move for a short extension" until "twenty-one days after Mr. Cohen is properly served." Counsel coordinated litigation strategy for both Cohen and RC Ventures. | Madeline Prebil Williams & Connolly LLP (03/02/2026) |

| L | ECF No. 94 — RC Ventures LLC's Motion for Extension of Time — Filed by Williams & Connolly and Evans Fears as "Attorneys for Defendants RC Ventures LLC and Ryan Cohen." States counsel plans to file "a single, joint motion" for both defendants after Cohen is served. Filed by counsel on behalf of both RC Ventures and Cohen. | Filed 03/03/2026 |

| | | |
|---|---|---|
| **M** | Ryan Cohen & RC Ventures LLC — Waivers of Service of Summons (AO 399) — Executed by Ryan Cohen (ECF No. 8) and RC Ventures LLC (ECF No. 9) in 20230930-DK-Butterfly-1, Inc. v. Cohen et al., Case No. 1:24-cv-05874 Nos. 8-9) (S.D.N.Y.). Both defendants executed waivers on August 13, 2024. Service was attempted in this case during the same week (August 8-9, 2024). Counsel stated defendants have not waived service in this action (Exhibit J). | AO 399 executed 08/13/2024; filed 08/15/2024 (S.D.N.Y. ECF |
| **N** | Miami-Dade County Property Appraiser Records — Property record for 224 Bal Bay Dr, Bal Harbour, FL 33154 (Folio No. 12-2226-002-2190). Owner of record: Barry M Brant TRS / Honeybell Trust. Brant is a CPA and principal at Berkowitz Pollack Brant Advisors + CPAs (Miami, FL). Property purchased 10/20/2020 for $23,900,000. Homestead exemption claimed for 2023, 2024, and 2025. Property has 8 beds / 9 baths, 11,338 living sq. ft. — matching the description of the Bal Bay Drive mansion publicly reported as purchased by Ryan Cohen and Candice Cohen (see Exhibit Q). | Miami-Dade County Property Appraiser (miamidade.gov/pa) |
| **O** | Miami-Dade County Clerk of Court — Deed Record (Clerk's File 2020 R 610477). Deed recorded 10/23/2020 transferring 224 Bal Bay Dr (Lot 6, Block 12, Residential Section of Bal Harbour) from US PLO 224 LLC to Honeybell Trust Under Agreement Dated October 12, 2020, with Barry M Brant as trustee. | Miami-Dade County Clerk of Court (10/23/2020) |

Mitchell v. Cohen et al.

| | | |
|---|---|---|
| **P** | Miami-Dade County Clerk of Court — Deed Record (Clerk's File 2024 R 948914). Deed recorded 12/19/2024 transferring 10201 Collins Ave, Unit 1807W (Oceana Bal Harbour Condo) from Anamcara Trust / Barry M. Brant to Ryan Cohen and Candice Cohen. Grantor Barry M. Brant is the same trustee who holds 224 Bal Bay Dr in the Honeybell Trust — was a direct party to the Collins Avenue transfer. | Miami-Dade County Clerk of Court (12/19/2024) |
| **Q** | The Real Deal — "Lawsuit alleges Harding Realty cut out of $24M Bal Harbour sale, reveals Chewy founder as alleged buyer" by Katherine Kallergis (Nov. 10, 2020). Reports that real estate litigation (Harding Realty Inc. v. Douglas Elliman Realty, LLC, Miami-Dade Circuit Court) alleged Ryan Cohen and Candice Cohen purchased 224 Bal Bay Drive through a trust managed by accountant Barry Brant for $23.9 million. Article notes counsel for the trust denied Cohen was the buyer. | The Real Deal (therealdeal.com) (Nov. 10, 2020) |
| **R** | Email Notice to Ryan Cohen — Email sent from realanthonymitchell@gmail.com to ERICBENCOHEN@GMAIL.COM on March 11, 2026 at 10:32 PM PT. Subject: "Notice of Federal Lawsuit — Mitchell v. Cohen, Case No. 2:24-cv-01042-RFB-DJA (D. Nev.)." Email notified Cohen of the pending action and that a Complaint and Summons have been issued. Summons and Complaint attached to email. Email was delivered (not returned as undeliverable). | Plaintiff (03/11/2026, 10:32 PM PT) |
| **S** | FTC Press Release — "GameStop CEO Ryan Cohen to Pay Nearly $1 Million Penalty" (Sept. 18, 2024). Identifies Ryan | Federal Trade Commission (09/18/2024) |

Cohen as "Chairman and CEO of GameStop Corp."

| | | |
|---|---|---|
| **T** | Nevada Secretary of State — GameStop, Inc. Entity Information (C16816-1999). Shows CT Corporation System as registered agent at 701 S Carson St Ste 200, Carson City, NV 89701 — the exact address where process server left documents with Ana Gomes. This is the address where the Carson City service attempt was made. | Nevada SOS (nvsos.gov) |
| **U** | USPS Proof of Delivery — Certified Mail Tracking No. 9214 8901 4298 0462 8869 53. Certified mail containing the Summons and Complaint, addressed to Ryan Cohen at 224 Bal Bay Dr, Bal Harbour, FL 33154. Delivered March 16, 2026, at 3:45 PM at Miami Beach, FL 33154. Signed for by "RYAN COHEN." Weight: 3.3 oz. | USPS (03/16/2026) |
| **V** | LetterStream Certified Mailing Record — Job No. 13535555. Certified mail to Ryan Cohen at 224 Bal Bay Dr, Bal Harbour, FL 33154. Mailed March 9, 2026. USPS Tracking No. 9214 8901 4298 0462 8869 53. Delivered March 16, 2026 at 3:45 PM. Signed by Ryan Cohen. | LetterStream (03/09/2026); USPS Tracking (03/16/2026) |

The following documents are already part of the Court's record and are cited in the Motion and Declaration:

| ECF No. | Description | Date Filed |
| --- | --- | --- |
| 7 | Complaint | 06/26/2024 |
| 13 | Ex Parte Motion for Alternative Service (including proofs of attempted service in New York at pp. 10-11) | 08/15/2024 |
| 16 | Order Denying Alternative Service for Cohen/RC Ventures, Granting for Gove | 09/05/2024 |
| 34 | Order Denying Second Motion for Alternative Service | 11/14/2024 |
| 39 | Summons Returned Executed — RC Ventures (Ana Gomes, Carson City, NV) | 11/27/2024 |
| 40 | Summons Returned Executed — Ryan Cohen (Ana Gomes, Carson City, NV) | 11/27/2024 |
| 43 | Cohen Defendants' Motion to Dismiss | 12/10/2024 |
| 43-1 | Declaration of Ryan Cohen in Support of Motion to Dismiss (stating no NV residence, does not know Ana Gomes, CT Corp. is not his agent) | 12/10/2024 |

Mitchell v. Cohen et al.

| 46 | Cohen Defendants' Reply in Support of Motion to Dismiss | 12/19/2024 |

| 78 | Order Granting All Motions to Dismiss (Cohen Defendants dismissed without prejudice; leave to re-serve granted) | 09/30/2025 |

| 83 | Cohen Defendants' Response Opposing Plaintiff's Service Motion | 10/17/2025 |

| 88 | Order on Service (denying waiver, denying alternate service by mail, granting final 45-day extension; deadline March 20, 2026) | 02/04/2026 |

| 90 | Cohen Defendants' Response Opposing Plaintiff's Motion for Reconsideration | 02/18/2026 |

| 93 | Summons Returned Executed — RC Ventures LLC (served 02/19/2026) | 02/24/2026 |

| 94 | RC Ventures LLC's Motion for Extension of Time to Respond to Complaint — docketed as filed "by Defendants Ryan Cohen, RC Ventures LLC"; counsel identifies as "Attorneys for Defendants RC Ventures LLC and Ryan Cohen" | 03/03/2026 |

I, Anthony Mitchell, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Plaintiff in this action, appearing pro se. I am over the age of 18 and have personal knowledge of the facts stated herein. I am competent to testify as to these facts and would do so if called upon. This declaration is based on my personal knowledge, my review of documents in my possession and attached hereto, and my review of the Court's docket in this action. Where I describe the contents of documents, I refer to the documents themselves, which are attached as exhibits to

Mitchell v. Cohen et al.

this Declaration.

2. I filed this action on May 29, 2024. The Complaint is docketed at ECF No. 7 (June 26, 2024).

## I. SERVICE ATTEMPTS ON DEFENDANT RYAN COHEN

**Attempt 1 — New York, New York (August 2024)**

3. In August 2024, I retained a process server to attempt personal service on Ryan Cohen ("Cohen") at 1114 Avenue of the Americas, 32nd Floor, New York, NY 10036. I identified this address as the office of Vinson & Elkins LLP, a law firm I believed was associated with Cohen based on public filings.

4. The process server attempted service on August 8 and August 9, 2024. On August 8, the server spoke with a building manager who stated that "service not permitted." On August 9, the server reported being "unable to access the address due to secured building" and noted the address was "a multi unit business commercial building" where "[n]o one resides." The server stated: "SUBSTITUTE SERVICE IS NOT ALLOWED AT BUSINESS LOCATION." ECF No. 13 at 10-11.

5. The summons was returned unexecuted.

**Attempt 2 — Carson City, Nevada (November 2024)**

6. In November 2024, I retained a process server to serve Cohen at 701 South Carson Street, Suite 200, Carson City, Nevada 89701. I identified this as the registered agent address for GameStop — a company with which Cohen is closely associated. The Nevada Secretary of State records confirm that 701 S Carson Street, Suite 200, Carson City, Nevada 89701 is the registered agent address for GameStop, Inc. (Entity No. C16816-1999), with CT Corporation System listed as the commercial registered agent. Exhibit T. The Federal Trade Commission has publicly identified Ryan Cohen as "Chairman and CEO of GameStop Corp." (Exhibit S). GameStop Corp.'s Form 10-K filed with the SEC (Feb. 1, 2025) likewise identifies Ryan Cohen as "Chairman of the Board and Chief Executive Officer." See https://www.sec.gov/Archives/edgar/data/ 1326380/000162828025014731/gme-20250201.htm.

7. On November 20, 2024, the process server left documents with an individual named Ana Gomes

Mitchell v. Cohen et al.

at that address. ECF No. 40.

8. Cohen subsequently filed a sworn declaration in this case (ECF No. 43-1) stating under oath that:

   (a) He does not know Ana Gomes (¶ 6);

   (b) Ana Gomes is not authorized to accept service on his

      behalf (¶ 6);

   (c) He does not have any residence in Nevada (¶ 5);

   (d) CT Corporation is not a registered agent for him

      or RC Ventures LLC (¶ 8).

9. This Court subsequently determined that this did not constitute proper service on Cohen as an individual. ECF No. 78.

**Attempt 3 — Bal Harbour, Florida, Collins Avenue**

(February 27, 2026)

10. I received Cohen's declaration (ECF No. 43-1) in December 2024. I explain below why service attempts in Florida did not occur until February-March 2026, despite learning in December 2024 that Cohen was a Florida resident.

11. Between December 2024 and February 2026, dispositive motions were pending before the Court (ECF Nos. 43, 45, 46). The Court resolved those motions on September 30, 2025 (ECF No. 78), dismissing Plaintiff's claims without prejudice and granting leave to re-serve. I then filed a motion regarding service (ECF No. 79), which was not resolved until February 4, 2026 (ECF No. 88), when the Court set a March 20, 2026 deadline. No service deadline existed between December 2024 and February 4, 2026. I am a pro se litigant with limited financial resources. Within two weeks of the February 4 Order, I: sent certified mail to Cohen's residence (February 18, mailed; February 23, delivered — Exhibit G); sent certified mail to his P.O. Box (February 19 — Exhibit H); requested a waiver of service from defense counsel (February 18 — Exhibit I); retained a Florida process server (Mr. Mapp); and retained a licensed private investigator (Ms. Dabrowski). My first physical service attempt occurred on February 27, 2026 — 23 days after the Order. My second occurred on March 10, 2026. My investigation is described in detail in Section II of this

Declaration below.

12. Based on my research, I identified 10201 Collins Avenue, Unit 1807W, Bal Harbour, FL 33154 — Cohen's homestead address, as confirmed by the Benefits Information in the Miami-Dade County Property Appraiser records showing he claimed a Homestead Exemption for 2025 (Exhibit C at p. 2). I retained Florida process server Tyrone Mapp, located at 12864 Biscayne Blvd #376, North Miami, FL 33181, to attempt personal service at this address.

13. On February 27, 2026, at approximately 8:05 PM, Mr. Mapp attempted service at 10201 Collins Avenue, Unit 1807W, Bal Harbour, FL 33154 — Cohen's homestead address (Exhibit C at p. 2). The summons was returned unexecuted. As documented in the Proof of Non-Service signed by Mr. Mapp, Mr. Mapp spoke with two individuals at the building: (1) a person who identified as the resident, who stated that the subject had moved; and (2) a property manager/landlord who stated that Cohen was not a resident. A true and correct copy of the Proof of Non-Service is attached hereto as Exhibit A.

14. A resident and a property manager each stated that Cohen no longer resides at this address.

**Attempt 4 — Bal Harbour, Florida, Bal Bay Drive**

(March 10, 2026)

15. After the Collins Avenue attempt, where a resident and a property manager stated Cohen had moved, I continued my public records research and identified another address associated with Cohen in the same area: 224 Bal Bay Drive, Bal Harbour, FL 33154 — the address listed on Cohen's current Florida driver's license (Exhibit F).

16. On March 10, 2026, process server Tyrone Mapp attempted service at 224 Bal Bay Drive, Bal Harbour, FL 33154 — the address on Cohen's current Florida driver's license (Exhibit F). Mr. Mapp was unable to serve Cohen at this address. As documented in the Proof of Non-Service, Mr. Mapp spoke with two individuals:

(1) a person who identified as the resident, who stated the subject was unknown at the address; and

(2) an on-site worker who did not recognize Cohen's name. The summons was returned unexecuted. A true and correct copy of the Proof of Non-Service is attached hereto as Exhibit B.

**Attempt 5 — Certified Mail to 224 Bal Bay Drive**

Mitchell v. Cohen et al.

(March 16, 2026 — Signed by Cohen)

17. On March 9, 2026, I mailed a certified letter via LetterStream (Exhibit V) containing the Summons and Complaint addressed to Ryan Cohen at 224 Bal Bay Drive, Bal Harbour, FL 33154 — the same address where, the following day, an individual identifying as the resident told process server Tyrone Mapp that the "subject [is] unknown" (Exhibit B).

On March 16, 2026, at 3:45 PM, the USPS Proof of Delivery shows that this certified mail was delivered at Miami Beach, FL 33154 and signed for by "RYAN COHEN." The certified mail weighed 3.3 ounces, consistent with the Summons and Complaint. A true and correct copy of the USPS Proof of Delivery is attached hereto as Exhibit U.

Process server Tyrone Mapp documented the facts and circumstances of each service attempt in written Proofs of Non-Service, signed by Mr. Mapp. The factual descriptions of the February 27, 2026 and March 10, 2026 service attempts set forth in paragraphs 13 and 16 above are based on Mr. Mapp's written documentation, true and correct copies of which are attached hereto as Exhibits A and B.

## II. INVESTIGATIVE EFFORTS TO LOCATE COHEN

18. In my efforts to locate and serve Cohen, I undertook the following specific investigative steps:

**Step 1: Review of Cohen's Own Sworn Declaration**

19. I reviewed Cohen's sworn declaration filed in this case at ECF No. 43-1. In that declaration, Cohen stated under oath that he has no residence in Nevada (¶ 5) and that CT Corporation is not his registered agent (¶ 8). This information eliminated Nevada as a state of residence and indicated that Cohen resides elsewhere.

**Step 2: Review of SEC Filings**

20. I reviewed publicly available SEC filings for GameStop Corp. — where Cohen serves as Chairman of the Board of Directors. Cohen's SEC Form 4 — Statement of Changes in Beneficial Ownership, filed in connection with GameStop Corp. (April 7, 2025), lists his address as P.O. Box 25250, PMB 30427, Miami, FL 33102, corroborating his Florida residency. These filings are publicly available on the SEC's EDGAR database at www.sec.gov. A true and correct copy of the

relevant excerpt is attached hereto as Exhibit D.

**Step 3: Miami-Dade County Property Records**

21. Having identified Florida as Cohen's state of residence, I searched the Miami-Dade County Property Appraiser's online database (www.miamidade.gov/pa/) for property records associated with Cohen. Through this search, I identified Cohen's connection to residential properties in Bal Harbour, Florida — a gated oceanfront community in Miami-Dade County. Specifically, I identified the address 10201 Collins Avenue, Unit 1807W, Bal Harbour, FL 33154 as an address associated with Cohen. A true and correct copy of the relevant property records search results is attached hereto as Exhibit C. The Benefits Information section of these records (Exhibit C at p. 2, bottom right) shows that Cohen claimed a Homestead Exemption ($25,000) and Second Homestead Exemption ($25,722) for 2025, designating this property as his primary residence under Florida law.

**Step 4: Online Public Records and Address Databases**

22. Licensed private investigator Rachelle Dabrowski of Verite Investigations LLC searched publicly available people-search databases and online address history databases. I include these results (Exhibit E) not as primary evidence of Cohen's address, but as corroboration of the primary evidence documented through government records — specifically, Cohen's SEC filings identifying him as a Florida resident (Exhibit D), Miami-Dade County property records confirming his ownership and homestead exemption (Exhibit C), and his Florida driver's license (Exhibit F). The people-search results are consistent with and corroborate these government sources. A true and correct copy of the relevant search results is attached hereto as Exhibit E. After the Collins Avenue attempt, where a resident and a property manager stated Cohen had moved, I identified 224 Bal Bay Drive, Bal Harbour, FL 33154 — subsequently confirmed as the address on Cohen's current Florida driver's license (Exhibit F) — as another address associated with Cohen through continued public records research.

**Step 5: Public Reporting and Media Sources**

23. I reviewed publicly available news reporting and media articles, which corroborated Cohen's connection to the Bal Harbour/Miami Beach area of South Florida as documented in his SEC filings

(Exhibit D) and property records (Exhibit C).

**Step 6: Social Media Research**

24. I identified Cohen's verified public social media account on X (formerly Twitter) at @ryancohen. While this account does not provide a residential address, the account is publicly verified as belonging to Ryan Cohen.

**Step 7: Licensed Private Investigator**

25. I retained Rachelle Dabrowski, a licensed private investigator (License No. 3701300326) located in Florida and the owner of Verite Investigations LLC, to conduct investigative research to identify Cohen's current residential address. Ms. Dabrowski is licensed by the State of Florida as a private investigator and conducted her investigation using licensed investigative databases that are not available to the general public. These databases aggregate information from government data feeds — including Department of Motor Vehicles records, voter registration records, and property tax records — and are the standard tool used by licensed investigators in the ordinary course of subject-location investigations. Ms. Dabrowski's affidavit (Exhibit F) sets forth her findings under oath. The driver's license information she obtained is government-sourced data reflecting Cohen's own representations to the State of Florida — not user-submitted or crowdsourced information.

26. Ms. Dabrowski's investigation confirmed that Cohen's current Florida driver's license lists the following residential address: 224 Bal Bay Drive, Bal Harbour, FL 33154. Under Florida Statute § 322.17, individuals are required by law to maintain accurate address information on their driver's license and must update their address within 30 days of any change. The fact that Cohen's current driver's license lists 224 Bal Bay Drive indicates that this is his current residential address as reported to the State of Florida. A true and correct copy of Ms. Dabrowski's Affidavit of Investigative Findings and the supporting investigative report is attached hereto as Exhibit F.

**Step 8: Certified Mail to Cohen's Residence**

27. On February 18, 2026, I sent certified mail addressed to Ryan Cohen at 10201 Collins Avenue, Unit 1807W, Bal Harbour, FL 33154 — his homestead property (Exhibit C at p. 2). The certified mail was sent specifically to that address. USPS records confirm that this certified mail — the tracking record for which is attached as Exhibit G — was delivered on February 23, 2026 at 12:57

PM at Miami Beach, FL 33154. Zip code 33154 encompasses Bal Harbour and includes 10201 Collins Avenue. The USPS delivery status reads: "Delivered, Left with Individual." USPS certified mail delivery requires a physical signature upon receipt; the status "Left with Individual" means a person at the delivery address signed for and accepted a certified letter addressed to Ryan Cohen at 10201 Collins Avenue, Unit 1807W. 10201 Collins Avenue is a secured luxury condominium building (Oceana Bal Harbour); mail delivery in such buildings is typically handled by building staff. Certified mail addressed to Ryan Cohen was delivered and signed for at this address, which is consistent with Cohen's continued connection to this property. A true and correct copy of the USPS Certified Mail Delivery Confirmation is attached hereto as Exhibit G.

28. Four days after certified mail addressed to Ryan Cohen was delivered at Cohen's homestead address, 10201 Collins Avenue, Unit 1807W, on February 23, 2026 — with a person at the building signing for the mail, as certified mail delivery requires a recipient signature — process server Tyrone Mapp attempted service at the same address on February 27, 2026. As documented in Exhibit A, a property manager at that address stated that Cohen had "moved." On February 23, a person at 10201 Collins Avenue accepted certified mail addressed to Ryan Cohen by signing for it. On February 27, a property manager at the same address stated that Cohen had "moved." I am not aware of any change of ownership or transfer of this property between February 23 and February 27, 2026; the Miami-Dade County Property Appraiser records continue to list Cohen and Candice Cohen as the owners of record (Exhibit C).

**Step 9: Certified Mail to Cohen's P.O. Box**

29. On February 19, 2026, I also sent certified mail addressed to Ryan Cohen at P.O. Box 25250, PMB 30427, Miami, FL 33102 via LetterStream (Job No. 13422809). Cohen has not picked up this certified mail. A true and correct copy of the LetterStream mailing record is attached hereto as Exhibit H.

**Step 10: Request for Waiver of Service Under FRCP 4(d)**

30. On February 18, 2026, I sent an email to all seven defense counsel attorneys at Williams & Connolly LLP and Evans Fears Schuttert McNulty Mickus, pursuant to Federal Rule of Civil Procedure 4(d), requesting that Defendants Ryan Cohen and RC Ventures LLC waive service of

summons. I attached the Complaint, Summons for each Defendant, Notice of Lawsuit and Request to Waive Service (AO 398), and Waiver of Service of Summons (AO 399). I noted that the defendants had executed waivers of service in a related action, 20230930-DK-Butterfly-1, Inc. v. Cohen et al., Case No. 1:24-cv-05874 (S.D.N.Y.), and requested the same procedural accommodation. A true and correct copy of my email is attached hereto as Exhibit I.

