Kelly A. Evans, Esq. (SBN 7691)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
kevans@efsmmlaw.com
dgutke@efsmmlaw.com

Dane H. Butswinkas (*pro hac vice*)
Steven M. Farina (*pro hac vice*)
Madeline C. Prebil (*pro hac vice*)
Jenna L. Romanowski (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. SW
Washington, DC 20024
Telephone: (202) 434-5000
dbutswinkas@wc.com
sfarina@wc.com
mprebil@wc.com
jromanowski@wc.com
*Attorneys for Defendants RC Ventures LLC*
*and Ryan Cohen*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL, | **Case No. 2:24-cv-01042-RFB-DJA** |
| Plaintiff, | |
| v. | **DEFENDANT RYAN COHEN'S OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS** |
| RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual, | |
| Defendants. | |

This Court made itself clear in its Order dated February 4, 2026.  "Plaintiff has shown good cause for his requested, forty-five day extension of the deadline for service."  ECF No. 88 at 5. "Plaintiff shall have until March 20, 2026, to accomplish service on Cohen and RC Ventures."  *Id.* at 6.  "This will be Plaintiff's last extension of this deadline."  *Id.* at 5.  That generous extension granted Plaintiff Anthony Mitchell collectively more than a *year-and-a-half* to serve Ryan Cohen and RC Ventures LLC.  *See* ECF No. 7 (docketed June 26, 2024).

But March 20, 2026, has come and gone.  Although Mitchell served RC Ventures, *see* ECF No. 93, Mitchell failed to serve Cohen before his ample window to do so expired.  Nothing in Mitchell's motion, his *fifth* request to be excused from his obligation to serve Cohen, alters this reality.  Mitchell's latest bid for alternative service—filed 41 days after the Court granted his requested extension and a mere three days before that extension expired—provides no basis for the Court to retreat from the schedule to which it unequivocally bound the parties on February 4, 2026.  Instead, it entices the Court to cede to yet further unjustified delays.

Because Mitchell failed to achieve timely and proper service upon Cohen, Cohen respectfully requests that this Court effectuate its Order, ECF No. 88, deny Mitchell's motion, ECF No. 96, and dismiss Cohen from the case with prejudice.

Dated: March 24, 2026.

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ David W. Gutke*
Kelly A. Evans, Esq. (SBN 7691)
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Dane H. Butswinkas (*pro hac vice*)
Steven M. Farina (*pro hac vice*)
Madeline C. Prebil (*pro hac vice*)
Jenna L. Romanowski (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Ave. SW
Washington, DC 20024

*Attorneys for Defendants RC Ventures LLC and Ryan Cohen*

1

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned, hereby certify that on March 24, 2026, a true and correct copy of the foregoing **DEFENDANT RYAN COHEN'S OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE OF PROCESS** was served electronically on all counsel of record and Plaintiff Anthony Mitchell via CM-ECF.

*/s/ Faith Radford*
An employee of Evans Fears Schuttert McNulty Mickus

2