# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

Anthony Mitchell,

        Plaintiff,

    v.

Ryan Cohen, et al.,

        Defendants.

Case No. 2:24-cv-01042-RFB-DJA

**Order**

Before the Court are Plaintiff's three motions for leave to file documents electronically. (ECF No. 99, 102, 104). Under Local Rule IC 2-1(b), a *pro se* litigant may request the court's authorization to register as a filer in a specific case. Plaintiff appears to have access to a word processing program. Because the Court finds that Plaintiff is capable of filing electronically, it grants the most recent motion (ECF No. 104) and denies the prior two as moot (ECF Nos. 99, 102).

**IT IS THEREFORE ORDERED** that Plaintiff's motion to file electronically (ECF No. 104) is **granted** and his other two motions seeking the same relief (ECF Nos. 99, 102) are **denied as moot.**

**IT IS FURTHER ORDERED** that Plaintiff must: (1) obtain a PACER account; (2) be familiar with the Local Rules for the Electronic Filing procedures in the District of Nevada; and (3) complete the e-filing registration for the District of Nevada through Manage PACER Account. Links to these items are available at https://www.nvd.uscourts.gov/e-filing-permission/.

DATED: April 3, 2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE