Anthony Mitchell

618 Painted Opus Place

North Las Vegas, Nevada 89084

Telephone: (702) 884-0472

X FILED          RECEIVED
ENTERED          SERVED ON

04/02/2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANTHONY MITCHELL, | Case No.: |
|---|---|
| Pro Se | 2:24-cv-01042-RFB-DJA |
| Plaintiff, | |
| v. | NOTICE OF CLARIFICATION |
| RYAN COHEN, an individual; and RC | REGARDING DUPLICATE |
| VENTURES LLC, a Delaware limited | DOCKET ENTRIES |
| liability company, | |
| Defendants. | |

NOTICE OF CLARIFICATION REGARDING DUPLICATE DOCKET ENTRIES

Plaintiff Anthony Mitchell, proceeding pro se, respectfully submits this Notice to clarify certain duplicate entries on the docket.

Due to the Clerk's Office not responding to Plaintiff's initial email submission, Plaintiff re-submitted the same documents by email a second time and subsequently filed them in person at the Clerk's Office. This resulted in the

following duplicate entries that may be disregarded:

ECF No. 101 (filed April 1, 2026) -- First Amended Complaint (duplicate of ECF No. 100) ECF No. 102 (filed April 1, 2026) -- Motion for Pro Se Litigant to File Electronically (duplicate of ECF No. 99) ECF No. 103 (filed April 1, 2026) -- First Amended Complaint (duplicate of ECF No. 100) ECF No. 104 (filed April 2, 2026) -- Motion for Pro Se Litigant to File Electronically (duplicate of ECF No. 99)

The operative filings are:

ECF No. 99 (filed March 30, 2026) -- Motion for Pro Se Litigant to File Electronically ECF No. 100 (filed March 30, 2026) -- First Amended Complaint

Plaintiff respectfully requests that the Clerk of Court strike or otherwise disregard ECF Nos. 101, 102, 103, and 104 as duplicates. Plaintiff apologizes for any inconvenience and represents that this will not recur.

DATED: April 2, 2026

Respectfully submitted,

/s/ Anthony Mitchell

Anthony Mitchell

618 Painted Opus Place

North Las Vegas, Nevada 89084 Telephone: (702) 884-0472 Email:

RealAnthonyMitchell@gmail.com

Pro Se Plaintiff

NOTICE OF CLARIFICATION REGARDING DUPLICATE DOCKET ENTRIES

CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, I served the foregoing Notice of Clarification Regarding Duplicate Docket Entries on all appearing counsel of record by the following methods:

(1) By electronic mail (email) to counsel for Defendants; and

(2) By U.S. first-class mail, postage prepaid, to counsel for Defendants at the address of record.

I further certify that on the same date I transmitted the foregoing Notice of Clarification Regarding Duplicate Docket Entries to the Clerk of Court by electronic mail (email) for filing.

Dated: April 2, 2026

/s/ Anthony Mitchell

Anthony Mitchell, Pro Se

North Las Vegas, Nevada 89084

Tel: (702) 884-0472 Email: RealAnthonyMitchell@gmail.com

NOTICE OF CLARIFICATION REGARDING DUPLICATE DOCKET ENTRIES