Kelly A. Evans, Esq. (SBN 7691)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
kevans@efsmmlaw.com
dgutke@efsmmlaw.com

Dane H. Butswinkas (*pro hac vice*)
Steven M. Farina (*pro hac vice*)
Madeline C. Prebil (*pro hac vice*)
Jenna L. Romanowski (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. SW
Washington, DC 20024
Telephone: (202) 434-5000
dbutswinkas@wc.com
sfarina@wc.com
mprebil@wc.com
jromanowski@wc.com
*Attorneys for Defendants RC Ventures LLC*
*and Ryan Cohen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY MITCHELL, | Case No. 2:24-cv-01042-RFB-DJA |
| Plaintiff, | **DEFENDANTS RC VENTURES LLC'S AND RYAN COHEN'S MOTION TO WITHDRAW MADELINE C. PREBIL AS COUNSEL OF RECORD AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT** |
| v. | |
| RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual, | |
| Defendants. | |

Pursuant to Local Rule IA 11-6(b), Defendants RC Ventures LLC and Ryan Cohen (collectively, "the Cohen Defendants"), by and through its undersigned counsel, respectfully request leave of the Court to withdraw Madeline C. Prebil as counsel of record.

Dated: May 20, 2026.            **EVANS FEARS SCHUTTERT MCNULTY MICKUS**

/s/ David W. Gutke
Kelly A. Evans, Esq. (SBN 7691)
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Dane H. Butswinkas (*pro hac vice*)
Steven M. Farina (*pro hac vice*)
Madeline C. Prebil (*pro hac vice*)
Jenna L. Romanowski (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. SW
Washington, DC 20024

*Attorneys for Defendants RC Ventures LLC
and Ryan Cohen*

1

## MEMORANDUM OF POINTS AND AUTHORITIES

Madeline C. Prebil appeared on behalf of the Cohen Defendants in her capacity as an associate for Williams & Connolly LLP.  Ms. Prebil's employment with Williams & Connolly LLP will end on May 26, 2026.  Ms. Prebil and the Cohen Defendants thus respectfully move to withdraw Ms. Prebil as counsel of record.  *Cf.* L.R. IA 11-6(b) (providing that "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel.").  Consistent with Local Rule IA 11-6(b), all parties in this case received notice and service of this motion through the CM/ECF system.

Ms. Prebil's withdrawal will not "result in delay of discovery, the trial, or any hearing in the case." L.R. IA 11-6(e).  The Cohen Defendants will continue to be ably represented by Kelly A. Evans, David W. Gutke, and Brennen D. Marshall of Evans Fears & Schuttert LLP, and by Dane H. Butswinkas, Steven M. Farina, and Jenna L. Romanowski of Williams & Connolly LLP. The Cohen Defendants have attached a proposed order to this motion.

Dated: May 20, 2026.          **EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ David W. Gutke*
Kelly A. Evans, Esq. (SBN 7691)
David W. Gutke, Esq. (SBN 9820)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Dane H. Butswinkas (*pro hac vice*)
Steven M. Farina (*pro hac vice*)
Madeline C. Prebil (*pro hac vice*)
Jenna L. Romanowski (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Ave. SW
Washington, DC 20024

*Attorneys for Defendants RC Ventures LLC
and Ryan Cohen*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 20, 2026, a true and correct copy of the foregoing **DEFENDANTS RC VENTURES LLC'S AND RYAN COHEN'S MOTION TO WITHDRAW MADELINE C. PREBIL AS COUNSEL OF RECORD** was served electronically on all counsel of record and Plaintiff Anthony Mitchell via CM-ECF.

*/s/ Faith Radford*
An employee of Evans Fears Schuttert McNulty Mickus

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY MITCHELL, | Case No. 2:24-cv-01042-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | **GRANTING DEFENDANTS RC VENTURES LLC'S AND RYAN COHEN'S MOTION TO WITHDRAW MADELINE C. PREBIL AS COUNSEL OF RECORD** |
| RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as BED BATH & BEYOND; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual, | |
| Defendants. | |

This matter is before the Court on the motion to withdraw Madeline Prebil as counsel of record for Defendants RC Ventures LLC and Ryan Cohen. Ms. Prebil filed and served a motion to withdraw, and her withdrawal will not delay the case. L.R. IA 11-6(b), (e). Having reviewed this matter, and for good cause shown,

**IT IS SO ORDERED:**

The Motion to Withdraw (ECF 110) is **GRANTED**.

Dated: _____20th_____ day of _____May_____, 2026.

_____
Hon. Daniel J. Albregts
United States Magistrate Judge
Case No. 2:24-cv-01042-RFB-DJA