Eric R. Swibel (*pro hac vice*)
Eric.Swibel@lw.com
Natalie DeLave (*pro hac vice*)
Natalie.DeLave@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Ste. 2800
Chicago, Illinois 60611
Telephone: (312) 777-7185
Eric.Swibel@lw.com

Todd L. Bice, Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Bar No. 13342
EAB@pisanellibice.com
PISANELLI BICE, PLLC
400 S. 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
tlb@pisanellibice.com

*Attorneys for Defendant Bed Bath & Beyond, Inc. (f/k/a Overstock.com, Inc.)*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Anthony Mitchell | CASE NO. 2:24-cv-01042-RFB-DJA |
| Plaintiff, | |
| v. | |
| Ryan Cohen, an individual; Robinhood Financial LLC, a Delaware Limited Liability Company; Robinhood Securities, LLC, a Delaware Limited Liability Company; Robinhood Money, LLC, a Delaware Limited Liability Company; The Depository Trust & Clearing Corporation, a New York Corporation; 20230930-DK-Butterfly-1, Inc., a New York Corporation doing business as Bed Bath & Beyond; Overstock.com, Inc., a Delaware Corporation doing business as Bed Bath & Beyond; RC Ventures LLC, a Delaware Limited Liability Company; Sue E. Gove, an individual, | **PARTY REPRESENTATIVE REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING** |
| Defendants. | |

I, Natalie DeLave, request permission for live remote public access to the civil proceedings set for August 6, 2026, at 9:15 a.m. before Judge Boulware. I am counsel for Defendant Bed Bath & Beyond, Inc. (f/k/a Overstock.com, Inc.) in this matter, residing outside the State of Nevada. I will represent Bed Bath & Beyond, Inc. in the hearing on the Motion for Reconsideration (Dkt. 82). My contact information is contained in the signature block below. I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

DATED: August 3, 2026

By */s/ Natalie DeLave*
Eric R. Swibel (*pro hac vice*)
Eric.Swibel@lw.com
Natalie DeLave (*pro hac vice*)
Natalie.DeLave@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Ste. 2800
Chicago, Illinois 60611
Telephone: (312) 777-7185
Eric.Swibel@lw.com

Todd L. Bice, Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Bar No. 13342
EAB@pisanellibice.com
PISANELLI BICE, PLLC
400 S. 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
tlb@pisanellibice.com

*Attorneys for Defendant Bed Bath & Beyond, Inc. (f/k/a Overstock.com, Inc.)*