Todd L. Bice, Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Bar No. 13342
EAB@pisanellibice.com
Christopher P. Zimmerman, Esq., Bar No. 17132
CPZ@pisanellibice.com
PISANELLI BICE, PLLC
400 S. 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
tlb@pisanellibice.com

Eric R. Swibel (*pro hac vice*)
Eric.Swibel@law.com
Natalie DeLave (*pro hac vice)*
Natalie.DeLave@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Ste. 2800
Chicago, Illinois 60611
Telephone: (312) 777-7185
Eric.Swibel@lw.com

*Attorneys for Defendant Beyond, Inc. (f/k/a Overstock.com, Inc.)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY MITCHELL<br><br>Plaintiff,<br><br>v.<br><br>RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as Bed Bath & Beyond; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual,<br><br>Defendants. | CASE NO. 2:24-cv-01042-RFB-DJA<br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Christopher P. Zimmerman, Esq., of the law firm PISANELLI BICE PLLC, hereby enters his appearance as counsel in the above-captioned matter for and on behalf of Defendant BEYOND, INC. (f/k/a Overstock.com, Inc.).

Counsel from Pisanelli Bice PLLC requests that copies of all notices, pleadings, and documents given or filed in this case be served via the court's electronic filing system using the following information:

Christopher P. Zimmerman, Esq.
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
CPZ@pisanellibice.com

By: ___ /s/ Christopher P. Zimmerman
Todd L. Bice, Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Bar No. 13342
EAB@pisanellibice.com
Christopher P. Zimmerman, Esq., Bar No. 17132
CPZ@pisanellibice.com
PISANELLI BICE, PLLC
400 S. 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100

Eric R. Swibel (*pro hac vice*)
Eric.Swibel@lw.com
Natalie DeLave (*pro hac vice*)
Natalie.DeLave@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Ste. 2800
Chicago, Illinois 60611
Telephone: (312) 777-7185

*Attorneys for Defendant Beyond, Inc. (f/k/a Overstock.com, Inc.)*

1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Pisanelli Bice, PLLC, and that on the 4th day of August 2026, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE** to be electronically filed with the Clerk of the Court by using CM/ECF service and serving on all parties of record via U.S. Mail as follows:

Anthony Mitchell
412 Viewmont
Henderson, NV 89015

*Pro Se*

*/s/ Yalonda Dekle*
An employee of Pisanelli Bice, PLLC