Todd L. Bice, Bar No. 4534
TLB@pisanellibice.com
Christopher P. Zimmerman, Esq., Bar No. 17132
CPZ@pisanellibice.com
PISANELLI BICE, PLLC
400 S. 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100
tlb@pisanellibice.com

Eric R. Swibel (*pro hac vice*)
Eric.Swibel@law.com
Natalie DeLave (*pro hac vice)*
Natalie.DeLave@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Ste. 2800
Chicago, Illinois 60611
Telephone: (312) 777-7185
Eric.Swibel@lw.com

*Attorneys for Defendant Beyond, Inc. (f/k/a Overstock.com, Inc.)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ANTHONY MITCHELL

Plaintiff,

v.

RYAN COHEN, an individual; ROBINHOOD FINANCIAL LLC, a Delaware Limited Liability Company; ROBINHOOD SECURITIES, LLC, a Delaware Limited Liability Company; ROBINHOOD MONEY, LLC, a Delaware Limited Liability Company; THE DEPOSITORY TRUST & CLEARING CORPORATION, a New York Corporation; 20230930-DK-BUTTERFLY-1, INC., a New York Corporation doing business as BED BATH & BEYOND; OVERSTOCK.COM, INC., a Delaware Corporation doing business as Bed Bath & Beyond; RC VENTURES LLC, a Delaware Limited Liability Company; SUE E. GOVE, an individual,

Defendants.

CASE NO. 2:24-cv-01042-RFB-DJA

**MOTION TO WITHDRAW EMILY A. BUCHWALD, ESQ. AS COUNSEL OF RECORD**

REQUEST IS HEREBY MADE THAT Emily A. Buchwald, Esq., formerly with the law firm of Pisanelli Bice PLLC, be removed from the service list in this case. Notices should no longer be sent to the following email: eab@pisanellibice.com.

This Motion is made pursuant to Local Rule IA 11-6(b). Defendant BEYOND, INC. (f/k/a OVERSTOCK.COM, INC.) still represented in this action by Todd L. Bice, Esq. and Christopher P. Zimmerman, Esq. of PISANELLI BICE PLLC and Eric R. Swibel, Esq. and Natalie DeLave, Esq. of LATHAM & WATKINS LLP. As such, the proposed withdrawal of Ms. Buchwald will not result in any delays in litigating this action. Notice of the proposed withdrawal of Mr. Buchwald is being provided to all counsel through this filing.

Accordingly, Ms. Buchwald can be removed from the service list for the above-entitled case.

DATED this 6th day of October, 2026.

By: *_/s/ Todd L. Bice_*
Todd L. Bice, Bar No. 4534
TLB@pisanellibice.com
Christopher P. Zimmerman, Esq., Bar No. 17132
CPZ@pisanellibice.com
PISANELLI BICE, PLLC
400 S. 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: (702) 214-2100

Eric R. Swibel (*pro hac vice*)
Eric.Swibel@lw.com
Natalie DeLave (*pro hac vice)*
Natalie.DeLave@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Ste. 2800
Chicago, Illinois 60611
Telephone: (312) 777-7185

*Attorneys for Defendant Beyond, Inc. (f/k/a Overstock.com, Inc.)*

## CERTIFICATE OF SERVICE

I certify that I am an employee of Pisanelli Bice, PLLC, and that on the 6th day of October 2026, I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW EMILY A. BUCHWALD, ESQ. AS COUNSEL OF RECORD** to be electronically filed with the Clerk of the Court by using CM/ECF service and serving on all parties of record via U.S. Mail as follows:

Anthony Mitchell
412 Viewmont
Henderson, NV 89015

*Pro Se*

*/s/ Yalonda Dekle*
An employee of Pisanelli Bice, PLLC