31. On February 20, 2026 — just two days later — Madeline Prebil of Williams & Connolly LLP replied: "We are not authorized to accept service on behalf of Mr. Cohen and/or RC Ventures LLC. The defendants have not waived service." A true and correct copy of counsel's reply is attached hereto as

Exhibit J.

32. Counsel responded to my waiver request within two business days. To date, counsel has not provided a mailing address, offered to accept service on Cohen's behalf, or otherwise facilitated personal service.

33. In a related action — 20230930-DK-Butterfly-1, Inc. v. Cohen et al., Case No. 1:24-cv-05874 (S.D.N.Y.) — Ryan Cohen personally signed an AO 399 Waiver of Service of Summons on August 13, 2024. RC Ventures LLC separately executed a waiver on the same date. Both waivers were filed on August 15, 2024. True and correct copies of both waivers are attached hereto as Exhibit M. Cohen signed the waiver in that case during the week of August 8-9, 2024. Service was attempted in this case at 1114 Avenue of the Americas in New York during that same week (ECF No. 13 at 10-11). Counsel stated in this action that defendants have not waived service (Exhibit J).

**Step 11: ECF No. 94 — Counsel's Extension Motion**

34. On March 2, 2026, Madeline Prebil of Williams & Connolly emailed me seeking consent for RC Ventures LLC to extend its response deadline to "unify the Cohen Defendants' filing deadlines." Counsel stated RC Ventures plans to file "a single, joint motion" for both RC Ventures and Cohen after Cohen is served. A true and correct copy of this email is attached hereto as Exhibit K.

35. On March 3, 2026, counsel filed ECF No. 94, a motion for extension of time. This Court's docket identifies this filing as made "by Defendants Ryan Cohen, RC Ventures LLC" — listing Cohen himself as a moving party. The filing identifies counsel as "Attorneys for Defendants RC

Ventures LLC and Ryan Cohen" and states counsel plans to file "a single, joint motion" for both defendants after Cohen is served. A true and correct copy of ECF No. 94 is attached hereto as Exhibit L.

36. ECF No. 94 was filed on March 3, 2026 by counsel on behalf of both RC Ventures and Cohen. Counsel stated a plan to file "a single, joint motion" for both RC Ventures and Cohen after Cohen is served. Counsel is the only channel through which I have successfully communicated with Cohen.

**Step 12: Miami-Dade County Property Records — Homestead**

37. In addition to the property search described in Step 3 above, the Miami-Dade County Property Appraiser records reveal that Ryan Cohen and Candice Cohen are the owners of record for 10201 Collins Avenue, Unit 1807W, Bal Harbour, FL 33154 (Folio No. 12-2226-050-2240, Oceana Bal Harbour Condo). Cohen remains the current owner of this property, with no transfer of ownership recorded since December 19, 2024 (Exhibit C).

38. The property records show that Cohen has claimed a homestead exemption on this property for the 2025 tax year. Under the Florida Constitution, Article VII, Section 6, and Florida Statute § 196.031, the homestead exemption is available only for property that constitutes the owner's permanent, primary residence. To claim homestead, the owner must have declared the property as their primary place of residence as of January 1 of the tax year. Cohen's homestead exemption for 2025 means he declared 10201 Collins Avenue, Unit 1807W as his primary residence as of January 1, 2025.

39. No homestead exemption was claimed on this property for 2023 or 2024, meaning Cohen's declaration of primary residency at this address is recent — consistent with the December 19, 2024 property transfer. Cohen's mailing address as listed in the property records is 10201 Collins Ave 1807W, Bal Harbour, FL 33154 — the same as the property address.

**Step 13: Ownership of 224 Bal Bay Drive — Cohen's**

Driver's License Address

40. In the course of my investigation, I also searched the Miami-Dade County Property Appraiser records and the Miami-Dade County Clerk of Court records for 224 Bal Bay Drive, Bal Harbour, FL 33154 — the address listed on Cohen's current Florida driver's license (Exhibit F). Those

records reveal the following:

(a) The property at 224 Bal Bay Drive is owned of record by Barry M. Brant, CPA, as trustee of the Honeybell Trust Under Agreement Dated October 12, 2020 (Exhibit N). Brant is a CPA and principal at Berkowitz Pollack Brant Advisors + CPAs, a major South Florida accounting firm. His firm biography states that his areas of focus include "fiduciary activities, including serving as trustee, executor and protector" for high-net-worth families and individuals. The property was purchased on October 20, 2020 for $23,900,000 from US PLO 224 LLC (Exhibit O).

(b) Barry M. Brant is the same individual who transferred 10201 Collins Avenue, Unit 1807W to Ryan Cohen and Candice Cohen by deed recorded December 19, 2024 (Exhibit P). In that transaction, the property was conveyed from the Anamcara Trust / Barry M. Brant to Cohen and Candice Cohen.

(c) Cohen listed 224 Bal Bay Drive on his current Florida driver's license (Exhibit F). Florida Statute § 322.17 requires drivers to maintain accurate address information on their license. Public reporting from 2020 (Exhibit Q) noted a real estate litigation allegation linking Cohen to this property's purchase through the Brant-managed trust.

(d) The 224 Bal Bay Drive property records show that a homestead exemption has been claimed on this property for 2023, 2024, and 2025 (Exhibit N at p. 2, Benefits Information) — indicating that someone has declared this property as their primary residence during those years.

41. Barry M. Brant, CPA — a professional fiduciary whose practice includes serving as trustee for high-net-worth clients, and the trustee of the Honeybell Trust that holds 224 Bal Bay Drive — is the same individual who transferred 10201 Collins Avenue to Cohen by deed recorded December 19, 2024 (Exhibit P). Cohen's Florida driver's license lists 224 Bal Bay Drive as his residential address (Exhibit F). The property at 224 Bal Bay Drive — an 11,338-square-foot residence purchased for $23,900,000 — has had a homestead exemption claimed on it continuously since 2023 (Exhibit N at p. 2). On March 10, 2026, an individual at that address told the process server that Ryan Cohen was "unknown" (Exhibit B).

## III. SUMMARY OF RELEVANT FACTS

Mitchell v. Cohen et al.

42. The following documented facts are relevant to this Court's determination of whether alternative service is warranted:

(a) Cohen's Florida driver's license lists 224 Bal Bay Drive, Bal Harbour, FL 33154 as his current residential address (Exhibit F). As set forth in ¶¶ 40-41, this property is held in the Honeybell Trust managed by Barry M. Brant — the same individual who transferred 10201 Collins Avenue to Cohen (see ¶¶ 40-41; Exhibits N, O, P). Yet when process server Tyrone Mapp attempted service at this address on March 10, 2026, as documented in Mr. Mapp's sworn Proof of Non-Service (Exhibit B), an individual identifying themselves as the resident stated the subject was unknown, and an on-site worker did not recognize Cohen's name.

(b) Cohen owns 10201 Collins Avenue, Unit 1807W, Bal Harbour, FL 33154 and has declared it as his primary residence by claiming a homestead exemption for 2025 (Exhibit C at p. 2, Benefits Information). Cohen remains the current owner of this property, with no transfer of ownership recorded since December 19, 2024 (Exhibit C). Yet when process server Tyrone Mapp attempted service at this address on February 27, 2026, as documented in Mr. Mapp's sworn Proof of Non-Service (Exhibit A), a property manager told the server that Cohen had "moved."

(c) Certified mail addressed to Ryan Cohen was delivered to an individual at Cohen's 33154 address on February 23, 2026 (Exhibit G). Just four days later, on February 27, 2026, as documented in Mr. Mapp's sworn Proof of Non-Service (Exhibit A), a property manager at the same address told process server Tyrone Mapp that Cohen had "moved."

(d) Cohen's mailing address on file with the Miami-Dade County Property Appraiser remains 10201 Collins Ave 1807W, Bal Harbour, FL 33154 — the same address where the property manager stated Cohen no longer resides.

(e) Cohen is not picking up certified mail at his P.O. Box (P.O. Box 25250, PMB 30427, Miami, FL 33102). Exhibit H.

(f) Cohen has two identified Florida addresses — one listed on his driver's license (224 Bal Bay Dr, held in the Honeybell Trust with Barry M. Brant as trustee) and one where he claims homestead (10201 Collins Ave, transferred to Cohen by the same Barry M. Brant) — and personal service has been unsuccessful at both. Multiple individuals at both addresses denied Cohen's presence (see ¶¶

Mitchell v. Cohen et al.

13, 16, 37, 40-41).

43. The facts set forth above include: statements by individuals at Cohen's addresses stating he was not present or unknown; Cohen's signature on certified mail at 224 Bal Bay Drive (Exhibit U); Cohen's execution of a service waiver in a parallel action and counsel's response that they are not authorized to accept service in this action.

## IV. NRCP 4.4(b)(2) CONTACT INFORMATION INVENTORY

44. In ECF No. 34, the Court directed Plaintiff to provide "more detail ... about ... whether any other methods of communication with these Defendants might exist (for example, phone numbers, email addresses, social media accounts, or other information used to communicate with these Defendants)." In compliance with the Court's directive and pursuant to NRCP 4.4(b)(2), I set forth below a comprehensive inventory of all contact information identified through my investigation for Defendant Ryan Cohen:

(a) Residential Addresses:

- 224 Bal Bay Dr, Bal Harbour, FL 33154 (CURRENT address per Florida driver's license, Exhibit F; held in Honeybell Trust, Barry M Brant trustee, purchased 10/20/2020 for $23,900,000, Exhibits N, O; resident stated "subject unknown"; on-site worker did not recognize name — 3/10/2026)

- 10201 Collins Ave, Unit 1807W, Bal Harbour, FL 33154 (owned by Cohen; homestead exemption claimed for 2025, Exhibit C at p. 2; certified mail delivered to individual 2/23/2026; property manager stated Cohen "moved" on 2/27/2026)

(a-1) Mailing Address / P.O. Box:

Mitchell v. Cohen et al.

- P.O. Box 25250, PMB 30427, Miami, FL 33102

  (certified mail sent 2/19/2026 — not picked up)

(a-2) Additional Associated Florida Addresses:

The Delvepoint Comprehensive Public Records Report

(Exhibit E) identifies a total of eight Florida

addresses historically associated with Cohen — all

in Miami-Dade County. In addition to the two

residential addresses and one P.O. Box listed

above, the report identifies prior addresses in

the Bal Harbour / Miami Beach area, watercraft

registrations in Miami-Dade County, and property

records — all of which corroborate Cohen's

long-standing presence in the Bal Harbour area of

South Florida. Exhibit E is attached hereto in

its entirety.

(a-3) Business Addresses:

- GameStop Corp., Attn: Ryan Cohen, Chairman of

  the Board, 625 Westport Parkway, Grapevine, TX

  76051 (GameStop corporate headquarters)

- SEC Form 4 Filing Address: P.O. Box 25250, PMB

  30427, Miami, FL 33102 (Exhibit D)

(b) Business Associations:

- GameStop Corp. — Chairman of the Board

  (HQ: 625 Westport Parkway, Grapevine, TX 76051)

- RC Ventures LLC — Manager and sole member

  (Delaware LLC; served 2/19/2026 per ECF No. 93)

(c) Social Media:

- X (formerly Twitter): @ryancohen

Mitchell v. Cohen et al.

(d) Counsel of Record in This Action:

Williams & Connolly LLP

680 Maine Ave. SW, Washington, DC 20024

Dane H. Butswinkas — dbutswinkas@wc.com

Steven M. Farina — sfarina@wc.com

Madeline C. Prebil — mprebil@wc.com

Jenna L. Romanowski — jromanowski@wc.com

Evans Fears Schuttert McNulty Mickus

6720 Via Austi Parkway, Suite 300

Las Vegas, NV 89119

Kelly A. Evans — kevans@efsmmlaw.com

David W. Gutke — dgutke@efsmmlaw.com

Brennen D. Marshall — bmarshall@efsmmlaw.com

(e) Phone Numbers:

The Delvepoint Comprehensive Public Records Report (Exhibit E at p. 1) identifies three phone numbers associated with Ryan Cohen:

(305) 904-7291 — Miami, FL (active 2013-2026)

(516) 822-1262 — New York (active 2008-2025)

(514) 833-3320 — Montreal, Canada

The (305) area code is consistent with Cohen's documented Florida residency. On March 11, 2026, I placed calls to the two domestic numbers — (305) 904-7291 at 10:36 PM PT and (516) 822-1262 at 10:39 PM PT — and left voicemail messages notifying Cohen of the pending action. Both calls went to voicemail, confirming the numbers are active. See ¶¶ 49-50. I did not call (514) 833-

Mitchell v. Cohen et al.

3320 because it routes to Quebec, Canada. See ¶ 51. I have no phone number at which I have successfully spoken with Cohen.

(f) Personal Email:

The Delvepoint Comprehensive Public Records Report (Exhibit E at p. 23) identifies ERICBENCOHEN@GMAIL.COM as an email address associated with Ryan Cohen. This email address was not disclosed through Cohen's SEC filings, property records, or other public records; it was identified through the Delvepoint investigative database. On March 11, 2026, at 10:32 PM PT, I sent a pre-filing notice email to this address with the Summons and Complaint attached. The email was delivered and was not returned as undeliverable. See ¶ 48; Exhibit R. In addition to this personal email, the email addresses of Cohen's counsel of record are listed in subsection (d) above.

(g) Other Communication Methods:

Based on the entirety of my investigation, including public records research, licensed private investigator research (Exhibit F), comprehensive public records database search (Exhibit E), SEC filing review (Exhibit D), and property records review (Exhibits C, N, O, P), the methods of communication identified above represent the complete universe of contact information known to me for Defendant Cohen. The

Mitchell v. Cohen et al.

only channel through which I have successfully communicated with Cohen is through his counsel of record (subsection (d) above), who have filed his sworn declaration (ECF No. 43-1), coordinated litigation strategy for both Cohen and RC Ventures (ECF No. 94; Exhibit L), and responded to my communications within two business days (Exhibit J). I have also attempted direct contact with Cohen by email and telephone (see ¶¶ 48-51), but have received no response from Cohen personally through any channel.

### V. SERVICE ATTEMPTS AND RESULTS

45. The following is a summary of the circumstances of each service attempt and the results:

(a) Cohen has no residence in Nevada, as confirmed by his own sworn declaration. ECF No. 43-1 ¶ 5.

(b) At both identified Florida residential addresses, multiple individuals independently denied Cohen's presence (see ¶¶ 13, 16; Exhibits A, B).

(c) I have attempted service across three states — New York, Nevada, and Florida — over the course of approximately twenty months, employing multiple process servers, without success.

(d) Each attempt was unsuccessful due to the following circumstances: a secured commercial building where access was denied (New York), service on an unauthorized individual with no connection to Cohen (Nevada), a confirmed move from the property (Collins Avenue, Florida), and a denial of any knowledge of Cohen at the address Cohen listed on his driver's license — a property connected to Cohen through the same trustee who transferred his homestead to him (Bal Bay Drive, Florida).

(e) I did not attempt substitute service at the Bal Bay Drive address. The individual who identified themselves as the resident denied knowledge of Cohen, stating the subject was unknown — at an

Mitchell v. Cohen et al.

address Cohen's Florida driver's license lists as his current residence (see ¶¶ 40-41; Exhibit F).

(f) As a pro se litigant with limited financial resources, I have exhausted the reasonable means available to me to locate and personally serve Cohen. I retained a licensed private investigator who confirmed Cohen's current Florida driver's license address as 224 Bal Bay Drive (Exhibit F) — the same address where a resident and an on-site worker denied knowledge of Cohen to the process server. I have also sent certified mail to Cohen's residential address and his P.O. Box, attempted personal service at two separate Florida addresses, and conducted extensive public records research. Personal service has not been accomplished through any of these methods.

46. The Court previously authorized alternative service on Defendant Gove in this case (ECF No. 16).

47. Defense counsel has communicated with Plaintiff regarding this action, including responding to Plaintiff's request for waiver of service and filing motions on behalf of Defendant. Defense counsel filed Cohen's sworn declaration under penalty of perjury (ECF No. 43-1) and have filed multiple motions on his behalf.

48. On March 11, 2026, at 10:32 PM Pacific Time, I sent an email to ERICBENCOHEN@GMAIL.COM — an email address associated with Ryan Cohen as identified in the Delvepoint Comprehensive Public Records Report (Exhibit E at p. 23). The email, sent from my email address realanthonymitchell@gmail.com, bore the subject line "Notice of Federal Lawsuit — Mitchell v. Cohen, Case No. 2:24-cv-01042-RFB-DJA (D. Nev.)" and notified Cohen that a Complaint and Summons have been issued naming him as a defendant. I attached a copy of the Summons and Complaint to the email. The email was delivered and was not returned as undeliverable. A screenshot of the sent email is attached hereto as Exhibit R.

49. On March 11, 2026, at 10:36 PM Pacific Time (1:36 AM Eastern Time on March 12), I placed a telephone call to (305) 904-7291 — a phone number associated with Ryan Cohen as identified in the Delvepoint Comprehensive Public Records Report (Exhibit E at p. 1). I placed the calls in the evening from my home in North Las Vegas, Nevada; the time difference with Cohen's Florida residence resulted in the calls arriving in the early morning hours Eastern Time. These were notice calls intended to leave voicemail, which I did successfully. The Miami area code is consistent with

Cohen's documented Florida residency. The call went to voicemail. I left the following message:
"This message is for Ryan Cohen. My name is Anthony Mitchell, plaintiff in Mitchell versus Cohen, Case Number 2:24-cv-01042, in the United States District Court, District of Nevada. I am calling to notify Mr. Cohen that a Complaint and Summons have been issued. Mr. Cohen may contact his attorneys at Williams & Connolly LLP regarding this matter. This call was placed on March 11th, 10:36 PM, 2026."

50. On March 11, 2026, at 10:39 PM Pacific Time, I placed a telephone call to (516) 822-1262 — a second phone number associated with Ryan Cohen as identified in the Delvepoint Comprehensive Public Records Report (Exhibit E at p. 1). The call went to voicemail. I left the following message: "This message is for Ryan Cohen. My name is Anthony Mitchell, plaintiff in Mitchell versus Cohen, Case Number 2:24-cv-01042, in the United States District Court, District of Nevada. I am calling to notify Mr. Cohen that a Complaint and Summons have been issued. Mr. Cohen may contact his attorneys at Williams & Connolly LLP regarding this matter. This call was placed on March 11th, 10:39 PM, 2026."

51. A third phone number associated with Cohen identified in Exhibit E at p. 1 — (514) 833-3320 — carries a Montreal, Quebec, Canada area code. I did not place a call to this number because it routes to a foreign jurisdiction and is impractical as a domestic contact method. The two domestic numbers called above, combined with the email notice (¶ 48), represent every practical direct-contact channel identified for Cohen.

**VI. COMPREHENSIVE CHRONOLOGICAL SUMMARY OF SERVICE EFFORTS, CONTACT ATTEMPTS, AND KEY EVENTS**

52. The following chart summarizes, in chronological order, every service attempt, contact with counsel, direct outreach to Cohen, and key event documented in this Declaration and the

accompanying Motion:

SERVICE ATTEMPTS

08/08-09/2024 — Personal service at 1114 Ave of the Americas, 32nd Fl, New York, NY (Vinson & Elkins LLP). Denied access; building manager refused. (ECF No. 13 at 10-11.)

11/19-20/2024 — Personal service at 701 S. Carson St, Ste 200, Carson City, NV (CT Corp). Left with Ana Gomes; Cohen denied knowledge. (ECF Nos. 39, 40; ECF No. 43-1.)

02/18/2026 — Certified mail to 10201 Collins Ave, Unit 1807W, Bal Harbour, FL 33154 (homestead address). Delivered 02/23/2026; "Left with Individual." (Exhibit G.)

02/19/2026 — Certified mail to P.O. Box 25250, PMB 30427, Miami, FL 33102 (LetterStream Job 13422809). Not picked up by Cohen. (Exhibit H.)

02/27/2026 — Personal service at 10201 Collins Ave, Unit 1807W, Bal Harbour, FL. Unexecuted; resident stated "moved"; property manager stated "not resident." Server: T. Mapp, 8:05 PM. (Exhibit A.)

03/10/2026 — Personal service at 224 Bal Bay Dr, Bal Harbour, FL (driver's license address). Unexecuted; resident stated "subject unknown"; worker did not recognize name. Server: T. Mapp. (Exhibit B.)

03/16/2026 — Certified mail with Summons and Complaint delivered at 224 Bal Bay Dr, Bal Harbour, FL 33154. SIGNED BY RYAN COHEN at 3:45 PM. (Exhibit U; Exhibit V.)

CONTACTS WITH COUNSEL

02/18/2026 — FRCP 4(d) waiver request sent to all seven defense counsel at Williams & Connolly LLP and Evans Fears Schuttert McNulty Mickus. (Exhibit I.)

02/20/2026 — Counsel reply (Madeline Prebil, Williams & Connolly): "Not authorized to accept service." (Exhibit J.)

03/02/2026 — Counsel email seeking consent for extension to "unify Cohen Defendants' filing deadlines." (Exhibit K.)

DIRECT OUTREACH TO COHEN

03/11/2026, 10:32 PM PT — Email to ERICBENCOHEN@GMAIL.COM with Summons and Complaint attached. Delivered; not returned. (Exhibit R; Decl. ¶ 48.)

Mitchell v. Cohen et al.

03/11/2026, 10:36 PM PT — Phone call to (305) 904-7291 (Miami, FL). Voicemail left. (Decl. ¶ 49.)

03/11/2026, 10:39 PM PT — Phone call to (516) 822-1262 (New York). Voicemail left. (Decl. ¶ 50.)

KEY CASE EVENTS

05/29/2024 — Complaint filed. (ECF No. 7.)

08/13/2024 — Cohen signs AO 399 waiver in SDNY Case No. 1:24-cv-05874, same week as NY service denial above. (Exhibit M.)

09/05/2024 — ECF No. 16: Court denies alternative service for Cohen; grants for Gove. (ECF No. 16.)

11/14/2024 — ECF No. 34: Court denies second alternative service motion without prejudice. (ECF No. 34.)

12/10/2024 — Cohen Defendants file MTD; Cohen signs sworn declaration (no NV residence). (ECF Nos. 43, 43-1.)

12/19/2024 — Cohen acquires 10201 Collins Ave, Unit 1807W from Anamcara Trust / Barry M. Brant. Deed recorded. (Exhibit P.)

01/01/2025 — Cohen declares homestead on 10201 Collins Ave for 2025. Primary residence. (Exhibit C at p. 2.)

09/30/2025 — Court dismisses Cohen Defendants without prejudice; grants leave to re-serve. (ECF No. 78.)

02/04/2026 — ECF No. 88: Court denies alternative service; grants final 45-day extension; deadline 3/20/2026. (ECF No. 88.)

03/03/2026 — PI affidavit from Rachelle Dabrowski, Verite Investigations LLC. DL address: 224 Bal Bay Dr. (Exhibit F.)

03/03/2026 — ECF No. 94 filed by counsel as "Attorneys for Defendants RC Ventures LLC and Ryan Cohen." (Exhibit L.)

This chart summarizes twenty months of service attempts across three states, seven service attempts, three contacts with counsel, three direct outreach attempts to Cohen personally, and a

thirteen-step investigation — all documented through professional third-party sources and official records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 17, 2026, at North Las Vegas, Nevada.

/s/ Anthony Mitchell

Anthony Mitchell

Pro Se Plaintiff

# EXHIBIT A

Case No. 2:24-cv-01042-RFB-DJA

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **2:24-cv-01042-RFB-DJA**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Ryan Cohen**
was recieved by me on  **2/27/2026**:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒   I returned the summons unexecuted because **Moved** after attempting service at **10201 Collins Ave Unit 1807W, Bal Harbour, FL 33154**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  02/28/2026

_____
*Server's signature*

**Tyrone Mapp**
*Printed name and title*

**12864 Biscayne Blvd #376
North Miami, FL 33181**

_____
*Server's address*

Additional information regarding attempted service, etc:

**2/27/2026 8:05 PM: I spoke with an individual who identified themselves as the resident and they stated subject moved. I spoke with a property manager/landlord who says not resident.**



Tracking #: **0211117887**



# EXHIBIT B

Case No. 2:24-cv-01042-RFB-DJA

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:24-cv-01042-RFB-DJA**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Ryan Cohen**
was recieved by me on  **3/07/2026:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒    I returned the summons unexecuted because  **the current resident stated subject unknown and on-site worker who doesn't recognize name** after attempting service at **224 BAL BAY DR, BAL HARBOUR, FL 33154**; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  03/11/2026

_____
*Server's signature*

**Tyrone Mapp**
*Printed name and title*

**12864 Biscayne Blvd #376
North Miami, FL 33181**

_____
*Server's address*

Additional information regarding attempted service, etc:

**3/10/2026 3:16 PM: I spoke with an individual who identified themselves as the resident and they stated subject unknown. I spoke with an on-site worker who doesn't recognize name.**




Tracking #: **0213008237**

# EXHIBIT C

Case No. 2:24-cv-01042-RFB-DJA

 Help



English

Menu



| ADDRESS | OWNER NAME | SUBDIVISION NAME | FOLIO |
|---|---|---|---|

**SEARCH:** 111 NW 1 St                Suite                Back to Search Results

## PROPERTY INFORMATION ⓘ

 ZOOM                Map View ▾    Layers ▾

**Folio:** 12-2226-050-2240

**Sub-Division:**
OCEANA BAL HARBOUR CONDO

**Property Address**
10201 COLLINS AVE    UNIT:  1807

**Owner**
RYAN COHEN
CANDICE COHEN

**Mailing Address**
10201 COLLINS AVE 1807W
BAL HARBOUR, FL 33154

**PA Primary Zone**
5000 HOTELS & MOTELS - GENERAL

**Primary Land Use**
0407 RESIDENTIAL - TOTAL VALUE :
CONDOMINIUM - RESIDENTIAL

| | |
|---|---|
| **Beds / Baths /Half** | 2 / 3 / 0 |
| **Floors** | 0 |
| **Living Units** | 1 |
| **Actual Area** | |
| **Living Area** | 2,226 Sq.Ft |
| **Adjusted Area** | 2,226 Sq.Ft |
| **Lot Size** | 0 Sq.Ft |
| **Year Built** | 2016 |



2025 Aerial Photography
60 ft

## Featured Online Tools

| | | | | |
|---|---|---|---|---|
| Comparable Sales | Glossary | PA Additional Online Tools | Property Record Cards | Property Search Help | Property Taxes |
| Report Discrepancies | Report Homestead Fraud | Special Taxing Districts and Other Non-Ad valorem Assessments | Tax Comparison | Tax Estimator | TRIM Notice |
| Value Adjustment Board | Tax Visualizer | | | |

## ASSESSMENT INFORMATION ⓘ

| Year | 2025 | 2024 | 2023 |
|---|---|---|---|
| **Land Value** | $0 | $0 | $0 |
| **Building Value** | $0 | $0 | $0 |
| **Extra Feature Value** | $0 | $0 | $0 |
| **Market Value** | $4,012,476 | $4,012,476 | $3,553,908 |
| **Assessed Value** | $4,012,476 | $3,909,298 | $3,553,908 |

## BENEFITS INFORMATION ⓘ

| Benefit | Type | 2025 | 2024 | 2023 |
|---|---|---|---|---|
| Non-Homestead Cap | Assessment Reduction | $103,178 | | |
| Homestead | Exemption | $25,000 | | |
| Second Homestead | Exemption | $25,722 | | |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## FULL LEGAL DESCRIPTION ⓘ

OCEANA BAL HARBOUR CONDO

UNIT 1807 W

UNDIV 0.3412%

INT IN COMMON ELEMENTS

OFF REC 28907-0932 30312-0332

## TAXABLE VALUE INFORMATION ⓘ

| Year | 2025 | 2024 | 2023 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $50,722 | $0 | $0 |
| Taxable Value | $3,961,754 | $3,909,298 | $3,553,908 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $25,000 | $0 | $0 |

| Taxable Value | $3,987,476 | $4,012,476 | $3,553,908 |

**CITY**

| | | | |
|---|---|---|---|
| Exemption Value | $50,722 | $0 | $0 |
| Taxable Value | $3,961,754 | $3,909,298 | $3,553,908 |

**REGIONAL**

| | | | |
|---|---|---|---|
| Exemption Value | $50,722 | $0 | $0 |
| Taxable Value | $3,961,754 | $3,909,298 | $3,553,908 |

## SALES INFORMATION ⓘ

| Previous Sale | Price | OR Book-Page | Qualification Description | Previous Owner 1 | Previous Owner 2 |
|---|---|---|---|---|---|
| 12/16/2024 | $100 | 34542-3554 | Corrective, tax or QCD; min consideration | BARRY M BRANT TRS | ANAMCARA TRUST |
| 02/23/2022 | $4,200,000 | 33042-3957 | Qual by exam of deed | GASTON SICILIANO | |
| 04/23/2021 | $3,900,000 | 32495-2819 | Qual by exam of deed | CONSULTATIO BAL HARBOUR LLC | |

For more information about the Department of Revenue's Sales Qualification Codes.

## ADDITIONAL INFORMATION

\* The information listed below is not derived from the Property Appraiser's Office records. It is provided for convenience and is derived from other government agencies.

### LAND USE AND RESTRICTIONS

| | | | |
|---|---|---|---|
| **Community Development District:** | NONE | **Community Redevelopment Area:** | NONE |
| **Empowerment Zone:** | NONE | **Enterprise Zone:** | NONE |
| **Urban Development:** | INSIDE URBAN DEVELOPMENT BOUNDARY | **Zoning Code:** | PD-PLANNED DEVELOPMENT |
| **Existing Land Use:** | 35-Multi-Family, High Density (Over 25 DU/Gross Acre). | Government Agencies and Community Services | |

### OTHER GOVERNMENTAL JURISDICTIONS

| | | | |
|---|---|---|---|
| Business Incentives | Childrens Trust | City of Bal Harbour | Environmental Considerations |
| Florida Inland Navigation District | Septic - Well: Property List (MDC) | Septic - Well: Septic GIS Points (DOH) | Septic - Well: Well GIS Points (DOH) |
| PA Bulletin Board | Special Taxing District and Other Non-Ad valorem Assessment | School Board | South Florida Water Mgmt District |
| Tax Collector | | | |

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser of Miami-Dade County is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser of Miami-Dade County and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at https://www.miamidadepa.gov/pa/disclaimer.page

For inquiries and suggestions email us at Contact Form.

Version: 2.1.0



© 2025 Property Appraiser of Miami-Dade County.
All rights reserved.

## Help & Support

Privacy Statement

Disclaimer

Accessibility

## Key Services

Property Search

Homestead Exemption

Save Our Homes

Changing Your Property Information

Common Forms

## Connect with Us

News & Events

Contact Us

Public Records Requests

Careers

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

# EXHIBIT D

Case No. 2:24-cv-01042-RFB-DJA

# EXHIBIT D

SEC Form 4 — Statement of Changes in Beneficial Ownership

Filed with the Securities and Exchange Commission

Source: SEC EDGAR (sec.gov)

---

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## FORM 4

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934

---

### 1. Name and Address of Reporting Person

**Cohen Ryan**

(Last)          (First)          (Middle)

PO BOX 25250
PMB 30427

(Street)

MIAMI                FL                33102

(City)          (State)          (Zip)

### 2. Issuer Name and Ticker or Trading Symbol

**GameStop Corp.  [ GME ]**

### 5. Date of Filing

04/07/2025

---

Filing URL: https://www.sec.gov/Archives/edgar/data/1326380/000092189525001006/
xslF345X05/form412128005_04072025.xml

**RELEVANCE TO MOTION:**

This SEC Form 4 filing confirms that Ryan Cohen lists his address with the
Securities and Exchange Commission as PO BOX 25250, PMB 30427, MIAMI, FL 33102.
This address is in Miami-Dade County, Florida, corroborating Cohen's Florida
residency as established by the private investigator's affidavit (Exhibit F),
Miami-Dade County property records (Exhibit C), and process server returns
(Exhibits A and B).

Cohen has used this same Florida mailing address on multiple SEC filings,
including Form 4 insider trading reports and Schedule 13D beneficial ownership
reports, dating back to December 2020.

# EXHIBIT E

Case No. 2:24-cv-01042-RFB-DJA

# COMPREHENSIVE REPORT

**MR RYAN COHEN**

---

### REPORT CRITERIA

Name: RYAN COHEN
Person ID: 146014441113
Reference Code:

GLBA: Legal Compliance
DPPA: Civil, Criminal, Administrative, or Arbitral Proceeding

### REPORT SUMMARY

| Subject Information |
|---|
| (Best Information for Subject) |
| **MR RYAN COHEN** (Male) |
| **678-58-####** |
| **08/##/1985** (Age 40) |

| Indicators | |
|---|---|
| Criminal/Traffic Conviction: | **Yes** |
| Property: | **Yes** |
| Deceased: | No |

**Report Legend**

🔵 Shared Address
✅ Verified Address
🔴 Deceased
⚠️ High Risk Indicator

**Record Counts**

| | |
|---|---|
| Addresses | 8 |
| Aircraft Registrations | 0 |
| Aliases | 2 |
| Associates | 7 |
| Bankruptcies | 0 |
| Corporate Affiliations | 0 |
| Criminal & Traffic Records | 12 |
| Current Motor Vehicles | 0 |
| DEA Controlled Substance Licenses | 0 |
| Drivers Licenses | 8 |
| Email Addresses | 1 |
| FAA Certifications | 0 |
| Firearms/Explosives Licenses | 0 |
| Foreclosures | 0 |
| Historical Motor Vehicles | 0 |
| Historical Neighbors | 4 |
| Hunting/Fishing Licenses | 0 |
| Imposters | 0 |
| Liens and Judgments | 0 |
| Neighbors | 4 |
| Notices of Defaults | 2 |
| People at Work | 0 |
| Phone Records | 4 |
| Possible Employment Records | 0 |
| Professional Licenses | 0 |
| Property Records | 6 |
| Relatives (1st Degree) | 1 |
| Sexual Offenses | 0 |
| Student Information | 0 |
| Student Records | 0 |
| UCC Filings | 0 |
| Utilities | 0 |
| Voter Registrations | 0 |
| Watercraft Records | 4 |
| Weapon Permits | 0 |

#### Associated Addresses

**8 Address Record(s) found:**

| | |
|---|---|
| 10201 COLLINS AVE UNIT 1807W, BAL HARBOUR, FL 33154-1693 MIAMI-DADE | (Mar 2022 - Mar 2026) |
| 9429 HARDING AVE UNIT 323, SURFSIDE, FL 33154-2803 MIAMI-DADE | (Jun 2021 - Jan 2026) |
| 224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE | (Aug 2021 - Oct 2025) |
| 16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE | (Feb 2008 - Mar 2025) |
| 16047 COLLINS AVE APT 2904, SUNNY ISLES BEACH, FL 33160-5582 MIAMI-DADE | (Aug 2009 - Oct 2020) |
| 15500 SW JAY ST APT 74360, BEAVERTON, OR 97006-6018 WASHINGTON | (Dec 2010 - Sep 2012) |
| 14525 SW MILLIKAN WAY APT 74360, BEAVERTON, OR 97005-2343 WASHINGTON | (Mar 2008 - Nov 2010) |
| 1903 60TH PL E STE M2320, BRADENTON, FL 34203-5036 MANATEE | (Sep 2007 - Apr 2008) |

#### Associated Phone Numbers Summary

**3 Phone(s) found:**

(305) 904-7291 ⭐⭐⭐⭐⭐ (Phones Plus) (06/01/2013 - 01/01/2026) (RYAN COHEN )
(516) 822-1262 ⭐⭐⭐⭐ (Phones Plus) (02/01/2008 - 03/01/2025 ) (RYAN COHEN )
(514) 833-3320 ⭐ (Phones Plus) (RYAN COHEN )

#### Criminal & Traffic Records Summary

**12 Criminal & Traffic Record(s) found:**

10/18/2022 - MANATEE/VIOLATION SPEED ZONE
02/15/2022 - SP W/O SPEEDS
02/15/2022 - NOT PROVIDED BY SOURCE
02/11/2022 - SPDING MUN RD
11/14/2021 - VIOLATION OF STATE SPEED ZONE
11/14/2021 - OP VEH UNSAFE CONDITION
11/14/2021 - NO REGISTRATION CERTIFICATE
11/14/2021 - VIOL ST SPD ZONE
11/14/2021 - DRV UNSAFE VEH
11/14/2021 - NO REG CERT
02/10/2017 - VIOL ST SPD ZONE
04/23/2013 - IMPROPER CHANGE OF LANES

#### Current Vehicle Summary

NONE FOUND

#### Historical Vehicle Summary

NONE FOUND

#### People at Work Summary

NONE FOUND

#### Drivers Licenses

**8 Drivers License(s) found:**

| | |
|---|---|
| ############# - FL | (05/05/2022 - 08/04/2031) |
| ############# - FL | (05/05/2022 - 08/04/2031) |
| ############# - FL | (09/30/2015 - 08/04/2023) |
| ############# - FL | (09/30/2015 - 08/04/2023) |
| ############# - FL | (09/30/2015 - 08/04/2023) |
| ############# - FL | (09/30/2015 - 08/04/2023) |
| ############# - FL | (06/23/2014 - 06/23/2015) |
| ############# - FL | (06/12/2013 - 06/12/2014) |

#### Bankruptcy Record(s) found:

NONE FOUND

# TABLE OF CONTENTS

TABLE OF CONTENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   2

Addresses (8 Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   3

Phones (3 Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   5

Utilities (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   5

Criminal & Traffic Records (12 Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   6

People at Work (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   8

Possible Employment Records [None Found] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   8

Current Vehicles (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9

Historical Vehicles (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9

Drivers Licenses (8 Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   9

Aliases (2 Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10

Imposters (Individuals with who share SSN with subject) (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10

Bankruptcies (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10

Liens/Judgments (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10

Foreclosures (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10

Properties (6 Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  10

Notice of Defaults (2 Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  12

UCC Filings (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  12

Corporate Affiliations (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  12

Sexual Offenses (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  12

Possible Student Information (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13

Possible Student Records (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13

Voter Registrations (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13

Professional Licenses (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13

Relatives (1 Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13

Associates (7 Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  13

Neighbors (4 Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  19

Weapon Permits (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  20

DEA Controlled Substance Licenses (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  20

Historical Neighbors (4 Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  21

FAA Certifications (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  22

Hunting & Fishing Licenses (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  22

Firearms & Explosives (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  22

Aircrafts (None Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  22

Watercrafts (4 Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  22

Emails (1 Found) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  23

# Addresses (8 Found)

**8 Address Record(s) found:**
10201 COLLINS AVE UNIT 1807W, BAL HARBOUR, FL 33154-1693 MIAMI-DADE (Mar 2022 - Mar 2026)
9429 HARDING AVE UNIT 323, SURFSIDE, FL 33154-2803 MIAMI-DADE (Jun 2021 - Jan 2026)
224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE (Aug 2021 - Oct 2025)
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE (Feb 2008 - Mar 2025)
16047 COLLINS AVE APT 2904, SUNNY ISLES BEACH, FL 33160-5582 MIAMI-DADE (Aug 2009 - Oct 2020)
15500 SW JAY ST APT 74360, BEAVERTON, OR 97006-6018 WASHINGTON (Dec 2010 - Sep 2012)
14525 SW MILLIKAN WAY APT 74360, BEAVERTON, OR 97005-2343 WASHINGTON (Mar 2008 - Nov 2010)
1903 60TH PL E STE M2320, BRADENTON, FL 34203-5036 MANATEE (Sep 2007 - Apr 2008)

---

**10201 COLLINS AVE UNIT 1807W, BAL HARBOUR, FL 33154-1693 MIAMI-DADE** (03/2022 -03/01/2026 )
Subject Name: MR RYAN COHEN

**10201 COLLINS AVE UNIT 1807W, BAL HARBOUR, FL 33154-1693 MIAMI-DADE**

**Neighborhood Profile (Census)**

| | |
|---|---|
| Average Age: 51 | Median Household Income: $85,294 |
| Average Home Value: $1,155,000 | Average Education: 14 |

**Property Ownership Information for this Address**
**10201 COLLINS AVE, BAL HARBOUR, FL 33154-1488 MIAMI-DADE - Assessed**

**Owners**
1402 S LLC - Business ID: 4556946573
**Seller**
CONSULTATIO BAL HARBOUR LLC - Business ID: 3686300071

**Assessment**

| | |
|---|---|
| Parcel Number: 12-2226-050-0940 | Location: DADE FL |
| Sale Date: 12/07/2016 | Sales Price: $6,100,000 |
| Assessed Total Value: $4,631,000 | Assessed Improvement Value: 4,631,000 |
| Market Improvement Value: 4,631,000 | Market Total Value: 4,631,000 |
| Tax Year: 2019 | Tax Amount: 81,079.99 |
| Recording Date: 12/09/2016 | Prior Recording Date: 06/12/2012 |
| Recorder Location: pg 868, 30338 | Subdivision: OCEANA BAL HARBOUR CONDO |

Brief Description: OCEANA BAL HARBOUR CONDOUNIT 1402 SUNDIV 0.5288%INT IN COMMON ELEMENTSOFF REC 28907-0932 30312-0332

**Features**

| | |
|---|---|
| Year Built: 2016 | Living Square Feet: 3,450 |
| No of Bedrooms: 3 | No of Baths: 4.00 |
| Land Square Footage: 3,450 | |

---

**9429 HARDING AVE UNIT 323, SURFSIDE, FL 33154-2803 MIAMI-DADE** (06/2021 -01/2026 )
Subject Name: MR RYAN COHEN
⚠ Addressing or letter service.
⚠ US Postal Service.

**9429 HARDING AVE UNIT 323, SURFSIDE, FL 33154-2803 MIAMI-DADE**

**Phones**
(305) 904-7291

**Neighborhood Profile (Census)**

| | |
|---|---|
| Average Age: 44 | Median Household Income: $79,167 |
| Average Home Value: $1,056,391 | Average Education: 15 |

**Property Ownership Information for this Address**
**9429 HARDING AVE, SURFSIDE, FL 33154-2803 MIAMI-DADE - Assessed**

**Owners**
MR DONALD J KHAN - 261-96-####
MS JENNIFER LOURDES KAHN - 593-36-####

**Assessment**

| | |
|---|---|
| Parcel Number: 14-2235-007-0620 | Location: DADE FL |
| Sales Price: $310,000 | Assessed Total Value: $1,394,655 |
| Assessed Improvement Value: 82,155 | Market Land Value: 1,312,500 |
| Market Improvement Value: 82,155 | Market Total Value: 1,394,655 |
| Assessed Value Year: 2024 | Tax Year: 2024 |
| Tax Amount: 26,161.64 | Assessee Ownership Rights: LIFE ESTATE |
| Recorder Location: pg 2625, 13010 | Lot Number: 29 |
| Subdivision: ALTOS DEL MAR 06 | |

Brief Description: ALTOS DEL MAR NO 6 PB 8-106 LOT 29 BLK 4 LOT SIZE 25.000 X 100 OR 13010-2625 0986 2

**Features**

| | |
|---|---|
| Year Built: 1950 | Living Square Feet: 1,487 |
| No of Stories: 1 | Exterior Walls: CONCRETE BLOCK/STUCCO |
| Air Conditioning: AC.CENTRAL | Land Square Footage: 2,500 |

---

**224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE** (08/2021 -10/2025 )
Subject Name: MR RYAN COHEN

**224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE**

**Current Residents at Address**
JAMES MICHAEL HOPKINS - 05/##/1983 (42) - 005-86-#### issued in Maine between 01/01/1988 and 12/31/1989
GUADALUPE URBINA PEREZ - 08/##/1993 (32) - 771-76-#### issued in Florida between 11/04/2008 and 02/02/2009

RYAN COHEN - 08/##/1985 (40) - 678-58-####
VAUGHN MATTHEW BRUEGGEMANN - 11/##/1996 (29) - 590-65-#### issued in Florida between 01/03/1997 and 04/01/1997
CANDICE COHEN - 06/##/1989 (36) - 324-49-####
MELISSA IVANA NUTT - 04/##/1998 (27) - 593-75-#### issued in Florida between 06/02/1998 and 09/01/1998
LAURENT OUAZANA - 01/##/1965 (61) - 167-19-####
UGO OUAZANA - 05/##/1997 (28) - 091-35-####

**Phones**
(305) 904-7291

**Neighborhood Profile (Census)**
Average Age: 49                                     Median Household Income: $61,644
Average Home Value: $1,205,729                      Average Education: 10

**Property Ownership Information for this Address**
**224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE - Assessed**

**Owners**
HONEYBELL TRUST
MR BARRY M BRANT - 267-98-####
**Seller**
US PLO 224 LLC

**Assessment**
Parcel Number: 12-2226-002-2190                     Location: DADE FL
Sale Date: 10/20/2020                               Sales Price: $23,900,000
Assessed Total Value: $21,056,663                   Homestead Homeowner Exemption: Y
Market Land Value: 13,066,205                       Market Improvement Value: 12,848,700
Market Total Value: 25,914,905                      Assessed Value Year: 2024
Tax Year: 2024                                      Tax Amount: 362,396.66
Assessee Ownership Rights: TRUSTEE                  Recording Date: 10/23/2020
Prior Recording Date: 07/10/2019                    Recorder Location: pg 1727, 32162
Lot Number: 6                                       Subdivision: BAL HARBOUR RESIDENTIAL SEC
Brief Description: PB 44-98 BAL HARBOUR RESIDENTIAL SEC LOT 6 BLK 12 AND PROP INT IN & TO COMMON ELEMENTS
NOT DEDICATED TO PUBLIC LOT SIZE 93.500 X 215
  **Features**
  Year Built: 2018                                 Living Square Feet: 11,338
  No of Bedrooms: 8                                No of Baths: 9.00
  No of Stories: 3                                 Roof Type: TYPE UNKNOWN
  Land Square Footage: 20,103

---

**16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE** (02/2008 -03/2025 )
Subject Name: MR RYAN COHEN

**Phones**
(305) 904-7291

**Neighborhood Profile (Census)**
Average Age: 59                                     Median Household Income: $175,000
Average Home Value: $1,141,975                      Average Education: 13

**Property Ownership Information for this Address**
**16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE - Assessed**

**Owners**
MR RYAN COHEN
MS CANDICE OUTMEZGUINE

**Assessment**
Parcel Number: 31-2214-034-1250                     Location: DADE FL
Sales Price: $3,300,000                             Assessed Total Value: $2,473,800
Market Total Value: 2,473,800                       Market Value Year: 2021
Assessed Value Year: 2021                           Tax Year: 2021
Tax Amount: 43,977.48                               Owner Occupied: Y
Recording Date: 03/18/2013                          Prior Recording Date: 02/01/2008
Recorder Location: pg 741, 28549                    Subdivision: TURNBERRY OCEAN COLONY SOUTH
Brief Description: TURNBERRY OCEAN COLONY SOUTH TOWER CONDO UNIT 3204 UNDIV 0.9176138% INT IN COMMON
ELEMENTS OFF REC 26073-2353
  **Features**
  Year Built: 2007                                 Living Square Feet: 3,735
  No of Bedrooms: 4                                No of Baths: 6.00
  No of Partial Baths: 1

*Margin column:* 16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE

---

**16047 COLLINS AVE APT 2904, SUNNY ISLES BEACH, FL 33160-5582 MIAMI-DADE** (08/2009 -10/2020 )
Subject Name: MR RYAN COHEN

**Neighborhood Profile (Census)**
Average Age: 59                                     Median Household Income: $175,000
Average Home Value: $1,141,975                      Average Education: 13

*Margin column:* 16047 COLLINS AVE APT 2904, SUNNY ISLES BEACH, FL 33160-5582 MIAMI-DADE

---

**15500 SW JAY ST APT 74360, BEAVERTON, OR 97006-6018 WASHINGTON** (12/2010 -09/2012 )
Subject Name: MR RYAN COHEN

**Neighborhood Profile (Census)**
Average Age: 32                                     Median Household Income: $94,153
Average Home Value: $0                              Average Education: 13

*Margin column:* 15500 SW JAY ST APT 74360, BEAVERTON, OR 97006-6018 WASHINGTON

**Property Ownership Information for this Address**
**15500 SW JAY ST, BEAVERTON, OR 97006-6018 WASHINGTON - Assessed**

**Owners**
NIKE INCORPORATED - Business ID: 108432117

**Assessment**
Parcel Number: 1S105D0-01200
Assessed Total Value: $1,588,859
Market Total Value: 1,588,859
Assessed Value Year: 2025
Tax Amount: 27,833.63

Location: WASHINGTON OR
Market Improvement Value: 1,588,859
Market Value Year: 2025
Tax Year: 2025

    **Features**

---

**14525 SW MILLIKAN WAY APT 74360, BEAVERTON, OR 97005-2343 WASHINGTON** (03/2008 -11/2010 )
Subject Name: MR RYAN COHEN

**14525 SW MILLIKAN WAY APT 74360, BEAVERTON, OR 97005-2343 WASHINGTON**

**Neighborhood Profile (Census)**
Average Age: 31
Average Home Value: $47,188

Median Household Income: $55,400
Average Education: 13

**Property Ownership Information for this Address**
**14525 SW MILLIKAN WAY, BEAVERTON, OR 97005-2343 WASHINGTON - Assessed**

**Owners**
MR JAMES S ROMBOUGH

**Assessment**
Parcel Number: 283-022-25-00-6
Assessed Total Value: $702
Lot Number: 43
Brief Description: TRACT 3193, BLOCK, LOT 43

Location: KERN CA
Assessed Value Year: 2024

    **Features**
    Land Square Footage: 8276 SF

---

**1903 60TH PL E STE M2320, BRADENTON, FL 34203-5036 MANATEE** (09/2007 -04/2008 )
Subject Name: MR RYAN COHEN

**1903 60TH PL E STE M2320, BRADENTON, FL 34203-5036 MANATEE**

**Neighborhood Profile (Census)**
Average Age: 49
Average Home Value: $229,787

Median Household Income: $48,214
Average Education: 13

**Property Ownership Information for this Address**
**1903 60TH PL E, BRADENTON, FL 34203-5036 MANATEE - Assessed**

**Owners**
MR PETER CIAN OSULLIVAN

**Assessment**
Parcel Number: 1 017 035 425 160 000450
Assessed Total Value: $167
Market Total Value: 500
Assessed Value Year: 2024
Tax Amount: 9.76
Recorder Location: pg 241, 360
Subdivision: RIO DEL ORO
Brief Description: SUBD RIO DEL ORO LOT 45 BLOCK 23 UNIT 16 .25 AC +/-

Location: VALENCIA NM
Market Land Value: 500
Market Value Year: 2024
Tax Year: 2023
Recording Date: 01/05/2006
Lot Number: 45

    **Features**
    Land Square Footage: 10890 SF

## Phones (3 Found)

| | Phone | Name | Address | Carrier | Dates Seen |
|---|---|---|---|---|---|
| 1 | (305) 904-7291 (EST) - Possible Wireless ⭐⭐⭐⭐⭐ | RYAN COHEN RYAN COHEN (Listed) | | NEW CINGULAR WIRELESS PCS, LLC - GA MA | 06/01/2013 - 01/01/2026 |
| 2 | (516) 822-1262 (EST) - Cable ⭐⭐⭐⭐ | RYAN COHEN RYAN COHEN (Listed) | | CABLEVISION LIGHTPATH, INC. - NY JE | 02/01/2008 - 03/01/2025 |
| 3 | (514) 833-3320 (EST) - Mobile Listing Types: C ⭐ | RYAN COHEN RYAN COHEN (Listed) | 1903 60TH PL E STE M2320, BRADENTON, FL 34203-5036 MANATEE | ROGERS COMM CANADA MONTREAL, PQ | |

## Utilities (None Found)

NO RECORDS

# Criminal & Traffic Records (12 Found)

**Data displayed may not pertain to your subject and/or may contain errors. Before relying on any data, it should be independently verified.**

**12 Criminal & Traffic Record(s) found:**
MANATEE/VIOLATION SPEED ZONE - KYAN COHEN
SP W/O SPEEDS - RYAN COHEN
NOT PROVIDED BY SOURCE - RYAN COHEN
SPDING MUN RD - RYAN COHEN
VIOLATION OF STATE SPEED ZONE - RYAN COHEN
OP VEH UNSAFE CONDITION - RYAN COHEN
NO REGISTRATION CERTIFICATE - RYAN COHEN
VIOL ST SPD ZONE - RYAN COHEN
DRV UNSAFE VEH - RYAN COHEN
NO REG CERT - RYAN COHEN
VIOL ST SPD ZONE - RYAN COHEN
IMPROPER CHANGE OF LANES - RYAN COHEN

**MANATEE/VIOLATION SPEED ZONE KYAN COHEN**

**Personal Details**

9429 HARDING AVE, SURFSIDE, FL 33154-2803 MIAMI-DADE
Case Filing Date: 10/18/2022                    Record Type: State
Case Number: B22020743                          County of Origin: MIAMI-DADE
Data Source: Criminal Court                     Race: WHITE

**Offenses**

**MANATEE/VIOLATION SPEED ZONE**
Arrest Agency: 030                              Court Case Number: B22020743
Court Disposition: CIVIL PENALTY CLOSED Status:CLOSED 20221028 (10/28/2022 )
Category: TRAFFIC

**SP W/O SPEEDS RYAN COHEN**

**Personal Details**

224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE
Case Type: INFRACTION                           Case Filing Date: 02/16/2022
Record Type: State                              Case Number: 132022TR000ADDWJEE00
County of Origin: MIAMI DADE                    Data Source: Criminal Court
Race: WHITE

**Aliases**

RYAN COHEN

**Offenses**

**SP W/O SPEEDS** (02/15/2022 )
Court Case Number: 132022TR000ADDWJEE00
Court Disposition: DISMISSED DEFECTIVE (04/25/2022 )
Category: TRAFFIC

**NOT PROVIDED BY SOURCE RYAN COHEN**

**Personal Details**

224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE
Case Filing Date: 02/16/2022                    Record Type: State
Case Number: ADDWJEE                            County of Origin: MIAMI DADE
Data Source: Criminal Court                     Race: WHITE

**Aliases**

RYAN COHEN

**Offenses**

**NOT PROVIDED BY SOURCE** (02/15/2022 )
Court Case Number: ADDWJEE                       Fine: $17,900
Court Disposition: DISPOSITION NOT PROVIDED BY SOURCE

**SPDING MUN RD RYAN COHEN**

**Personal Details**

224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE
Case Type: INFRACTION                           Case Filing Date: 02/14/2022
Record Type: State                              Case Number: 132022TR000AG1OS5E00
County of Origin: MIAMI DADE                    Data Source: Criminal Court
Race: WHITE

**Offenses**

**SPDING MUN RD** (02/11/2022 )
Court Case Number: 132022TR000AG1OS5E00

Court Disposition: DISMISSED (02/22/2022 )
Category: TRAFFIC

**VIOLATION OF STATE SPEED ZONE RYAN COHEN**

**Personal Details**

224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE
Case Filing Date: 12/01/2021
Case Number: A3MMZ8P
Data Source: Criminal Court

Record Type: State
County of Origin: MIAMI DADE
Race: WHITE

**Aliases**

RYAN COHEN

**Offenses**

**VIOLATION OF STATE SPEED ZONE** (11/14/2021 )
Court Case Number: A3MMZ8P
Court Disposition: DISPOSITION NOT PROVIDED BY SOURCE
Category: TRAFFIC

**NOT PROVIDED BY SOURCE** (11/14/2021 )
Court Case Number: A3MMZ8P                Fine: $26,900
Court Disposition: DISPOSITION NOT PROVIDED BY SOURCE

**OP VEH UNSAFE CONDITION RYAN COHEN**

**Personal Details**

224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE
Case Filing Date: 12/01/2021
Case Number: A3MMZ9P
Data Source: Criminal Court

Record Type: State
County of Origin: MIAMI DADE
Race: WHITE

**Aliases**

RYAN COHEN

**Offenses**

**OP VEH UNSAFE CONDITION** (11/14/2021 )
Court Case Number: A3MMZ9P
Court Disposition: DISPOSITION NOT PROVIDED BY SOURCE
Category: TRAFFIC

**NOT PROVIDED BY SOURCE** (11/14/2021 )
Court Case Number: A3MMZ9P                Fine: $12,900
Court Disposition: DISPOSITION NOT PROVIDED BY SOURCE

**NO REGISTRATION CERTIFICATE RYAN COHEN**

**Personal Details**

224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE
Case Filing Date: 12/01/2021
Case Number: A3MMZAP
Data Source: Criminal Court

Record Type: State
County of Origin: MIAMI DADE
Race: WHITE

**Aliases**

RYAN COHEN

**Offenses**

**NO REGISTRATION CERTIFICATE** (11/14/2021 )
Court Case Number: A3MMZAP
Court Disposition: DISPOSITION NOT PROVIDED BY SOURCE
Category: TRAFFIC

**NOT PROVIDED BY SOURCE** (11/14/2021 )
Court Case Number: A3MMZAP                Fine: $12,900
Court Disposition: DISPOSITION NOT PROVIDED BY SOURCE

**VIOL ST SPD ZONE RYAN COHEN**

**Personal Details**

224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE
Case Type: INFRACTION
Record Type: State
County of Origin: MIAMI DADE
Race: WHITE

Case Filing Date: 11/22/2021
Case Number: 132021TR000A3MMZ8P00
Data Source: Criminal Court

**Aliases**

RYAN COHEN

**Offenses**

**VIOL ST SPD ZONE** (11/14/2021 )
Court Case Number: 132021TR000A3MMZ8P00
Court Disposition: DISMISSED OFFICER (02/22/2022 )
Category: TRAFFIC

**DRV UNSAFE VEH RYAN COHEN**

**Personal Details**

224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE
Case Type: INFRACTION
Record Type: State
County of Origin: MIAMI DADE
Race: WHITE

Case Filing Date: 11/22/2021
Case Number: 132021TR000A3MMZ9P00
Data Source: Criminal Court

**Aliases**

RYAN COHEN

**Offenses**

**DRV UNSAFE VEH** (11/14/2021 )
Court Case Number: 132021TR000A3MMZ9P00
Court Disposition: DISMISSED OFFICER (02/22/2022 )
Category: TRAFFIC

**NO REG CERT RYAN COHEN**

**Personal Details**

224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE
Case Type: INFRACTION
Record Type: State
County of Origin: MIAMI DADE
Race: WHITE

Case Filing Date: 11/22/2021
Case Number: 132021TR000A3MMZAP00
Data Source: Criminal Court

**Aliases**

RYAN COHEN

**Offenses**

**NO REG CERT** (11/14/2021 )
Court Case Number: 132021TR000A3MMZAP00
Court Disposition: DISMISSED OFFICER (02/22/2022 )

**VIOL ST SPD ZONE RYAN COHEN**

**Personal Details**

16047 COLLINS AVE, SUNNY ISLES BEACH, FL 33160-5557 MIAMI-DADE
Case Type: INFRACTION
Record Type: State
County of Origin: MIAMI DADE
Race: WHITE

Case Filing Date: 02/10/2017
Case Number: 132017TR000A75COHE00
Data Source: Criminal Court

**Offenses**

**VIOL ST SPD ZONE** (02/10/2017 )
Court Case Number: 132017TR000A75COHE00          Fine: $2,285
Court Disposition: WITHHOLD ADJDCTN (04/20/2017 )
Category: TRAFFIC

**IMPROPER CHANGE OF LANES RYAN COHEN**

**Personal Details**

16047 COLLINS AVE, SUNNY ISLES BEACH, FL 33160-5557 MIAMI-DADE
Case Type: TRAFFIC
Record Type: State
County of Origin: BROWARD
Height/Weight: 0' 68"

Case Filing Date: 04/23/2013
Case Number: 13017438TI10A
Data Source: Criminal Court
Race: WHITE

**Offenses**

**IMPROPER CHANGE OF LANES**
Court Description: BROWARD
Court Case Number: 13017438TI10A          Fine: $33,000
Court Disposition: GUILTY (05/02/2013 )
Category: TRAFFIC

## People at Work (None Found)

NO RECORDS

## Possible Employment Records [None Found]

NO RECORDS

## Current Vehicles (None Found)

NO RECORDS

## Historical Vehicles (None Found)

NO RECORDS

## Drivers Licenses (8 Found)

**8 Driver License Record(s) found:**

| ############# - (FL) - Current | ############# - (FL) - Historical | ############# - (FL) - Historical |
|---|---|---|
| ############# - (FL) - Historical | ############# - (FL) - Historical | ############# - (FL) - Historical |
| ############# - (FL) - Historical | ############# - (FL) - Historical | |

**############# - (FL) - Current**
RYAN COHEN (Male)                          678-58-####
08/##/1985 (40)
224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE
Issue Date: 05/05/2022                     Expiration Date: 08/04/2031
Height/Weight: 5' 8"                       License Type: DRIVER LICENSE
Race: WHITE                                Orig Issue Date: 06/12/2013
Name Change: N                             Address Change: N
Issuance: 2                                Non DMV Source: N
License Class: E - Non-Commercial - Regular Operator License
Dates Seen: 05/2022 - 05/2022

*############# - (FL) - Current*

**############# - (FL) - Historical**
RYAN COHEN (Male)                          678-58-####
08/##/1985 (40)
9429 HARDING AVE PMB 323, SURFSIDE, FL 33154-2803 MIAMI-DADE
Issue Date: 05/05/2022                     Expiration Date: 08/04/2031
Height/Weight: 5' 8"                       License Type: DRIVER LICENSE
Race: WHITE                                Orig Issue Date: 06/12/2013
Name Change: N                             Address Change: Y
Issuance: 2                                Non DMV Source: N
License Class: E - Non-Commercial - Regular Operator License
Dates Seen: 05/2022 - 05/2022

*############# - (FL) - Historical*

**############# - (FL) - Historical**
RYAN COHEN (Male)                          678-58-####
08/##/1985 (40)
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE
Issue Date: 09/30/2015                     Expiration Date: 08/04/2023
Height/Weight: 5' 8"                       License Type: RENEWAL
Race: WHITE                                Orig Issue Date: 06/12/2013
Name Change: N                             Address Change: N
OOS Prev DL Number: #############          OOS Prev State: FF
Non DMV Source: N
License Class: E - Non-Commercial - Regular Operator License
Dates Seen: 10/2015 - 10/2015

*############# - (FL) - Historical*

**############# - (FL) - Historical**
RYAN COHEN (Male)                          678-58-####
08/##/1985 (40)
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE
Issue Date: 09/30/2015                     Expiration Date: 08/04/2023
Height/Weight: 5' 8"                       License Type: DRIVER LICENSE
Race: WHITE                                Orig Issue Date: 06/12/2013
Name Change: N                             Address Change: Y
Issuance: 2                                Non DMV Source: N
License Class: E - Non-Commercial - Regular Operator License
Dates Seen: 01/2021 - 01/2021

*############# - (FL) - Historical*

**############# - (FL) - Historical**
RYAN COHEN (Male)                          678-58-####
08/##/1985 (40)
16047 COLLINS AVE # 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE
Issue Date: 09/30/2015                     Expiration Date: 08/04/2023
Height/Weight: 5' 8"                       License Type: DRIVER LICENSE
Race: WHITE                                Orig Issue Date: 06/12/2013
Name Change: N                             Address Change: Y
Issuance: 2                                Non DMV Source: N
License Class: E - Non-Commercial - Regular Operator License
Dates Seen: 01/2021 - 03/2021

*############# - (FL) - Historical*

############# - (FL) - Historical
RYAN COHEN (Male)                                    678-58-####
08/##/1985 (40)
224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE
Issue Date: 09/30/2015                               Expiration Date: 08/04/2023
Height/Weight: 5' 8"                                 License Type: DRIVER LICENSE
Race: WHITE                                          Orig Issue Date: 06/12/2013
Name Change: N                                       Address Change: Y
Issuance: 2                                          Non DMV Source: N
License Class: E - Non-Commercial - Regular Operator License
Dates Seen: 08/2021 - 08/2021

############# - (FL) -
Historical

############# - (FL) - Historical
RYAN COHEN (Male)                                    678-58-####
08/##/1985 (40)
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE
Issue Date: 06/23/2014                               Expiration Date: 06/23/2015
Height/Weight: 5' 8"                                 License Type: RENEWAL
Race: WHITE                                          Orig Issue Date: 06/12/2013
Name Change: N                                       Address Change: N
OOS Prev DL Number: #############                    OOS Prev State: FF
Non DMV Source: N
License Class: E - Non-Commercial - Regular Operator License
Dates Seen: 07/2014 - 07/2014

############# - (FL) -
Historical

############# - (FL) - Historical
RYAN COHEN (Male)                                    678-58-####
08/##/1985 (40)
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE
Issue Date: 06/12/2013                               Expiration Date: 06/12/2014
Height/Weight: 5' 8"                                 License Type: ORIGINAL
Race: WHITE                                          Orig Issue Date: 06/12/2013
Name Change: N                                       Address Change: N
OOS Prev DL Number: #############                    OOS Prev State: FF
Non DMV Source: N
License Class: E - Non-Commercial - Regular Operator License
Dates Seen: 06/2013 - 06/2013

############# - (FL) -
Historical

## Aliases (2 Found)

RYAN COHEN (Male) (Current) - 08/##/1985 (40) (Correct) - 678-58-####
RYAN COHEN (Current) - 08/##/1985 (40) (Correct) - 585-16-#### issued in New Mexico between 01/01/1962 and 12/31/1962

## Imposters (Individuals with who share SSN with subject) (None Found)

NO RECORDS

## Bankruptcies (None Found)

NO RECORDS

## Liens/Judgments (None Found)

NO RECORDS

## Foreclosures (None Found)

NO RECORDS

## Properties (6 Found)

**6 Property Record(s) found:**
10201 COLLINS AVE UNIT 1807, BAL HARBOUR, FL 33154-1693 MIAMI-DADE - Deed
10201 COLLINS AVE UNIT 1807, BAL HARBOUR, FL 33154-1693 MIAMI-DADE - Deed
10201 COLLINS AVE UNIT 1807, BAL HARBOUR, FL 33154-1693 MIAMI-DADE - Assessed
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE - Assessed
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE - Assessed
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE - Deed

**10201 COLLINS AVE UNIT 1807, BAL HARBOUR, FL 33154-1693 MIAMI-DADE - Deed**

**10201 COLLINS AVE UNIT**

1807, BAL HARBOUR, FL 33154-1693 MIAMI-DADE - Deed

**Buyer/Owner**
MR RYAN COHEN
MS CANDICE COHEN
**Seller**
ANAMCARA
MR BARRY M BRANT - 267-98-####

**Deed**
Parcel Number: 12-2226-050-2240
Contract Date: 12/16/2024
Document Type: WD - WARRANTY DEED
Document Number: 2024R0948914

Location: DADE
Recording Date: 12/19/2024
Recorder Location: pg 3554, 34542
Title Company: ACCOMMODATION

---

## 10201 COLLINS AVE UNIT 1807, BAL HARBOUR, FL 33154-1693 MIAMI-DADE - Deed

10201 COLLINS AVE UNIT 1807, BAL HARBOUR, FL 33154-1693 MIAMI-DADE - Deed

**Buyer/Owner**
MR RYAN COHEN
MS CANDICE COHEN
**Seller**
MR BARRY M BRANT

**Deed**
Parcel Number: 12-2226-050-2240
Contract Date: 12/16/2024
Document Type: WD
Document Number: 948914
Transaction Type: 9 - NOMINAL

Location: DADE
Recording Date: 12/19/2024
Recorder Location: pg 3554, 34542
Title Company: ATTORNEY ONLY
Mortgage Deed Type: G - GRANT DEED

---

## 10201 COLLINS AVE UNIT 1807, BAL HARBOUR, FL 33154-1693 MIAMI-DADE - Assessed

10201 COLLINS AVE UNIT 1807, BAL HARBOUR, FL 33154-1693 MIAMI-DADE - Assessed

**Owners**
MR RYAN COHEN
MS MS COHEN
**Seller**
SICILIANO GASTON & LIUBOV

**Assessment**
Parcel Number: 12-2226-050-2240
Sale Date: 02/23/2022
Assessed Total Value: $3,909,298
Market Total Value: 4,012,476
Tax Year: 2024
Assessee Ownership Rights: TENANCY IN COMMON
Prior Recording Date: 05/07/2021
Subdivision: OCEANA BAL HARBOUR CONDO
Brief Description: OCEANA BAL HARBOUR CONDO UNIT 1807 W UNDIV 0.3412% INT IN COMMON ELEMENTS OFF REC 28907-0932 30312-0332

Location: DADE FL
Sales Price: $4,200,000
Market Improvement Value: 4,012,476
Assessed Value Year: 2024
Tax Amount: 67,070.52
Recording Date: 03/01/2022
Recorder Location: pg 3957, 33042

**Features**
Year Built: 2016
No of Bedrooms: 2

Living Square Feet: 2,226
No of Baths: 3.00

---

## 16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE - Assessed

16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE - Assessed

**Owners**
MR RYAN COHEN
MS CANDICE OUTMEZGUINE

**Assessment**
Parcel Number: 31-2214-034-1250
Sales Price: $3,300,000
Market Total Value: 2,473,800
Assessed Value Year: 2021
Tax Amount: 43,977.48
Recording Date: 03/18/2013
Recorder Location: pg 741, 28549
Brief Description: TURNBERRY OCEAN COLONY SOUTH TOWER CONDO UNIT 3204 UNDIV 0.9176138% INT IN COMMON ELEMENTS OFF REC 26073-2353

Location: DADE FL
Assessed Total Value: $2,473,800
Market Value Year: 2021
Tax Year: 2021
Owner Occupied: Y
Prior Recording Date: 02/01/2008
Subdivision: TURNBERRY OCEAN COLONY SOUTH

**Features**
Year Built: 2007
No of Bedrooms: 4
No of Partial Baths: 1

Living Square Feet: 3,735
No of Baths: 6.00

---

## 16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE - Assessed

16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE - Assessed

**Owners**
MR RYAN COHEN
MS CANDICE OUTMEZGUINE
**Seller**
MR WILLIAM FERNANDEZ - 087-52-####
MS SONIA FERNANDEZ - 108-68-####

**Assessment**
Parcel Number: 31-2214-034-1250

Location: DADE FL

Sale Date: 03/18/2013
Assessed Total Value: $2,487,000
Assessed Improvement Value: 2,487,000
Market Total Value: 2,487,000
Tax Amount: 43,870.74
Prior Recording Date: 02/27/2008
Subdivision: TURNBERRY OCEAN COLONY SOUTH

Sales Price: $3,300,000
Homestead Homeowner Exemption: Y
Market Improvement Value: 2,487,000
Tax Year: 2020
Recording Date: 03/27/2013
Recorder Location: pg 741, 28549

Brief Description: TURNBERRY OCEAN COLONY SOUTHTOWER CONDOUNIT 3204UNDIV 0.9176138%INT IN COMMON ELEMENTSOFF REC 26073-2353COC 26236-1348 02 2008 1

**Features**

Year Built: 2007
No of Bedrooms: 4

Living Square Feet: 3,735
No of Baths: 6.00

---

**16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE - Deed**

**Buyer/Owner**
MR RYAN COHEN
**Seller**

**Deed**
Parcel Number: 31-2214-034-1250
Recording Date: 12/14/2015
Recorder Location: pg 1225, 29888
Title Company: ATTORNEY ONLY

Location: DADE
Document Type: L - LIS PENDENS
Document Number: 787607

16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE - Deed

---

# Notice of Defaults (2 Found)

**2 Notice of Default Record(s) found:**
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE

---

**16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE** (12/14/2015 )
Site2 Address: 16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE
Parcel Number: 31-2214-034-1250          Deed Type: Lis Pendens
Document Type: LIS PENDENS

**Defendants**

**RYAN COHEN**
678-58-####

**MS CANDICE OUTMEZGUINE**
324-49-####

**Plaintiffs**
WOOLEMS INC

16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE

---

**16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE** (12/09/2015 )
Site2 Address: 16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE
Parcel Number: 31-2214-034-1250          Deed Type: Lis Pendens
Document Type: LIS PENDENS

**Defendants**

**RYAN COHEN**
678-58-####

**MS CANDICE OUTMEZGUINE**
324-49-####

**Plaintiffs**
WOOLEMS INC

16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE

---

# UCC Filings (None Found)

NO RECORDS

# Corporate Affiliations (None Found)

NO RECORDS

# Sexual Offenses (None Found)

NO RECORDS

## Possible Student Information (None Found)

NO RECORDS

## Possible Student Records (None Found)

NO RECORDS

## Voter Registrations (None Found)

NO RECORDS

## Professional Licenses (None Found)

NO RECORDS

## Relatives (1 Found)

**1 1st Degree Relative Record(s) found**

### Relatives Summary

CANDICE COHEN (Age 36) - Spouse (1st)

---

| **CANDICE COHEN** - Spouse (1st) | Date Last Cohabitation: 11/2025 | **CANDICE COHEN** |
|---|---|---|
| Confidence: 128% | | 06/##/1989 ( 36) |
| | | 324-49-#### |
| | | - Spouse |

**Aliases**

| |
|---|
| CANDICE COHEN - 06/##/1989 (36) - 324-49-#### |
| CANDICE OUTMEZGUINE - 06/##/1989 (36) |
| CANDICE OUTZMEZGUINE |

**Addresses**

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 10203 COLLINS AVE UNIT 402 BAL HARBOUR, FL 33154-1751 MIAMI-DADE (Nov 2025 - Mar 2026) ✅ | BRYN RONEE DORFMAN - 02/##/1984 (42) - 092-68-#### ROWEN A SEIBEL - 12/##/1981 (44) - 105-68-#### CANDICE COHEN - 06/##/1989 (36) - 324-49-#### JESUS A ROBLES - 03/##/1975 (50) - 729-67-#### | |
| 2 | 10203 COLLINS AVE UNIT 1807 BAL HARBOUR, FL 33154-1858 MIAMI-DADE (Oct 2022 - Jan 2026) | CANDICE COHEN - 06/##/1989 (36) - 324-49-#### | |
| 3 | 10201 COLLINS AVE UNIT 1807W BAL HARBOUR, FL 33154-1693 MIAMI-DADE (Oct 2022 - Dec 2025) Ⓢ | | |
| 4 | 224 BAL BAY DR BAL HARBOUR, FL 33154-1313 MIAMI-DADE (Feb 2022 - Oct 2025) Ⓢ | JAMES MICHAEL HOPKINS - 05/##/1983 (42) - 005-86-#### GUADALUPE URBINA PEREZ - 08/##/1993 (32) - 771-76-#### RYAN COHEN - 08/##/1985 (40) - 678-58-#### VAUGHN MATTHEW BRUEGGEMANN - 11/##/1996 (29) - 590-65-#### CANDICE COHEN - 06/##/1989 (36) - 324-49-#### MELISSA IVANA NUTT - 04/##/1998 (27) - 593-75-#### LAURENT OUAZANA - 01/##/1965 (61) - 167-19-#### UGO OUAZANA - 05/##/1997 (28) - 091-35-#### | (305) 904-7291 |
| 5 | 9429 HARDING AVE UNIT 323 SURFSIDE, FL 33154-2803 MIAMI-DADE (Feb 2022 - Oct 2022) Ⓢ | | (305) 904-7291 |
| 6 | 16047 COLLINS AVE APT 3204 SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE (Feb 2008 - Nov 2023) Ⓢ | | (305) 904-7291 |

## Associates (7 Found)

**7 Associate Record(s) found**

| | | |
|---|---|---|
| JAMES MICHAEL HOPKINS | KEVIN JOSEPH POTTER | GUADALUPE URBINA PEREZ |
| NICOLE D SCHWARTZ | VAUGHN MATTHEW BRUEGGEMANN | MELISSA IVANA NUTT |
| CHRISTIAN C LERCHBACHER | | |

**JAMES MICHAEL HOPKINS**
Date Last Cohabitation: 08/2025                    Confidence: 17%

**JAMES MICHAEL HOPKINS**
05/##/1983 ( 42)
005-86-####

**Aliases**

JAMES MICHAEL HOPKINS - 05/##/1983 (42) - 005-86-#### issued in Maine between 01/01/1988 and 12/31/1989
JAMES MICHEAL HOPKINS - 1983 (43) - 005-86-#### issued in Maine between 01/01/1988 and 12/31/1989

**Addresses**

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 661 TREMONT RD BERNARD, ME 04612-3610 HANCOCK (Nov 2019 - Jan 2026) ✅ | KENYA O BELL - 04/##/1976 (49) - 374-92-#### JAMES MICHAEL HOPKINS - 05/##/1983 (42) - 005-86-#### CASEY KIRSTEN BELL - 11/##/2002 (23) - 372-29-#### CHARLIE WILL BELL IV - 01/##/2004 (22) - 382-31-#### | (207) 266-8792 |
| 2 | 224 BAL BAY DR BAL HARBOUR, FL 33154-1313 MIAMI-DADE (Mar 2025 - Aug 2025) 🅢 | JAMES MICHAEL HOPKINS - 05/##/1983 (42) - 005-86-#### GUADALUPE URBINA PEREZ - 08/##/1993 (32) - 771-76-#### RYAN COHEN - 08/##/1985 (40) - 678-58-#### VAUGHN MATTHEW BRUEGGEMANN - 11/##/1996 (29) - 590-65-#### CANDICE COHEN - 06/##/1989 (36) - 324-49-#### MELISSA IVANA NUTT - 04/##/1998 (27) - 593-75-#### LAURENT OUAZANA - 01/##/1965 (61) - 167-19-#### UGO OUAZANA - 05/##/1997 (28) - 091-35-#### | (305) 904-7291 |
| 3 | 3121 SE ASTER LN APT 1608 STUART, FL 34994-5725 MARTIN (Apr 2011 - Sep 2024) | | |
| 4 | 7994 SW 194TH ST CUTLER BAY, FL 33157-8021 MIAMI-DADE (Nov 2012 - Jun 2025) | ALEJANDRO L AGRASANCHEZ - 11/##/1961 (64) - 459-51-#### CESAR ALBERTO RODRIGUEZ - 03/##/1972 (54) - 768-03-#### DUNIA NUNEZ PRIETO - 03/##/1989 (36) - 769-28-#### CHARLIE WILL BELL IV - 01/##/2004 (22) - 382-31-#### | (207) 266-8792 |
| 5 | 7442 VINEWOOD WEST BLOOMFIELD, MI 48322-1087 OAKLAND (Aug 2022 - Feb 2023) | VERGIE JEANINE HOWARD - 12/##/1950 (75) - 372-54-#### WILLIAM TYRONE HOWARD SR - 11/##/1941 (84) - 382-42-#### ISABEL KING SWEET - 01/##/1930 (96) - 381-28-#### KRYSTAL J HOWARD - 05/##/1984 (41) - 377-23-#### | (207) 266-8792 |
| 6 | 2601 S BAYSHORE DR STE 1720 MIAMI, FL 33133-5472 MIAMI-DADE (Oct 2016 - Nov 2020) | | (305) 663-9448 |
| 7 | 38 KELLEYTOWN RD BERNARD, ME 04612-3643 HANCOCK (Sep 2010 - Jun 2020) | | |
| 8 | 6979 SUNRISE DR APT F CORAL GABLES, FL 33133-7023 MIAMI-DADE (Jun 2011 - Jan 2020) | | |
| 9 | 7440 VINEWOOD WEST BLOOMFIELD, MI 48322-1087 OAKLAND (Aug 2022 - Aug 2022) | | |
| 10 | 16047 COLLINS AVE APT 3204 SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE (Feb 2021 - Apr 2021) 🅢 | | |

**KEVIN JOSEPH POTTER**
Date Last Cohabitation: 02/2019                    Confidence: 13%

**KEVIN JOSEPH POTTER**
10/##/1984 ( 41)
441-94-####

**Aliases**

KEVIN JOSEPH POTTER - 10/##/1984 (41) - 441-94-#### issued in Oklahoma between 01/01/1988 and 12/31/1989
KEVIN POTTER - 10/##/1984 (41) - 411-94-#### issued in Tennessee between 01/01/1969 and 12/31/1970

**Addresses**

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 81167 S 4638 RD STILWELL, OK 74960-4483 ADAIR (Jul 2025 - Dec 2025) ✅ | KATHLEEN LEONA POTTER - 10/##/1946 (79) - 156-36-#### <br> VELT GREGORY POTTER - 12/##/1948 (77) - 546-74-#### <br> KEVIN JOSEPH POTTER - 10/##/1984 (41) - 441-94-#### <br> ANTAL SERI SERILEVY - 05/##/1978 (47) - 283-21-#### | (918) 696-2764 (CST) - Residential |
| 2 | 5428 FALLING LEAF LN 87 AUSTIN, TX 78744-4434 TRAVIS (Jan 2014 - Jan 2026) | KEVIN JOSEPH POTTER - 10/##/1984 (41) - 441-94-#### | |
| 3 | 16047 COLLINS AVE APT 3204 SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE (Oct 2018 - Feb 2019) 🔵 | | (305) 904-7291 |
| 4 | 2602 E HOLLANDALE DR HALLANDALE, FL 33009 BROWARD (Oct 2018 - Oct 2018) | | |
| 5 | 8100 N MOPAC EXPY APT 168 AUSTIN, TX 78759-8857 TRAVIS (Jul 2012 - Jan 2015) | | |
| 6 | 8100 N MO PAC EXPY APT 168 AUSTIN, TX 78759 TRAVIS (Jul 2012 - Apr 2015) | | |
| 7 | 8100 N MO PAC EXPY 168 AUSTIN, TX 78759 TRAVIS (Jun 2012 - Dec 2014) | | |
| 8 | 101 N OCEAN DR APT 733 HOLLYWOOD, FL 33019-1738 BROWARD (Oct 2018 - Dec 2018) | | |
| 9 | 8100 N MOPAC EXPY APT 265 AUSTIN, TX 78759-8876 TRAVIS (Sep 2017 - Sep 2017) | | |

**GUADALUPE URBINA PEREZ**

Date Last Cohabitation: 08/2025                    Confidence: 12%

**GUADALUPE URBINA PEREZ**
08/##/1993 ( 32 )
771-76-####

**Aliases**

| |
|---|
| GUADALUPE URBINA PEREZ - 08/##/1993 (32) - 771-76-#### issued in Florida between 11/04/2008 and 02/02/2009 |
| GUADALUPE PEREZ URBINA - 08/##/1993 (32) - 771-76-#### issued in Florida between 11/04/2008 and 02/02/2009 |
| GUADALUPE URBINAPEREZ - 08/##/1993 (32) - 771-76-#### issued in Florida between 11/04/2008 and 02/02/2009 |
| GUADALUPE URBINA - 08/##/1993 (32) - 771-72-#### issued in Florida between 06/03/2008 and 10/01/2008 |
| PEREZ GUADALUPE URBINA - 08/##/1993 (32) - 771-76-#### issued in Florida between 11/04/2008 and 02/02/2009 |
| GUADALUPE URVINA PEREZ - 08/##/1993 (32) |
| GUARDALUOE URVINA PEREZ - 08/##/1993 (32) |

**Addresses**

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 7701 SW 95TH TER UNIT 2 MIAMI, FL 33156-7778 MIAMI-DADE (Nov 2022 - Jan 2026) ✅ | GUADALUPE URBINA PEREZ - 08/##/1993 (32) - 771-76-#### <br> ELAN JEREMY STERNBERG - 10/##/1989 (36) - 191-70-#### <br> NICHOLAS MANUEL DONES - 05/##/2001 (24) - 767-03-#### | |
| 2 | 7701 SW 95TH TER APT U MIAMI, FL 33156-7753 MIAMI-DADE (Jan 2025 - Apr 2025) | | |
| 3 | 136 NE 50TH ST MIAMI, FL 33137-2715 MIAMI-DADE (Jul 2025 - Jan 2026) | JUAN CARLOS ABELLO - 09/##/1982 (43) - 590-89-#### <br> JOHN CHRISTOPHER SCHOFIELD - 09/##/1973 (52) - 592-24-#### <br> JIMMY NONE MOLESTINA - 08/##/1983 (42) - 595-22-#### <br> GUADALUPE URBINA PEREZ - 08/##/1993 (32) - 771-76-#### <br> RAED HELMI BEIRUTI - 04/##/1983 (42) - 156-27-#### | (305) 754-5061 (EST) - Residential |
| 4 | 224 BAL BAY DR BAL HARBOUR, FL 33154-1313 MIAMI-DADE (Jun 2025 - Aug 2025) 🅢 | JAMES MICHAEL HOPKINS - 05/##/1983 (42) - 005-86-#### <br> GUADALUPE URBINA PEREZ - 08/##/1993 (32) - 771-76-#### <br> RYAN COHEN - 08/##/1985 (40) - 678-58-#### <br> VAUGHN MATTHEW BRUEGGEMANN - 11/##/1996 (29) - 590-65-#### <br> CANDICE COHEN - 06/##/1989 (36) - 324-49-#### <br> MELISSA IVANA NUTT - 04/##/1998 (27) - 593-75-#### <br> LAURENT OUAZANA - 01/##/1965 (61) - 167-19-#### <br> UGO OUAZANA - 05/##/1997 (28) - 091-35-#### | (305) 904-7291 |
| 5 | 320 GRANELLO AVE APT 101 CORAL GABLES, FL 33146-1942 MIAMI-DADE (Feb 2020 - Oct 2025) | | |
| 6 | 7435 SW 61ST AVE APT 101 SOUTH MIAMI, FL 33143-5064 MIAMI-DADE (Jul 2022 - Aug 2025) | | |
| 7 | 7280 SW 89TH ST UNIT 305 MIAMI, FL 33156-1657 MIAMI-DADE (Apr 2024 - Oct 2024) | | |
| 8 | 7435 SW 61ST AVE APT 401 SOUTH MIAMI, FL 33143-5066 MIAMI-DADE (Jun 2022 - Oct 2024) | ANGELA MARIA CHIARELLA - 09/##/1962 (63) - 768-42-#### <br> JIMMY NONE MOLESTINA - 08/##/1983 (42) - 595-22-#### <br> GEORGE CHIARELLA - 09/##/1941 (84) | |
| 9 | 8215 SW 72ND AVE APT 1611 MIAMI, FL 33143-7874 MIAMI-DADE (Sep 2018 - Aug 2021) | | (305) 469-1935 |
| 10 | 7940 SW 58TH CT APT C718 SOUTH MIAMI, FL 33143-5510 MIAMI-DADE (Jul 2014 - Aug 2024) | | (305) 469-1935 |

**NICOLE D SCHWARTZ**
Confidence: 12%

**Aliases**

NICOLE D SCHWARTZ - 11/##/1994 (31) - 113-84-#### issued in New York between 12/30/1995 and 10/01/1997
NICOLE DANIELLE BASHER - 11/##/1994 (31) - 113-84-#### issued in New York between 12/30/1995 and 10/01/1997

**Addresses**

**NICOLE D SCHWARTZ**
11/##/1994 ( 31)
113-84-####

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 9429 HARDING AVE APT SURFSIDE, FL 33154-2803 MIAMI-DADE (Mar 2025 - Jan 2026) ✓ Ⓢ | | |
| 2 | 100 STERLING PL APT 4B BROOKLYN, NY 11217-3338 KINGS (Aug 2024 - Jan 2026) | | |
| 3 | 188 E 70TH ST APT 1 NEW YORK, NY 10021-5135 NEW YORK (Dec 2018 - May 2024) | | |
| 4 | 7000 ISLAND BLVD APT 605 AVENTURA, FL 33160-2459 MIAMI-DADE (Nov 2023 - Oct 2025) | | |
| 5 | 224 BAL BAY DR BAL HARBOUR, FL 33154-1313 MIAMI-DADE (Feb 2025 - Apr 2025) Ⓢ | JAMES MICHAEL HOPKINS - 05/##/1983 (42) - 005-86-#### GUADALUPE URBINA PEREZ - 08/##/1993 (32) - 771-76-#### RYAN COHEN - 08/##/1985 (40) - 678-58-#### VAUGHN MATTHEW BRUEGGEMANN - 11/##/1996 (29) - 590-65-#### CANDICE COHEN - 06/##/1989 (36) - 324-49-#### MELISSA IVANA NUTT - 04/##/1998 (27) - 593-75-#### LAURENT OUAZANA - 01/##/1965 (61) - 167-19-#### UGO OUAZANA - 05/##/1997 (28) - 091-35-#### | (305) 904-7291 |
| 6 | RR 10B BOX NEW YORK CITY, NY 10021 NEW YORK (Dec 2018 - Feb 2019) | | |
| 7 | 188 E 70TH ST APT 10BC NEW YORK, NY 10021-5135 NEW YORK (May 2017 - Jan 2026) | | |
| 8 | 15 DELL DR EAST ROCKAWAY, NY 11518-2107 NASSAU (Nov 2011 - Oct 2020) | GLORIA B KAPNER - 10/##/1925 (100) - 078-18-#### BETH L COVELLI - 11/##/1968 (57) - 112-56-#### JOEL MARC GOLDENBERG - 04/##/1967 (58) - 057-64-#### JESSICA EMMA GOLDENBERG - 10/##/2003 (22) - 124-92-#### | (516) 612-2619 (EST) - Residential (917) 933-4997 (EST) - Residential |
| 9 | 225 E 46TH ST APT 1B NEW YORK, NY 10017-2923 NEW YORK (Oct 2016 - Oct 2016) | | |
| 10 | 50 W 34TH ST APT 17C2 NEW YORK, NY 10001-3089 NEW YORK (Aug 2014 - Aug 2014) | | |

**VAUGHN MATTHEW BRUEGGEMANN**

Date Last Cohabitation: 08/2025                    Confidence: 12%

**Aliases**

VAUGHN MATTHEW BRUEGGEMANN - 11/##/1996 (29) - 590-65-#### issued in Florida between 01/03/1997 and 04/01/1997
MATTHEW BRUEGGEMANN VAUGHN - 1997 (29)
VAUGHN MATTHEW BRUEGGEMAN - 11/##/1996 (29) - 590-65-#### issued in Florida between 01/03/1997 and 04/01/1997
M BRUEGGEMANN VAUGHN - 11/##/1996 (29)
VAUGH BRUEGGEMAN - 11/##/1996 (29) - 590-65-#### issued in Florida between 01/03/1997 and 04/01/1997
VAUGHN BRUEGGEMANN - 11/##/1995 (30)

**Addresses**

**VAUGHN MATTHEW BRUEGGEMANN**
11/##/1996 ( 29)
590-65-####

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 9429 HARDING AVE APT SURFSIDE, FL 33154-2803 MIAMI-DADE (Nov 2024 - Jan 2026) ✔ Ⓢ | | |
| 2 | 810 VILLA CIR APT 810 BOYNTON BEACH, FL 33435-8917 PALM BEACH (Sep 2023 - Jan 2026) | VAUGHN MATTHEW BRUEGGEMANN - 11/##/1996 (29) - 590-65-#### | |
| 3 | 1124 SW 24TH AVE BOYNTON BEACH, FL 33426-7450 PALM BEACH (Aug 2012 - Jan 2026) | JEFF HARDESTY BRUEGGEMANN - 01/##/1963 (63) - 192-48-#### DOMINICK S FALCONE - 06/##/1964 (61) - 089-62-#### WALTER WILLIAM RYAN - 02/##/1929 (97) - 047-22-#### THERESA H RYAN - 03/##/1930 (95) - 040-24-#### JAMILY M MOLLOY - 04/##/1970 (55) - 030-92-#### VAUGHN MATTHEW BRUEGGEMANN - 11/##/1996 (29) - 590-65-#### | (561) 369-5754 (EST) - Residential (561) 843-2165 |
| 4 | 224 BAL BAY DR BAL HARBOUR, FL 33154-1313 MIAMI-DADE (Mar 2025 - Aug 2025) Ⓢ | JAMES MICHAEL HOPKINS - 05/##/1983 (42) - 005-86-#### GUADALUPE URBINA PEREZ - 08/##/1993 (32) - 771-76-#### RYAN COHEN - 08/##/1985 (40) - 678-58-#### VAUGHN MATTHEW BRUEGGEMANN - 11/##/1996 (29) - 590-65-#### CANDICE COHEN - 06/##/1989 (36) - 324-49-#### MELISSA IVANA NUTT - 04/##/1998 (27) - 593-75-#### LAURENT OUAZANA - 01/##/1965 (61) - 167-19-#### UGO OUAZANA - 05/##/1997 (28) - 091-35-#### | (305) 904-7291 |

**MELISSA IVANA NUTT**
Date Last Cohabitation: 08/2025          Confidence: 12%

**MELISSA IVANA NUTT**
04/##/1998 ( 27 )
593-75-####

**Aliases**

MELISSA IVANA NUTT - 04/##/1998 (27) - 593-75-#### issued in Florida between 06/02/1998 and 09/01/1998

**Addresses**

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 16395 BISCAYNE BLVD UNIT TH1 AVENTURA, FL 33160-5739 MIAMI-DADE (Jul 2025 - Jan 2026) ✔ | | |
| 2 | 16395 BISCAYNE BLVD APT 1803 AVENTURA, FL 33160-5752 MIAMI-DADE (May 2025 - Aug 2025) | | |
| 3 | 224 BAL BAY DR BAL HARBOUR, FL 33154-1313 MIAMI-DADE (Mar 2025 - Aug 2025) Ⓢ | JAMES MICHAEL HOPKINS - 05/##/1983 (42) - 005-86-#### GUADALUPE URBINA PEREZ - 08/##/1993 (32) - 771-76-#### RYAN COHEN - 08/##/1985 (40) - 678-58-#### VAUGHN MATTHEW BRUEGGEMANN - 11/##/1996 (29) - 590-65-#### CANDICE COHEN - 06/##/1989 (36) - 324-49-#### MELISSA IVANA NUTT - 04/##/1998 (27) - 593-75-#### LAURENT OUAZANA - 01/##/1965 (61) - 167-19-#### UGO OUAZANA - 05/##/1997 (28) - 091-35-#### | (305) 904-7291 |
| 4 | 11265 BISCAYNE BLVD UNIT 702 MIAMI, FL 33181-3622 MIAMI-DADE (Aug 2024 - Jul 2025) | OMAR N WADLEY - 06/##/1984 (41) - 081-70-#### FRANCESCA AZZURRA PEDDE - 03/##/1983 (42) - 769-82-#### | |
| 5 | 11265 BISCAYNE BLVD UNIT 70 MIAMI, FL 33181-3621 MIAMI-DADE (Jan 2025 - Apr 2025) | | |
| 6 | 2202 N LOIS AVE APT 3342 TAMPA, FL 33607-2587 HILLSBOROUGH (Jan 2021 - Jul 2025) | | |
| 7 | 11295 BISCAYNE BLVD APT 702 MIAMI, FL 33181-3486 MIAMI-DADE (Nov 2020 - Jun 2025) | | |
| 8 | 9429 HARDING AVE APT SURFSIDE, FL 33154-2803 MIAMI-DADE (Dec 2022 - Dec 2022) Ⓢ | | |
| 9 | 17315 OLD TOBACCO RD LUTZ, FL 33558-4953 HILLSBOROUGH (Nov 2016 - Jun 2024) | SUJAILA J NUTT - 09/##/1968 (57) - 589-17-#### STEPHEN TAREK NUTT - 04/##/1994 (31) - 593-41-#### SUE NUTT - 09/##/1968 (57) - 589-17-#### | |
| 10 | 3131 NE 1ST AVE APT 2614 MIAMI, FL 33137-5367 MIAMI-DADE (Jul 2022 - Jan 2025) | | |

**CHRISTIAN C LERCHBACHER**
Date Last Cohabitation: 02/2019          Confidence: 15%

**CHRISTIAN C LERCHBACHER**

05/##/1977 ( 48)
825-93-####

**Aliases**

| CHRISTIAN C LERCHBACHER - 05/##/1977 (48) - 825-93-#### |
|---|
| CHRISTIAN LERCHPACHER - 05/##/1977 (48) |
| CHRISTIAN LERCHBATHER - 05/##/1977 (48) |

**Addresses**

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 10811 SW 144TH AVE 00000 MIAMI, FL 33186-6637 MIAMI-DADE (Jan 2023 - Jan 2026) | | |
| 2 | 7741 NW 7TH ST APT 205 MIAMI, FL 33126-6114 MIAMI-DADE (Mar 2020 - Oct 2024) | | (786) 327-4819 |
| 3 | 7741 NW 7TH ST APT 2 MIAMI, FL 33126-6112 MIAMI-DADE (Dec 2021 - Dec 2025) | | |
| 4 | 12466 SW 9TH TER 0 MIAMI, FL 33184-2601 MIAMI-DADE (Aug 2020 - Nov 2024) | | (305) 297-4993 |
| 5 | 6520 SW 21ST ST MIAMI, FL 33155-1817 MIAMI-DADE (Apr 2017 - Apr 2020) | MARIA JOSEFA REYES - 12/##/1935 (90) - 771-96-#### JUAN JOSE REYESCASTELLANOS - 05/##/1984 (41) - 767-72-#### | (305) 297-4993 |
| 6 | 652021 SW ST MIAMI, FL 33155 MIAMI-DADE (Jun 2019 - Jun 2019) | | |
| 7 | 16047 COLLINS AVE APT 3204 SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE (Dec 2017 - Feb 2019) ⑤ | | (305) 904-7291 |
| 8 | 6220 SW 21ST ST MIAMI, FL 33155-2057 MIAMI-DADE (Aug 2018 - Aug 2018) | MARIA ELENA FERNANDEZ - 10/##/1943 (82) - 261-06-#### NOHELI ALEXANDR PACHECO - 03/##/1967 (58) - 634-07-#### | (305) 297-4993 |

# Neighbors (4 Found)

4 Neighbor Record(s) found:
10201 COLLINS AVE UNIT 1807W, BAL HARBOUR, FL 33154-1693 MIAMI-DADE (Mar 2022 - Jan 2026)
9429 HARDING AVE UNIT 323, SURFSIDE, FL 33154-2803 MIAMI-DADE (Jun 2021 - Jan 2026)
224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE (Aug 2021 - Oct 2025)
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE (Feb 2008 - Mar 2025)

**10201 COLLINS AVE UNIT 1807W, BAL HARBOUR, FL 33154-1693 MIAMI-DADE**
Dates Seen: 03/2022 - 01/2026

**10201 COLLINS AVE UNIT 1807W, BAL HARBOUR, FL 33154-1693 MIAMI-DADE**

**Addresses**

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 10201 COLLINS AVE UNIT 1802 BAL HARBOUR, FL 33154-1693 MIAMI-DADE (Oct 2017 - Dec 2025) | LUVOMIR BLASKO | (786) 477-5341 (EST) - Residential |
| 2 | 10201 COLLINS AVE UNIT 1802S BAL HARBOUR, FL 33154-1693 MIAMI-DADE (May 2021 - Jan 2026) | LAYA CHANA ZAVDI - 02/##/1988 (38) - 073-74-#### MENACHEM M GAHFI - 09/##/1987 (38) - 116-72-#### ZUZANA BLASKOVA | (718) 755-0809 |
| 3 | 10201 COLLINS AVE UNIT 1803 BAL HARBOUR, FL 33154-1693 MIAMI-DADE (Mar 2022 - Jan 2026) | ANTONIO-ELIAS ZOGBI-NETO | |

**9429 HARDING AVE UNIT 323, SURFSIDE, FL 33154-2803 MIAMI-DADE**
Dates Seen: 06/2021 - 01/2026
⚠ Addressing or letter service.
⚠ US Postal Service.

**9429 HARDING AVE UNIT 323, SURFSIDE, FL 33154-2803 MIAMI-DADE**

Phones

| (305) 904-7291 |
|---|

**Addresses**

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 9429 HARDING AVE STE 324 SURFSIDE, FL 33154-2803 MIAMI-DADE (Jun 2021 - Jan 2026) | SELA A WARD - 07/##/1956 (69) - 426-04-#### HOWARD ELLIOT SHERMAN - 04/##/1955 (70) - 555-80-#### ANABELLA SHERMAN - 05/##/1998 (27) | |
| 2 | 9429 HARDING AVE STE 320 SURFSIDE, FL 33154-2803 MIAMI-DADE (Aug 2019 - Jan 2026) | DANIELA BATTISTA - 03/##/1974 (51) - 090-96-#### | |
| 3 | 9429 HARDING AVE STE 319 SURFSIDE, FL 33154-2803 MIAMI-DADE (Aug 2020 - Jan 2026) | NICOLAS KARRAS - 572-62-#### | |

## 224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE
Dates Seen: 08/2021 - 10/2025

**Residents**

| |
|---|
| JAMES MICHAEL HOPKINS - 05/##/1983 (42) - 005-86-#### |
| GUADALUPE URBINA PEREZ - 08/##/1993 (32) - 771-76-#### |
| RYAN COHEN - 08/##/1985 (40) - 678-58-#### |
| VAUGHN MATTHEW BRUEGGEMANN - 11/##/1996 (29) - 590-65-#### |
| CANDICE COHEN - 06/##/1989 (36) - 324-49-#### |
| MELISSA IVANA NUTT - 04/##/1998 (27) - 593-75-#### |
| LAURENT OUAZANA - 01/##/1965 (61) - 167-19-#### |
| UGO OUAZANA - 05/##/1997 (28) - 091-35-#### |

Phones

| |
|---|
| (305) 904-7291 |

**Addresses**

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 223 BAL BAY DR BAL HARBOUR, FL 33154-1368 MIAMI-DADE (Dec 1990 - Jan 2026) | NATALIE FRAIMAN WOLF - 01/##/1972 (54) - 262-89-#### KAYLEE ITA WOLF - 01/##/2002 (24) - 771-09-#### DANIELLA MALKA WOLF - 01/##/2000 (26) - 589-91-#### JOSHUA RACHAMIM WOLF - 01/##/2006 (20) - 768-52-#### | (269) 279-2821 (EST) - Residential (305) 326-2471 (EST) - Residential (786) 726-7546 (EST) - Residential (305) 866-1196 |
| 2 | 227 BAL BAY DR BAL HARBOUR, FL 33154-1368 MIAMI-DADE (Dec 1990 - Jan 2026) | HELEN THERESA ROTTER 🆔 - 03/##/1928 (97) - 370-26-#### - Death: 10/27/1999 (71) - WAYNE, MI VALERIA UNK VERKHOLAZ - 07/##/1986 (39) - 625-18-#### | |
| 3 | 227 BAL BAY DR STE B BAL HARBOUR, FL 33154-1368 MIAMI-DADE (Apr 2018 - Aug 2025) | MICHAEL E BOGACHEK - 05/##/1979 (46) - 256-85-#### | |

## 16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE
Dates Seen: 02/2008 - 03/2025

Phones

| |
|---|
| (305) 904-7291 |

**Addresses**

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 16047 COLLINS AVE APT 3203 SUNNY ISLES BEACH, FL 33160-5585 MIAMI-DADE (Jul 2005 - Jan 2026) | MEYER MINSKI PATRICIA MINSKI ANA MILENA TAMARA - 07/##/1957 (68) - 595-73-#### | |
| 2 | 16047 COLLINS AVE APT 3202 SUNNY ISLES BEACH, FL 33160-5585 MIAMI-DADE (Feb 2008 - Dec 2025) | JEAN E WARNER - 04/##/1931 (94) - 493-34-#### ANJELA MESH - 05/##/1972 (53) - 093-82-#### | |
| 3 | 16047 COLLINS AVE APT 3201 SUNNY ISLES BEACH, FL 33160-5585 MIAMI-DADE (Jan 2008 - Jan 2026) | ALBERTO C COHEN CARI COHEN FRANCO JEREMY HOIRES FRIEDER S DINETZ - 120-44-#### BRUNA MOI DINETZ VICTORIA HOIRES-COHEN | (786) 319-4559 (EST) - Residential |

224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE

16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE

## Weapon Permits (None Found)

NO RECORDS

## DEA Controlled Substance Licenses (None Found)

NO RECORDS

## Historical Neighbors (4 Found)

**4 Historical Neighbor Record(s) found:**
9429 HARDING AVE UNIT 323, SURFSIDE, FL 33154-2803 MIAMI-DADE (Jun 2021 - Jan 2026)
10201 COLLINS AVE UNIT 1807W, BAL HARBOUR, FL 33154-1693 MIAMI-DADE (Mar 2022 - Jan 2026)
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE (Feb 2008 - Mar 2025)
224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE (Aug 2021 - Oct 2025)

**9429 HARDING AVE UNIT 323, SURFSIDE, FL 33154-2803 MIAMI-DADE**
Dates Seen: 06/2021 - 01/2026
⚠ Addressing or letter service.
⚠ US Postal Service.

Phones

(305) 904-7291

**Addresses**

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 9429 HARDING AVE STE 324 SURFSIDE, FL 33154-2803 MIAMI-DADE (Jun 2021 - Jan 2026) | SELA A WARD - 07/##/1956 (69) - 426-04-#### HOWARD ELLIOT SHERMAN - 04/##/1955 (70) - 555-80-#### ANABELLA SHERMAN - 05/##/1998 (27) | |
| 2 | 9429 HARDING AVE STE 320 SURFSIDE, FL 33154-2803 MIAMI-DADE (Aug 2019 - Jan 2026) | DANIELA BATTISTA - 03/##/1974 (51) - 090-96-#### | |
| 3 | 9429 HARDING AVE STE 319 SURFSIDE, FL 33154-2803 MIAMI-DADE (Aug 2020 - Jan 2026) | NICOLAS KARRAS - 572-62-#### HELENE J HASSO - 11/##/1959 (66) - 565-75-#### | |

**9429 HARDING AVE UNIT 323, SURFSIDE, FL 33154-2803 MIAMI-DADE**

**10201 COLLINS AVE UNIT 1807W, BAL HARBOUR, FL 33154-1693 MIAMI-DADE**
Dates Seen: 03/2022 - 01/2026

**Addresses**

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 10201 COLLINS AVE UNIT 1801S BAL HARBOUR, FL 33154-1693 MIAMI-DADE (Aug 2011 - Aug 2023) | HIZURU SERIZAWA - 576-99-#### MASAHIRO EHARA - 576-99-#### | |
| 2 | 10201 COLLINS AVE UNIT 1802 BAL HARBOUR, FL 33154-1693 MIAMI-DADE (Oct 2017 - Dec 2025) | LUVOMIR BLASKO MARC PALEY - 02/##/1961 (65) | (786) 477-5341 (EST) - Residential |
| 3 | 10201 COLLINS AVE UNIT 1802N BAL HARBOUR, FL 33154-1693 MIAMI-DADE (May 2023 - Jul 2023) | ABRAHAM LANDAU SUSAN LANDAU | |

**10201 COLLINS AVE UNIT 1807W, BAL HARBOUR, FL 33154-1693 MIAMI-DADE**

**16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE**
Dates Seen: 02/2008 - 03/2025

Phones

(305) 904-7291

**Addresses**

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 16047 COLLINS AVE APT 3203 SUNNY ISLES BEACH, FL 33160-5585 MIAMI-DADE (Jul 2005 - Jan 2026) | MEYER MINSKI PATRICIA MINSKI JACOBO MINSKI SERGIO MINSKI - 06/##/1977 (48) - 024-78-#### ANA MILENA TAMARA - 07/##/1957 (68) - 595-73-#### JOE CAPMANY - 266-04-#### | |
| 2 | 16047 COLLINS AVE APT 3202 SUNNY ISLES BEACH, FL 33160-5585 MIAMI-DADE (Feb 2008 - Dec 2025) | JEAN E WARNER - 04/##/1931 (94) - 493-34-#### PRESLEY L WARNER - 10/##/1968 (57) - 088-70-#### ENRIQUE R F KIRCHNER ANJELA MESH - 05/##/1972 (53) - 093-82-#### BERNARDITA HUDSON | |
| 3 | 16047 COLLINS AVE APT 3201 SUNNY ISLES BEACH, FL 33160-5585 MIAMI-DADE (Jan 2008 - Jan 2026) | ALBERTO C COHEN CARI COHEN FRANCO JEREMY HOIRES FRIEDER VICTORIA FRANCO DE COHEN - 03/##/1956 (69) YSI COHEN FRANCO ALBERT H COHEN ⓓ - 12/##/1945 (80) - 458-96-#### - Death: 09/04/2018 (72) - BROWARD, FL | (786) 319-4559 (EST) - Residential |

**16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE**

**224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE**
Dates Seen: 08/2021 - 10/2025

**224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE**

**Residents**

| |
|---|
| JAMES MICHAEL HOPKINS - 05/##/1983 (42) - 005-86-#### |
| GUADALUPE URBINA PEREZ - 08/##/1993 (32) - 771-76-#### |
| RYAN COHEN - 08/##/1985 (40) - 678-58-#### |
| VAUGHN MATTHEW BRUEGGEMANN - 11/##/1996 (29) - 590-65-#### |
| CANDICE COHEN - 06/##/1989 (36) - 324-49-#### |
| MELISSA IVANA NUTT - 04/##/1998 (27) - 593-75-#### |
| LAURENT OUAZANA - 01/##/1965 (61) - 167-19-#### |
| UGO OUAZANA - 05/##/1997 (28) - 091-35-#### |

**Phones**

| |
|---|
| (305) 904-7291 |

**Addresses**

| | Address | Residents | Phones |
|---|---|---|---|
| 1 | 223 BAL BAY DR BAL HARBOUR, FL 33154-1368 MIAMI-DADE (Dec 1990 - Jan 2026) | NATALIE FRAIMAN WOLF - 01/##/1972 (54) - 262-89-#### KAYLEE ITA WOLF - 01/##/2002 (24) - 771-09-#### DANIELLA MALKA WOLF - 01/##/2000 (26) - 589-91-#### JOSHUA RACHAMIM WOLF - 01/##/2006 (20) - 768-52-#### | (269) 279-2821 (EST) - Residential (305) 326-2471 (EST) - Residential (786) 726-7546 (EST) - Residential (305) 866-1196 |
| 2 | 223 BAL BAY DR NA BAL HARBOUR, FL 33154-1368 MIAMI-DADE (Dec 1997 - Jan 2026) | DAVID LAWRENCE WOLF - 02/##/1966 (60) - 266-33-#### JOSEPH N WOLF - 05/##/1998 (27) - 595-75-#### | (305) 866-1196 |
| 3 | 227 BAL BAY DR BAL HARBOUR, FL 33154-1368 MIAMI-DADE (Dec 1990 - Jan 2026) | HELEN THERESA ROTTER ⏻ - 03/##/1928 (97) - 370-26-#### - Death: 10/27/1999 (71) - WAYNE, MI VALERIA UNK VERKHOLAZ - 07/##/1986 (39) - 625-18-#### KINGSLEY DEWITT GRIFFIN - 04/##/1950 (75) IRINA A BOGACHEK - 01/##/2002 (24) - 836-43-#### ERNEST H LUMPKIN - 03/##/1941 (84) - 228-52-#### | |

## FAA Certifications (None Found)

NO RECORDS

## Hunting & Fishing Licenses (None Found)

NO RECORDS

## Firearms & Explosives (None Found)

NO RECORDS

## Aircrafts (None Found)

NO RECORDS

## Watercrafts (4 Found)

**4 Watercraft Record(s) found:**

| | |
|---|---|
| 2021 BRP QUERETARO | 2021 BRP QUERETARO |
| 2021 BRP QUERETARO | 2021 BRP QUERETARO |

**BRP QUERETARO - 01762099**
Registration Number: FL5799SX
State Origin Name: Florida
Expiration Date: 08/04/2024

Status: ACTIVE
Registrate Date: 06/20/2022
Date Last Seen: 06/28/2021

**2021 BRP QUERETARO - 01762099**

**Features**

Length: 132
Propulsion: OTHER
Hull Type: FIBERGLASS
Model Year: 2021

Hull Number: YDV11466J021
Vessel Type: PWC
Use: PLEASURE VESSEL
Class: VESSELS

**Title**

Title Number: 0141709797
Title Status: ORIGINAL - NEW

Title Issued Date: 03/05/2021
Title Type: WATER CRAFT

**Owners**

**MR RYAN COHEN** (MALE)
08/##/1985
Name Type: OWNER
9429 HARDING AVE, SURFSIDE, FL 33154-2803 MIAMI-DADE

678-58-####

---

**BRP QUERETARO - 11407228**
Registration Number: FL5799SX
State Origin Name: Florida
Expiration Date: 08/04/2022

Status: ACTIVE
Registrate Date: 06/28/2021
Date Last Seen: 02/26/2021

**2021 BRP QUERETARO - 11407228**

**Features**

Length: 132
Propulsion: OTHER
Hull Type: FIBERGLASS
Model Year: 2021

Hull Number: YDV11466J021
Vessel Type: PWC
Use: PLEASURE VESSEL
Class: VESSELS

**Title**

Title Number: 0141709797
Title Status: ORIGINAL - NEW

Title Issued Date: 03/05/2021
Title Type: WATER CRAFT

**Owners**

**MR RYAN COHEN** (MALE)
08/##/1985
Name Type: OWNER/REGISTRANT
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE

678-58-####

---

**BRP QUERETARO - 01762096**
Registration Number: FL2926SW
State Origin Name: Florida
Expiration Date: 08/04/2024

Status: ACTIVE
Registrate Date: 06/20/2022
Date Last Seen: 06/28/2021

**2021 BRP QUERETARO - 01762096**

**Features**

Length: 132
Propulsion: OTHER
Hull Type: FIBERGLASS
Model Year: 2021

Hull Number: YDV27979K021
Vessel Type: PWC
Use: PLEASURE VESSEL
Class: VESSELS

**Title**

Title Number: 0140941734
Title Status: ORIGINAL - NEW

Title Issued Date: 12/30/2020
Title Type: WATER CRAFT

**Owners**

**MR RYAN COHEN** (MALE)
08/##/1985
Name Type: OWNER
9429 HARDING AVE, SURFSIDE, FL 33154-2803 MIAMI-DADE

678-58-####

---

**BRP QUERETARO - 11407028**
Registration Number: FL2926SW
State Origin Name: Florida
Expiration Date: 08/04/2022

Status: ACTIVE
Registrate Date: 06/28/2021
Date Last Seen: 12/14/2020

**2021 BRP QUERETARO - 11407028**

**Features**

Length: 132
Propulsion: OTHER
Hull Type: FIBERGLASS
Model Year: 2021

Hull Number: YDV27979K021
Vessel Type: PWC
Use: PLEASURE VESSEL
Class: VESSELS

**Title**

Title Number: 0140941734
Title Status: ORIGINAL - NEW

Title Issued Date: 12/30/2020
Title Type: WATER CRAFT

**Owners**

**MR RYAN COHEN** (MALE)
08/##/1985
Name Type: OWNER/REGISTRANT
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE

678-58-####

## Emails (1 Found)

| | Email | Name | Address |
|---|---|---|---|
| 1 | ERICBENCOHEN@GMAIL.COM | RYAN COHEN | 16047 COLLINS AVE APT 3204 SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE |

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Delvepoint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Delvepoint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

# EXHIBIT F

Case No. 2:24-cv-01042-RFB-DJA



AFFIDAVIT OF INVESTIGATIVE FINDINGS

**Verite Investigations LLC**

**Lic. 3701300326**

United States District Court
District of Nevada

Case No.: 24-cv-01042-RFB-DJA

**ANTHONY MITCHELL**

Plaintiff

v.

**RYAN COHEN an individual, and RC
VENTURES LLC, a Delaware limited
liability company,**

Defendant

## AFFIDAVIT OF RACHELLE DABROWSKI

I, Rachelle Dabrowski, being first duly sworn, state as follows:

1. I am a licensed private investigator and the owner of Verite Investigations LLC, private investigator license number 3701300326. I am bonded and insured and routinely conduct investigative research, including address verification and subject location, for legal proceedings and service of process matters.
2. I was retained to conduct investigative research to identify the current residential address associated with the Defendant Ryan Cohen in the above-captioned matter.
3. I conducted a comprehensive investigative search utilizing licensed investigative databases commonly relied upon by private investigators in the ordinary course of subject location investigations.

*Verite Investigations - office@verite-investigations.com - 800-672-1970*

4. Records obtained during this investigation reflect that the Defendant's current Florida driver's license lists the following residential address:

   **224 Bal Bay Drive**
   **Bal Harbour, Florida 33154**

5. This address is identified in investigative records as the current residential address listed on the Florid driver's license associated with Defendant Ryan Cohen. Motor vehicle records are commonly relied upon by investigators as indicators of a subject's residence because individuals are required by law to maintain accurate address information on their driver's license. (Exhibit A).

6. The information described above and attached as Exhibit A was obtained through investigative databases and public record sources commonly relied upon by professional investigators in the ordinary course of locating individuals for service of process. These records are routinely relied upon by investigators and legal professionals when identifying residential addresses associated with individuals involved in litigation.

7. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: 3/4/2026

*Rachelle Dabrowski*

Rachelle Dabrowski
Licensed Private Investigator
Verite Investigations LLC Lic. 3701300326

Notary Block

State of _Florida_
County of _Brevard_

Subscribed and sworn before me on this _4_ day of _March_, 2026.

Notary Public
My Commission Expires: _3/10/2027_

JOSIAH M. GATTLE
Notary Public - State of Florida
Commission # HH 357964
My Comm. Expires Mar 10, 2027
Bonded through National Notary Assn.

# Exhibit A

## Investigative Address report

**Investigative Address Summary**

Subject: Ryan Cohen
Date of Investigation: March 03, 2026

Findings:

Public record indicators reviewed during the investigation reflect that the Defendant's current Florida driver's license lists the following residential address:

**224 Bal Bay Drive**
**Bal Harbour, Florida 33154**

Prepared by:
Rachelle Dabrowski
Licensed Private Investigator
Verite Investigations LLC Lic. 3701300326

## Current Vehicles (None Found)

NO RECORDS

## Historical Vehicles (None Found)

NO RECORDS

## Drivers Licenses (8 Found)

**8 Driver License Record(s) found:**

| | | |
|---|---|---|
| ############ - (FL) - Current | ############ - (FL) - Historical | ############ - (FL) - Historical |
| ############ - (FL) - Historical | ############ - (FL) - Historical | ############ - (FL) - Historical |
| ############ - (FL) - Historical | ############ - (FL) - Historical | |

---

############ - (FL) - Current
RYAN COHEN (Male)                          678-58-####
08/##/1985 (40)
224 BAL BAY DR, BAL HARBOUR, FL 33154-1313 MIAMI-DADE
Issue Date: 05/05/2022                     Expiration Date: 08/04/2031
Height/Weight: 5' 8"                       License Type: DRIVER LICENSE
Race: WHITE                                Orig Issue Date: 06/12/2013
Name Change: N                             Address Change: N
Issuance: 2                                Non DMV Source: N
License Class: E - Non-Commercial - Regular Operator License
Dates Seen: 05/2022 - 05/2022

*############ - (FL) - Current*

---

############ - (FL) - Historical
RYAN COHEN (Male)                          678-58-####
08/##/1985 (40)
9429 HARDING AVE PMB 323, SURFSIDE, FL 33154-2803 MIAMI-DADE
Issue Date: 05/05/2022                     Expiration Date: 08/04/2031
Height/Weight: 5' 8"                       License Type: DRIVER LICENSE
Race: WHITE                                Orig Issue Date: 06/12/2013
Name Change: N                             Address Change: Y
Issuance: 2                                Non DMV Source: N
License Class: E - Non-Commercial - Regular Operator License
Dates Seen: 05/2022 - 05/2022

*############ - (FL) - Historical*

---

############ - (FL) - Historical
RYAN COHEN (Male)                          678-58-####
08/##/1985 (40)
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE
Issue Date: 09/30/2015                     Expiration Date: 08/04/2023
Height/Weight: 5' 8"                       License Type: RENEWAL
Race: WHITE                                Orig Issue Date: 06/12/2013
Name Change: N                             Address Change: N
OOS Prev DL Number: ############           OOS Prev State: FF
Non DMV Source: N
License Class: E - Non-Commercial - Regular Operator License
Dates Seen: 10/2015 - 10/2015

*############ - (FL) - Historical*

---

############ - (FL) - Historical
RYAN COHEN (Male)                          678-58-####
08/##/1985 (40)
16047 COLLINS AVE APT 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE
Issue Date: 09/30/2015                     Expiration Date: 08/04/2023
Height/Weight: 5' 8"                       License Type: DRIVER LICENSE
Race: WHITE                                Orig Issue Date: 06/12/2013
Name Change: N                             Address Change: Y
Issuance: 2                                Non DMV Source: N
License Class: E - Non-Commercial - Regular Operator License
Dates Seen: 01/2021 - 01/2021

*############ - (FL) - Historical*

---

############ - (FL) - Historical
RYAN COHEN (Male)                          678-58-####
08/##/1985 (40)
16047 COLLINS AVE # 3204, SUNNY ISLES BEACH, FL 33160-5586 MIAMI-DADE
Issue Date: 09/30/2015                     Expiration Date: 08/04/2023
Height/Weight: 5' 8"                       License Type: DRIVER LICENSE
Race: WHITE                                Orig Issue Date: 06/12/2013
Name Change: N                             Address Change: Y
Issuance: 2                                Non DMV Source: N
License Class: E - Non-Commercial - Regular Operator License
Dates Seen: 01/2021 - 03/2021

*############ - (FL) - Historical*

# EXHIBIT G

Case No. 2:24-cv-01042-RFB-DJA

**UNITED STATES POSTAL SERVICE**

February 24, 2026

Dear Letter Stream:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0447 1004 87**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | February 23, 2026, 12:57 pm |
| **Location:** | MIAMI BEACH, FL 33154 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Ryan Cohen |

### Shipment Details

| | |
|---|---|
| **Weight:** | 3.3oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *Maria Castillo* |
| Address of Recipient: | *16201 ...* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT H

Case No. 2:24-cv-01042-RFB-DJA



LetterStream    My Jobs    My Account    🛒[0]    Help    Logout

## My Mailing 02/18/2026

Job #: **13422809**
Quantity: **1**
Mailed On: **02/19/2026**

Delivery Snapshot

## Mailed Recipients

[1 Mailed Recipient]                                                    **Filter**

| AcctNo | Name1 | Name2 | Address 1 | Address 2 | City | State | Zip | Proof | Tracking | Status | Signature |
|--------|-------|-------|-----------|-----------|------|-------|-----|-------|----------|--------|-----------|
| 1 | Ryan Cohen | | P.O. Box 25250 | PMB 30427 | Miami | FL | 33102 | View | Tracking | 🟩🟧⬜ | View |

[1 Mailed Recipient]

--------------------------------------------------

## Removed Recipients

[0 Recipient Were Removed]

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Tracking Number:**

# 9214890142980447099972

Copy    Add to Informed Delivery



### Latest Update

This is a reminder to please pick up your item at the MIAMI, FL 33102 Post Office.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt**
**Reminder to pick up your item**
MIAMI, FL 33102
March 2, 2026

**Available for Pickup**
GENERAL MAIL FACILITY MIAMI
2200 NW 72ND AVE STOP 3
MIAMI FL 33152-9418
M-F 0730-2100; SAT 0830-1400
February 25, 2026, 6:44 am

**Arrived at Post Office**

# EXHIBIT I

Case No. 2:24-cv-01042-RFB-DJA



A M <realanthonymitchell@gmail.com>
to M&A, dbutswinkas, jromanowski, mprebil, sfarina, dgutke, kevans ▼

Wed, Feb 18, 8:09 PM

Counsel,

Pursuant to Fed. R. Civ. P. 4(d), Plaintiff requests that Defendants
Ryan Cohen and RC Ventures LLC waive service of summons in this
matter.
Attached please find:
Complaint
Summons for each Defendant
Notice of Lawsuit and Request to Waive Service (AO 398)
Waiver of Service of Summons (AO 399)
I note that Defendants executed waivers of service in
20230930-DK-Butterfly-1, Inc. v. Cohen et al., Case No. 1:24-cv-05874
(S.D.N.Y.), and I am requesting the same procedural accommodation here
to promote efficiency and avoid unnecessary expense.
Please confirm whether you are authorized to accept service on behalf
of Mr. Cohen and/or RC Ventures LLC, or alternatively to facilitate
execution and return of the enclosed waivers. If the waivers are
returned within the time provided by Rule 4(d), formal service will
not be required. If service is not waived without good cause, Rule
4(d)(2) provides for recovery of the expenses later incurred in making
service.

Please also return any executed waivers by email to this address.

Respectfully,
Anthony Mitchell
Plaintiff, Pro Se

Attachments: Complaint; Summons (Cohen); Summons (RC Ventures LLC); AO
398 (Cohen); AO 399 (Cohen); AO 398 (RC Ventures); AO 399 (RC
Ventures)

···

5 Attachments · Scanned by Gmail ⓘ    ↓    Add all to Drive

| Summons & Com... | Summons & Com... | AO 399.pdf | AO-398 RC Ventu... | AO-398 Cohen.pdf |

# EXHIBIT J

Case No. 2:24-cv-01042-RFB-DJA

**Prebil, Madeline** 📧
to Dane, Steve, me, Jenna, dgutke@efstriallaw.com, kevans@efstriallaw.com, M&A@gamestop.com ▾

Fri, Feb 20, 1:40 PM    ☆    ☺    ↩    ⋮

Good afternoon Mr. Mitchell,

We are not authorized to accept service on behalf of Mr. Cohen and/or RC Ventures LLC.  The defendants have not waived service.

Thanks,
Madeline
•••

_____

**Prebil, Madeline** 📧
to Dane, Steve, me, Jenna, dgutke@efstriallaw.com, kevans@efstriallaw.com, M&A@gamestop.com ▾

Fri, Feb 20, 1:40 PM    ☆    ☺    ↩    ⋮

Good afternoon Mr. Mitchell,

We are not authorized to accept service on behalf of Mr. Cohen and/or RC Ventures LLC.  The defendants have not waived service.

Thanks,
Madeline

# EXHIBIT K

Case No. 2:24-cv-01042-RFB-DJA



**Prebil, Madeline**
to me, Steve

Mon, Mar 2, 4:31 PM

Good evening, Mr. Mitchell,

I write on behalf of RC Ventures LLC seeking your consent for a brief extension of the deadline to respond to your complaint.

As you know, the court docketed a proof of service dated February 24th for RC Ventures LLC.  RC Ventures LLC's response to the complaint is therefore due on March 17th.  The Court, however, afforded you until March 20th to serve Ryan Cohen.

To avoid a fragmented process in which RC Ventures LLC and Mr. Cohen separately respond to your complaint (likewise requiring you to separately reply to their respective motions), RC Ventures LLC plans to move for a short extension that would unify the Cohen Defendants' filing deadlines, if need be.

Specifically, RC Ventures LLC will request that the Court extend its deadline until:  (1) twenty-one days after Mr. Cohen is properly served or if Mr. Cohen is not served, (2) twenty-one days after March 20, 2026.

Please let us know if you consent to this request.

Best,
Madeline

**Madeline C. Prebil**
**Williams & Connolly LLP**
680 Maine Ave, S.W., Washington, DC 20024
202-434-5418 | mprebil@wc.com  www.wc.com

# EXHIBIT L

Case No. 2:24-cv-01042-RFB-DJA

Kelly A. Evans, Esq. (SBN 7691)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
kevans@efsmmlaw.com
dgutke@efsmmlaw.com

Dane H. Butswinkas (*pro hac vice*)
Steven M. Farina (*pro hac vice*)
Madeline C. Prebil (*pro hac vice*)
Jenna L. Romanowski (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. SW
Washington, DC 20024
Telephone: (202) 434-5000
dbutswinkas@wc.com
sfarina@wc.com
mprebil@wc.com
jromanowski@wc.com
*Attorneys for Defendants RC Ventures LLC*
*and Ryan Cohen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY MITCHELL, | Case No. 2:24-cv-01042-RFB-DJA |
| Plaintiff, | **DEFENDANT RC VENTURES LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual, | |
| Defendants. | |

Defendant RC Ventures LLC ("RC Ventures") requests an extension of time to respond to Plaintiff's Complaint until after Plaintiff has served Defendant Ryan Cohen or the final deadline to serve Mr. Cohen has passed.

As to RC Ventures, Plaintiff filed proof of service on February 24, 2026. ECF No. 93. RC Ventures' response to the Complaint is therefore due on March 17, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i). But Plaintiff has yet to serve Mr. Cohen and has until March 20, 2026 to do so. ECF No. 88.

If Plaintiff accomplishes service, the current schedule would require RC Ventures and Mr. Cohen to separately file unique dismissal motions and for Plaintiff to submit distinct responses in short succession—thereby doubling the workload of the Court and the parties. By contrast, unifying the Cohen Defendants' deadline would enable them to file a single, joint motion if Mr. Cohen is properly served.

To avoid a fragmented process with staggered and unnecessarily duplicative briefing, RC Ventures therefore requests the Court extend its response deadline until: (1) twenty-one days after Mr. Cohen is properly served or if Mr. Cohen is never served, (2) twenty-one days after March 20, 2026.

RC Ventures believes that briefing in this manner will streamline issues for resolution, preserve judicial resources, and further all parties' interests. The Cohen Defendants have conferred about this matter with Plaintiff, who does not consent to the requested extension.

**DEFENDANT RC VENTURES LLC'S MOTION FOR EXTENSION OF TIME**

1

Dated: March 3, 2026.        **EVANS FEARS SCHUTTERT MCNULTY MICKUS**


/s/ David W. Gutke
Kelly A. Evans, Esq. (SBN 7691)
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Dane H. Butswinkas (*pro hac vice*)
Steven M. Farina (*pro hac vice*)
Madeline C. Prebil (*pro hac vice*)
Jenna L. Romanowski (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Ave. SW
Washington, DC 20024

*Attorneys for Defendants RC Ventures LLC*

**DEFENDANT RC VENTURES LLC'S MOTION FOR EXTENSION OF TIME**

2

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 3, 2026, a true and correct copy of the foregoing **DEFENDANT RC VENTURES LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was served electronically on all counsel of record and Plaintiff Anthony Mitchell via CM-ECF.

/s/ Faith Radford
An employee of Evans Fears Schuttert McNulty Mickus

**DEFENDANT RC VENTURES LLC'S MOTION FOR EXTENSION OF TIME**

3

# EXHIBIT M

Case No. 2:24-cv-01042-RFB-DJA

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| 20230930-DK-BUTTERFLY-1, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   24-cv-5874 (NRB) |
| RYAN COHEN and RC VENTURES LLC | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   James A. Hunter
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from            08/05/2024            , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:       08/13/2024

*Signature of the attorney or unrepresented party*

| Ryan Cohen | Maxwell G. Dillan |
|---|---|
| *Printed name of party waiving service of summons* | *Printed name* |
| | Wollmuth Maher & Deutsch LLP |
| | 500 Fifth Avenue |
| | New York, New York 10110 |
| | *Address* |
| | mdillan@wmd-law.com |
| | *E-mail address* |
| | (212) 382-3300 |
| | *Telephone number* |

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| 20230930-DK-BUTTERFLY-1, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 24-cv-5874 (NRB) |
| RYAN COHEN and RC VENTURES LLC | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: James A. Hunter
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____08/05/2024_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____08/13/2024____

_____
*Signature of the attorney or unrepresented party*

RC Ventures LLC
_____
*Printed name of party waiving service of summons*

Maxwell G. Dillan
*Printed name*

Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
*Address*

mdillan@wmd-law.com
*E-mail address*

(212) 382-3300
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# EXHIBIT N

Case No. 2:24-cv-01042-RFB-DJA

 Help

 

Menu

English ⌄

| ADDRESS | OWNER NAME | SUBDIVISION NAME | FOLIO |

**SEARCH:** 111 NW 1 St
224 bal bay drive ✕      Suite      | 🔍      **Back to Search Results**

## PROPERTY INFORMATION ⓘ

**Folio:** 12-2226-002-2190

**Sub-Division:**
BAL HARBOUR RESIDENTAL SEC IN SUB 002

**Property Address**
224 BAL BAY DR

**Owner**
BARRY M BRANT TRS
HONEYBELL TRUST

**Mailing Address**
224 BAL BAY DR
BAL HARBOUR, FL 33154

**PA Primary Zone**
1100 SGL FAMILY - 2301-2500 SQ

**Primary Land Use**
0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT

| Beds / Baths /Half | 8 / 9 / 0 |
| Floors | 3 |
| Living Units | 1 |
| Actual Area | 13,927 Sq.Ft |
| Living Area | 11,338 Sq.Ft |
| Adjusted Area | 11,628 Sq.Ft |
| Lot Size | 20,102.5 Sq.Ft |

**Year Built** 2018



| | 🔍+ | 🔍− | 📝 | ⬚ | ↻ | ⬈ | 🔓 ZOOM | Map View ▾ | Layers ▾ |

2025 Aerial Photography

60 ft

---

**Featured Online Tools**

| | | |
|---|---|---|
| Comparable Sales | Glossary | PA Additional Online Tools |
| Property Record Cards | Property Search Help | Property Taxes |
| Report Discrepancies | Report Homestead Fraud | Special Taxing Districts and Other Non-Ad valorem Assessments |
| Tax Comparison | Tax Estimator | TRIM Notice |
| Value Adjustment Board | Tax Visualizer | |

---

## ASSESSMENT INFORMATION ⓘ

| Year | 2025 | 2024 | 2023 |
|---|---|---|---|
| Land Value | $14,574,312 | $13,066,205 | $12,564,555 |
| Building Value | $12,569,868 | $12,703,590 | $12,837,312 |
| Extra Feature Value | $143,608 | $145,110 | $146,606 |

| | | | |
|---|---|---|---|
| **Market Value** | $27,287,788 | $25,914,905 | $25,548,473 |
| **Assessed Value** | $29,967,306 | $21,056,663 | $20,443,363 |

## TAXABLE VALUE INFORMATION ⓘ

| Year | 2025 | 2024 | 2023 |
|---|---|---|---|
| **COUNTY** | | | |
| Exemption Value | $50,722 | $50,000 | $50,000 |
| Taxable Value | $21,616,584 | $21,006,663 | $20,393,363 |
| **SCHOOL BOARD** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $21,642,306 | $21,031,663 | $20,418,363 |
| **CITY** | | | |
| Exemption Value | $50,722 | $50,000 | $50,000 |
| Taxable Value | $21,616,584 | $21,006,663 | $20,393,363 |
| **REGIONAL** | | | |
| Exemption Value | $50,722 | $50,000 | $50,000 |
| Taxable Value | $21,616,584 | $21,006,663 | $20,393,363 |

## BENEFITS INFORMATION ⓘ

| Benefit | Type | 2025 | 2024 | 2023 |
|---|---|---|---|---|
| Save Our Homes Cap | Assessment Reduction | $5,620,482 | $4,858,242 | $5,105,110 |
| Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Second Homestead | Exemption | $25,722 | $25,000 | $25,000 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

## FULL LEGAL DESCRIPTION ⓘ

PB 44-98

BAL HARBOUR RESIDENTIAL SEC

LOT 6 BLK 12

AND PROP INT IN & TO COMMON

ELEMENTS NOT DEDICATED TO PUBLIC

LOT SIZE 93.500 X 215

OR 12391-2430 0185 4

COC 26534-1524 08 2008 1

## SALES INFORMATION ⓘ

| Previous Sale | Price | OR Book-Page | Qualification Description | Previous Owner 1 | Previous Owner 2 |
|---|---|---|---|---|---|
| 09/01/1984 | $240,000 | 99999-9999 | Other disqualified | | |
| 10/20/2020 | $23,900,000 | 32162-1727 | Qual by exam of deed | US PLO 224 LLC | |
| 06/27/2019 | $24,000,000 | 31518-1454 | Qual by exam of deed | 9425 MIAMI REAL ESTATE LLC | C/O POLSKY HOLDINGS INC |
| 06/17/2013 | $7,500,000 | 28689-3210 | Qual by exam of deed | BAL HARBOUR NO 1 LLC | |
| 08/01/2008 | $6,500,000 | 26534-1524 | Sales which are qualified | | |
| 12/01/2005 | $6,000,000 | 24123-4458 | Sales which are qualified | | |
| 10/01/2003 | $4,140,000 | 21738-3696 | Sales which are qualified | | |

For more information about the Department of Revenue's Sales Qualification Codes.

| 2025 | 2024 | 2023 |
|---|---|---|

## LAND INFORMATION ⓘ

| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
|---|---|---|---|---|---|

| GENERAL | R-1 | 1100 - SGL FAMILY - 2301-2500 SQ | Square Ft. | 20,102.50 | $14,574,312 |
|---|---|---|---|---|---|

## BUILDING INFORMATION ⓘ

| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
|---|---|---|---|---|---|---|
| 1 | 1 | 2018 | 13,927 | 11,338 | 11,628 | $12,569,868 |

🖌 Current Building Sketches Available

## EXTRA FEATURES ⓘ

| Description | Year Built | Units | Calc Value |
|---|---|---|---|
| Dock - Wood Girders on Concrete Pilings | 2018 | 625 | $18,000 |
| Chain-link Fence 4-5 ft high | 2018 | 175 | $1,680 |
| Glass fences in backyard applications | 2018 | 85 | $5,712 |
| Aluminum Modular Fence | 2018 | 175 | $5,712 |
| Patio - Brick, Tile, Flagstone | 2018 | 850 | $8,789 |
| Patio - Marble | 2018 | 535 | $6,035 |
| Patio - Wood Deck | 2018 | 250 | $1,680 |
| Luxury Pool - Better | 2018 | 1 | $96,000 |

## ADDITIONAL INFORMATION

 * The information listed below is not derived from the Property Appraiser's Office records. It is provided for convenience and is derived from other government agencies.

### LAND USE AND RESTRICTIONS

| | | | |
|---|---|---|---|
| **Community Development District:** | NONE | **Community Redevelopment Area:** | NONE |
| **Empowerment Zone:** | NONE | **Enterprise Zone:** | NONE |
| **Urban Development:** | INSIDE URBAN DEVELOPMENT BOUNDARY | **Zoning Code:** | R-1-SINGLE FAMILY RESIDENCE 1 |
| **Existing Land Use:** | 13-Single-Family, Low-Density (Under 2 DU/Gross Acre). | Government Agencies and Community Services | |

### OTHER GOVERNMENTAL JURISDICTIONS

| | | | |
|---|---|---|---|
| Business Incentives | Childrens Trust | City of Bal Harbour | Environmental Considerations |
| Florida Inland Navigation District | Septic - Well: Property List (MDC) | Septic - Well: Septic GIS Points (DOH) | Septic - Well: Well GIS Points (DOH) |
| PA Bulletin Board | Special Taxing District and Other Non-Ad valorem Assessment | School Board | South Florida Water Mgmt District |
| Tax Collector | | | |

The information contained herein is for ad valorem tax assessment purposes only. The Property Appraiser of Miami-Dade County is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser of Miami-Dade County and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at https://www.miamidadepa.gov/pa/disclaimer.page

For inquiries and suggestions email us at Contact Form.

Version: 2.1.0



## Help & Support

Privacy Statement

Disclaimer

Accessibility

© 2025 Property Appraiser of Miami-Dade County. All rights reserved.

## Key Services

Property Search

Homestead Exemption

Save Our Homes

Changing Your Property Information

Common Forms

## Connect with Us

News & Events

Contact Us

Public Records Requests

Careers

Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

# EXHIBIT O

Case No. 2:24-cv-01042-RFB-DJA

# RECORD

## NAVIGATION MENU ☰

## CFN DETAILS

### Clerk's File: 2020 R 610477, Group:1

| | |
|---|---|
| **Rec Book/Page:** | **Rec Date:** |
| 32162/1727 | 10/23/2020 |
| **Document Type:** | **Page(s):** |
| DEED - DEE | 2 |
| **Entry Date:** | **Orig. CFN No.:** |
| 1/1/1900 | N/A |
| **Orig. Book/Page:** | **Misc Reference:** |
| N/A | N/A |
| **Legal Description:** | **Subdivision Name:** |
| LOT 6 | RESIDENTIAL SECTION OF BAL HARBOUR |
| **Folio No.:** | **Plat Book/Page:** |
| N/A | 44/980 |
| **Block No.:** | **Township:** |
| 12 | N/A |
| **Range:** | **Section:** |
| N/A | N/A |
| **Address:** | |
| N/A | |

### Parties:

| Party Name: | Party Type: |
|---|---|
| US PLO 224 LLC | Direct |
| HONEYBELL TRUST UNDER AGREEMENT DATED OCTOBER 12 2020 | Reverse |
| BRANT BARRY M TRS | Reverse |

# EXHIBIT P

Case No. 2:24-cv-01042-RFB-DJA

# RECORD

## NAVIGATION MENU



## CFN DETAILS

### Clerk's File: 2024 R 948914, Group:1

| | |
|---|---|
| **Rec Book/Page:**<br>34542/3554 | **Rec Date:**<br>12/19/2024 |
| **Document Type:**<br>DEED - DEE | **Page(s):**<br>2 |
| **Entry Date:**<br>1/1/1900 | **Orig. CFN No.:**<br>N/A |
| **Orig. Book/Page:**<br>N/A | **Misc Reference:**<br>N/A |
| **Legal Description:**<br>UNIT 1807W | **Subdivision Name:**<br>OCEANA BAL HARBOUR CONDO |
| **Folio No.:**<br>1222260502240 | **Plat Book/Page:**<br>28907/932 |
| **Block No.:**<br>N/A | **Township:**<br>N/A |
| **Range:**<br>N/A | **Section:**<br>N/A |

**Address:**

10201 COLLINS AVE 1807

### Parties:

| Party Name: | Party Type: |
|---|---|
| ANAMCARA TRUST | Direct |
| COHEN CANDICE | Reverse |
| COHEN RYAN | Reverse |
| BRANT BARRY M | Direct |

# EXHIBIT Q

Case No. 2:24-cv-01042-RFB-DJA

Advertisement

 

Sign in          Subscribe

SOUTH FLORIDA

# Lawsuit alleges Harding Realty cut out of $24M Bal Harbour sale, reveals Chewy founder as alleged buyer

Suit seeks half the nearly $1.2M commission for allegedly bringing the buyers





*Dina Goldentayer, Ryan Cohen and the Bal Bay Drive home (Credit: Kris Tamburello/Douglas Elliman)*

**By Katherine Kallergis**

**Research by Jerome Dineen**

*NOV 10, 2020, 9:32 AM PST*

**UPDATED, Nov. 11, 4:53 p.m.:** The alleged buyer's brokerage in a nearly $24 million sale of a waterfront Bal Harbour mansion is suing the seller's brokerage, alleging that it was cut out of the deal.

Harding Realty's lawsuit against Douglas Elliman, filed in Miami-Dade Circuit Court in late October, also reveals the alleged identity of the buyers of the Bal Bay Drive home: Chewy founder Ryan Cohen and his wife Candice Cohen. Cohen sold the online pet retailer to PetSmart in 2017 for $3.35 billion.

The lawsuit alleges that the Cohens acquired the 11,338-square-foot mansion, with eight bedrooms and nine bathrooms, through a trust in October for $23.9 million. A company managed by Laurent and Pascale Ouazana sold the property

to a trust managed by accountant Barry Brant. Laurant is CEO of Entoria, a French insurance brokerage. Elliman's Dina Goldentayer brokered the deal.

Harding Realty is suing Douglas Elliman for half of the 5 percent commission. The lawsuit alleges that Harding Realty agent Moshe Goldshtein registered the buyers with the seller's broker, Elliman, to lock in Harding Realty's 2.5 percent commission. He identified the buyers by name and Harding Realty as the "procuring broker" in an email dated Sept. 16, according to the suit. The Bal Harbour property was not on the market at the time.

The 5 percent commission is nearly $1.2 million, which means Harding is seeking close to $600,000 from Elliman and Goldentayer. The lawsuit alleges breach of contract and unjust enrichment.

Douglas Elliman, Harding Realty, Goldshtein and Goldentayer all declined to comment.

Enter Your Email    SIGN UP

READ MORE

The lawsuit alleges that the property hit the Multiple Listing Service about two-and-a-half weeks after Goldshtein shared the property with the buyers. Four days after it was listed on the MLS, the sale was pending.

"Undoubtedly, the sale and purchase of the Property was consummated as a result of the Plaintiff/Procuring Broker's bringing the Buyers to the seller/Seller's Broker," the lawsuit alleges.

Ryan Cohen remained CEO of Chewy following the sale to PetSmart, but stepped down in March 2018. He has said that he's the largest individual shareholder of Apple, with 1.55 million shares of the tech giant, now 6.2 million split-adjusted shares, according to MarketWatch. His Apple shares were worth more than $727 million on Tuesday.

The Ouzanas, who sold the property, moved to Allison Island, where they paid $12.5 million last month for a spec home built by One Thousand Museum co-developer Gregg Covin.

The lawsuit adds to a number of commission-related lawsuits filed in recent months in South Florida. Last month, Rose Bauer and her company Rivero Real Estate alleged that brokers Dora Puig and Mayi de la Vega went behind her back to deprive her of a 5 percent commission of $520,000 from the sale of a Fisher Island condo.

*This article has been updated to reflect that while the lawsuit alleges that the Cohens are the buyers, counsel for the trust that purchased the property denies that.*

COMPANIES AND PEOPLE

Douglas Elliman

TAGS

Bal Harbour     Dina Goldentayer     Real Estate Lawsuits

---

## Top stories delivered to your inbox

**FEATURED**

☐ COURT REPORT

☐ BREAKING NEWS

**WEEKLY**

☐ NATIONAL

☐ CHICAGO

VIEW ALL NEWSLETTERS

Enter Your Email                    SIGN UP

# EXHIBIT R

Case No. 2:24-cv-01042-RFB-DJA

Notice of Federal Lawsuit — Mitchell v. Cohen, Case No. 2:24-cv-01042-RFB-DJA (D. Nev.)

**A M** <realanthonymitchell@gmail.com>
to ERICBENCOHEN

10:32 PM (0 minutes ago)

Mr. Cohen,

My name is Anthony Mitchell. I am the plaintiff in Mitchell v. Cohen,
Case No. 2:24-cv-01042-RFB-DJA, pending in the United States District
Court for the District of Nevada.

I am writing to notify you that a Complaint and Summons have been
issued naming you as a defendant in this action.

Copies of the Complaint and Summons have been mailed to addresses
associated with you.

Your attorneys at Williams & Connolly LLP have been notified of this matter.

If you have questions, please contact your counsel.

Respectfully,
Anthony Mitchell
Pro Se Plaintiff
Case No. 2:24-cv-01042-RFB-DJA
United States District Court, District of Nevada

---

**One attachment** · Scanned by Gmail (i)    Add to Drive

Summons & Com...

← Reply     → Forward

# EXHIBIT S

Case No. 2:24-cv-01042-RFB-DJA


**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

For Release

# GameStop CEO Ryan Cohen to Pay Nearly $1 Million Penalty to Settle Antitrust Law Violation

September 18, 2024

**Tags:** Competition | Bureau of Competition | Nonmerger | Hart-Scott-Rodino Act (HSR) | Retail

Today, the Federal Trade Commission announced that Ryan Cohen, managing partner of RC Ventures, LLC, and Chairman and CEO of GameStop Corp., will pay a $985,320 civil penalty to settle charges that his acquisition of Wells Fargo & Company (Wells Fargo) shares violated the Hart-Scott-Rodino (HSR) Act.

According to the complaint, Cohen, who is also the founder and former CEO of Chewy, Inc., acquired more than 562,000 Wells Fargo voting securities resulting in aggregated holdings of Wells Fargo securities that exceeded HSR filing thresholds. Cohen's purchase triggered an obligation to file an HSR form with federal antitrust agencies and wait before completing the acquisition. Yet Cohen failed to do so, which violated the HSR Act, according to the complaint.

The HSR Act requires companies and individuals to report large transactions, including securities acquisitions, over a certain threshold to the FTC and DOJ so that the federal agencies can investigate the deals before they close. The agencies have 30 days after a transaction has been reported to conduct an initial investigation and file a "second request" demand for additional information. It is generally illegal to finalize an acquisition during this investigatory period. The maximum civil penalty for an HSR violation at the time Cohen made the corrective filing was currently $43,792 per day.

According to the complaint, Cohen's acquisition of Wells Fargo voting securities was not exempt under the Investment-Only Exemption of the HSR Act, even though his holding represented less than

10 percent of the outstanding voting securities of Wells Fargo.

When acquiring the Wells Fargo shares Cohen intended to influence Wells Fargo's business decisions as evidenced by Cohen's emails when he advocated for a board seat. After acquiring the shares, Cohen proceeded to have periodic communications with Wells Fargo's leadership regarding suggestions to improve Wells Fargo's business and to advocate for a potential board seat, according to the complaint.

The Commission vote to accept the settlement and refer the matter to the Department of Justice for filing was 5-0. The Department of Justice filed the complaint and proposed stipulated order on the FTC's behalf in the U.S. District Court for the District of Columbia.

As required by the Tunney Act, the proposed settlement, along with a competitive impact statement, will be published in the Federal Register. Any person may submit written comments concerning the proposed settlement during a 60-day comment period to Maribeth Petrizzi, Special Attorney, United States, c/o Federal Trade Commission, 600 Pennsylvania Avenue, NW, Washington, DC 20580 bccompliance@ftc.gov. At the conclusion of the 60-day comment period, the U.S. District Court for the District of Columbia may approve the proposed settlement upon finding that it is in the public interest.

The Federal Trade Commission works to promote competition, and to protect and educate consumers. The FTC will never demand money, make threats, tell you to transfer money, or promise you a prize. You can learn more about how competition benefits consumers, file an antitrust complaint, or comment on a proposed merger. For the latest news and resources, follow the FTC on social media, subscribe to press releases, and read our blog.

## Contact Information

## Media Contacts

Victoria Graham
Office of Public Affairs
415-848-5121

Mitchell J. Katz
Office of Public Affairs
202-257-3814

# EXHIBIT T

Case No. 2:24-cv-01042-RFB-DJA

## Entity Information

### Entity Information

**Entity Name:**

GAMESTOP, INC.

**Entity Number:**

C16816-1999

**Entity Type:**

Foreign Corporation (80)

**Entity Status:**

Active

**Formation Date:**

07/07/1999

**NV Business ID:**

NV19991308940

**Termination Date:**

**Annual Report Due Date:**

7/31/2026

**Compliance Hold:**

**Domicile Name:**

**Jurisdiction:**

Minnesota

## Registered AGENT INFORMATION

**Name of Individual or Legal Entity:**

C T CORPORATION SYSTEM**

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20191497453

**Office or Position:**

**Jurisdiction:**

DELAWARE

**Street Address:**

701 S CARSON ST STE 200, Carson City, NV, 89701, USA

**Mailing Address:**

## OFFICER INFORMATION

☐ View Historical Data

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Secretary | MARK ROBINSON | 625 WESTPORT PARKWAY, Grapevine, TX, 76051, USA | 06/21/2023 | Active |

**Page 1 of 1, records 1 to 1 of 1**

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 15,000,000 | 0.010000000000 |

**Page 1 of 1, records 1 to 1 of 1**

○ Unlimited Foreign Entities Only

○ No Stock Foreign Entities Only

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**150,000**

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results

# EXHIBIT U

Case No. 2:24-cv-01042-RFB-DJA

**UNITED STATES POSTAL SERVICE**

March 17, 2026

Dear anthony mitchell:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 4298 0462 8869 53**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered to Agent, Left with Individual |
| **Status Date / Time:** | March 16, 2026, 3:45 pm |
| **Location:** | MIAMI BEACH, FL 33154 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | Ryan Cohen |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3.3oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: (Authorized Agent) | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT V

Case No. 2:24-cv-01042-RFB-DJA



## Cohen Bal Harbor

Job #: **13535555**
Quantity: **1**
Mailed On: **03/09/2026**

Delivery Snapshot

### Mailed Recipients
[1 Mailed Recipient]

Filter

| AcctNo | Name1 | Name2 | Address 1 | Address 2 | City | State | Zip | Proof | Tracking | Status | Signature |
|--------|-------|-------|-----------|-----------|------|-------|-----|-------|----------|--------|-----------|
| 1 | Ryan Cohen | | 224 BAL BAY DR | | BAL HARBOUR | FL | 33154 | View | Tracking | ▦ | View |

[1 Mailed Recipient]

### Removed Recipients
[0 Recipient Were Removed]

| AcctNo | Name1 | Name2 | Address 1 | Address 2 | City | State | Zip | Proof | Tracking | Status | Signature |
|--------|-------|-------|-----------|-----------|------|-------|-----|-------|----------|--------|-----------|

[0 Recipient Were Removed]

Back to Jobs    Review Inserts





tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9214890142980462886953

Anytime, Anywhere    automated notifications on your packages

Remove ✕

**Tracking Number:**
**9214890142980462886953**

Copy    Add to Informed Delivery

**Latest Update**

Your item has been delivered to an agent and left with an individual at the address at 3:45 pm on March 16, 2026 in MIAMI BEACH, FL 33154.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivered to Agent**
Delivered to Agent, Left with Individual
MIAMI BEACH, FL 33154
March 16, 2026, 3:45 pm

**Out for Delivery**
MIAMI BEACH, FL 33154
March 14, 2026, 6:10 am

**Arrived at Post Office**
MIAMI BEACH, FL 33141
March 14, 2026, 4:51 am

**Arrived at USPS Facility**
MIAMI BEACH, FL 33154
March 14, 2026, 4:34 am

**Arrived at USPS Regional Destination Facility**
OPA LOCKA FL DISTRIBUTION CENTER
March 13, 2026, 10:37 pm

**Departed USPS Facility**
MEMPHIS, TN 38114
March 13, 2026, 7:50 pm

**In Transit to Next Facility**
March 13, 2026

**Arrived at USPS Facility**
MEMPHIS, TN 38114
March 12, 2026, 2:46 am

**In Transit to Next Facility**
March 11, 2026, 9:16 am

**Departed USPS Regional Facility**
PHOENIX AZ DISTRIBUTION CENTER
March 10, 2026, 11:55 pm

**Arrived at USPS Regional Origin Facility**
PHOENIX AZ DISTRIBUTION CENTER
March 10, 2026, 8:57 am